UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ x

JUAN CHEN, Individually and on Behalf of All   :
Others Similarly Situated,                     :
                                               :
                 Plaintiff,                    :
                                               :
vs                                             :   22-cv-4065 (WFK) (VMS)
                                               :
MISSFRESH LIMITED, et al.,                     :
                                               :
                 Defendants.                   :

‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ x

### STIPULATION AND ORDER TRANSFERRING CASE TO THE SOUTHERN DISTRICT OF NEW YORK AND ACCEPTING SERVICE FOR CERTAIN DEFENDANTS

**WHEREAS**, on July 12, 2022, Plaintiff Juan Chen ("Chen") commenced this putative securities class action (Dkt. No. 1);

**WHEREAS**, on September 29, 2022, Defendant Missfresh Limited ("Missfresh") accepted service of the Complaint and stipulated with Plaintiff Chen to stay Missfresh's time to answer, move against or otherwise respond to the Complaint pending a lead plaintiff appointment (Dkt. No. 19);

**WHEREAS**, on October 3, 2022, the Court appointed Chelsea Fan, Maso Capital Investments Limited, Blackwell Partners LLC-Series A, and Star V Partners LLC (together, "Lead Plaintiffs") as lead plaintiffs and approved their selection of co-lead counsel (Dkt. No. 20);

**WHEREAS**, this action asserts claims under the Securities Act of 1933 on behalf of a putative class of all persons who purchased or otherwise acquired Missfresh American

1

Depositary Shares ("ADS") pursuant and/or traceable to the registration statement and prospectus for Missfresh's initial public offering;

**WHEREAS**, the Depositary Agreement applicable to the ADS at issue contains a forum selection clause providing that the type of claims asserted in this action "may only be instituted in a the United States District Court for the Southern District of New York" (subject to certain exceptions not applicable here); and

**WHEREAS**, the undersigned parties have conferred regarding venue and service.

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned parties, subject to the Court's approval, as follows:

1. This action shall be transferred to the United States District Court for the Southern District of New York pursuant to 28 U.S.C. § 1404(a).

2. Defendants Cogency Global Inc., Colleen A. De Vries, J.P. Morgan Securities LLC, Citigroup Global Markets Inc., and Needham & Company LLC, through their respective undersigned counsel, hereby accept service of the summons and complaint in this action, without prejudice to or waiver of any of defenses, objections or arguments, except as to sufficiency of service of process.

3. Defendants are not required to respond to the current complaint.

4. Within 14 days of this action being transferred, the undersigned parties will submit a proposed schedule for (i) the filing of an amended complaint, and (ii) the undersigned defendants' response thereto.

2

DATED: November 2, 2022

/s/ Phillip Kim
Phillip Kim
Laurence M. Rosen
**THE ROSEN LAW FIRM, P.A.**
275 Madison Avenue
Suite 3400
New York, New York 10116
Phone:  (212) 686-1060
Fax:      (212) 202-3827
pkim@rosenlegal.com
lrosen@rosenlegal.com

Alfred L. Fatale III
**LABATON SUCHAROW LLP**
140 Broadway
New York, New York 10005
Phone:  (212) 907-0700
Fax:      (212) 818-0477
afatale@labaton.com

*Counsel for Lead Plaintiffs*

/s/ Robert A. Fumerton
Scott D. Musoff
Robert A. Fumerton
Michael C. Griffin
**SKADDEN, ARPS, SLATE,**
 **MEAGHER & FLOM LLP**
One Manhattan West
New York, New York 10001
Phone:  (212) 735-3000
Fax:      (917) 735-2000
scott.musoff@skadden.com
robert.fumerton@skadden.com
michael.griffin@skadden.com

*Counsel for Defendants Missfresh
Limited, Cogency Global Inc. and
Colleen A. De Vries*

/s/ Daniel Lewis
Daniel Lewis
**SHEARMAN & STERLING LLP**
599 Lexington Avenue
New York, New York 10022
Phone:  (212) 848-8691
Fax:      (646) 848-8691
daniel.lewis@shearman.com

*Counsel for Defendants J.P. Morgan
Securities LLC, Citigroup Global Markets
Inc., and Needham & Company LLC*

**IT IS SO ORDERED.**

Dated: _____November 3_____, 2022

**s/ WFK**

HON. WILLIAM F. KUNTZ, II
UNITED STATES DISTRICT JUDGE

3