# U.S. District Court
# Eastern District of New York (Brooklyn)
# CIVIL DOCKET FOR CASE #: 1:22−cv−04065−WFK−VMS

Chen v. Missfresh Limited et al
Assigned to: Judge William F. Kuntz, II
Referred to: Magistrate Judge Vera M. Scanlon
Cause: 15:77 Securities Fraud

Date Filed: 07/12/2022
Date Terminated: 11/10/2022
Jury Demand: Plaintiff
Nature of Suit: 850 Securities/Commodities
Jurisdiction: Federal Question

**Movant**

**Blackwell Partners LLC − Series A**

represented by **Francis P. McConville**
Labaton Sucharow LLP
140 Broadway
New York, NY 10005−1108
212−907−0650
Fax: 212−818−0477
Email: fmcconville@labaton.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Movant**

**Star V Partners LLC**

represented by **Francis P. McConville**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Movant**

**Bingzheng Mao**

represented by **Gregory B. Linkh**
Glancy Prongay & Murray LLP
230 Park Ave.
Suite 358
New York, NY 10169
212−682−5340
Email: glinkh@glancylaw.com
*ATTORNEY TO BE NOTICED*

**Movant**

**Rongze Ge**

represented by **Jeremy Alan Lieberman**
Pomerantz LLP
600 Third Avenue
New York, NY 10016
212−661−1100
Fax: 212−661−8665
Email: jalieberman@pomlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Juan Chen**                                              represented by **Phillip Kim**
The Rosen Law Firm
275 Madison Avenue
40th Floor
New York, NY 10016
212−686−1060
Fax: 212−202−3827
Email: pkim@rosenlegal.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Maso Capital Investments Limited**                      represented by **Alfred L. Fatale , III**
Labaton Sucharow LLP
140 Broadway
34th Floor
New York, NY 10005
212−907−0700
Fax: 212−818−0477
Email: afatale@labaton.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Francis P. McConville**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan Gardner**
Labaton Sucharow
140 Broadway
34th Floor
New York, NY 10005
212−907−0700
Fax: 212−818−0477
Email: jgardner@labaton.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Charles Wood**
Labaton Sucharow LLP
140 Broadway
New York, NY 10005
212−907−0700
Email: cwood@labaton.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Chelsea Fan**                                           represented by **Jing Chen**
The Rosen Law Firm, P.A.
275 Madison Avenue
Ste 40th Floor
New York, NY 10016
212−686−1060

Fax: 212–202–3827
Email: jchen@rosenlegal.com
*ATTORNEY TO BE NOTICED*

**Phillip Kim**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Missfresh Limited**                    represented by **Scott D. Musoff**
Skadden, Arps, Slate, Meagher & Flom LLP
Litigation
One Manhattan West
New York, NY 10001–8602
212–735–7852
Fax: 917–777–7852
Email: smusoff@skadden.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Charles Griffin**
Skadden, Arps, Slate, Meagher & Flom LLP
One Manhattan West
New York, NY 10001–8602
212–735–2844
Email: michael.griffin@skadden.com
*ATTORNEY TO BE NOTICED*

**Robert Alexander Fumerton**
Skadden, Arps, Slate, Meagher & Flom LLP
One Manhattan West
New York, NY 10001–8602
212–735–3902
Email: robert.fumerton@skadden.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Zheng Xu**

**Defendant**

**Jun Wang**

**Defendant**

**Yuan Sun**

**Defendant**

**Zhaohui Li**

**Defendant**

Colleen A. De Vries

**Defendant**

Cogency Global, Inc.

**Defendant**

J.P. Morgan Securities LLC

**Defendant**

Citigroup Global Markets Inc.

**Defendant**

China International Capital Corporation Hong Kong Securities Limited

**Defendant**

China Renaissance Securities (Hong Kong) Limited

**Defendant**

Haitong International Securities Company Limited

**Defendant**

CMB International Capital Limited

**Defendant**

AMTD Global Markets Limited

**Defendant**

ICBC International Securities Limited

**Defendant**

Needham & Company, LLC

**Defendant**

China Merchants Securities (HK) Co., Limited

**Defendant**

ABCI Securities Company Limited

**Defendant**

GF Securities (Hong Kong) Brokerage Limited

**Defendant**

**Futu Inc.**

**Defendant**

**Tiger Brokers (NZ) Limited**

| Date Filed | # | Docket Text |
|---|---|---|
| 07/12/2022 | Ï 1 | COMPLAINT against All Defendants filing fee $ 402, receipt number ANYEDC–15738048 Was the Disclosure Statement on Civil Cover Sheet completed –YES,, filed by Juan Chen. (Attachments: # 1 PSLRA Certification, # 2 Civil Cover Sheet, # 3 Proposed Summons) (Kim, Phillip) (Entered: 07/12/2022) |
| 07/12/2022 | Ï | Case Assigned to Judge William F. Kuntz, II and Magistrate Judge Vera M. Scanlon. Please download and review the Individual Practices of the assigned Judges, located on our website. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. (Bowens, Priscilla) (Entered: 07/12/2022) |
| 07/12/2022 | Ï 2 | Summons Issued as to All Defendants. (Bowens, Priscilla) (Entered: 07/12/2022) |
| 07/12/2022 | Ï 3 | In accordance with Rule 73 of the Federal Rules of Civil Procedure and Local Rule 73.1, the parties are notified that *if* all parties consent a United States magistrate judge of this court is available to conduct all proceedings in this civil action including a (jury or nonjury) trial and to order the entry of a final judgment. Attached to the Notice is a blank copy of the consent form that should be filled out, signed and filed electronically **only if all** parties wish to consent. The form may also be accessed at the following link: http://www.uscourts.gov/uscourts/FormsAndFees/Forms/AO085.pdf. **You may withhold your consent without adverse substantive consequences**. **Do NOT return or file the consent unless all parties have signed the consent.** (Bowens, Priscilla) (Entered: 07/12/2022) |
| 07/12/2022 | Ï 4 | This attorney case opening filing has been checked for quality control. See the attachment for corrections that were made, if any. (Bowens, Priscilla) (Entered: 07/12/2022) |
| 09/12/2022 | Ï 5 | MOTION to Appoint Counsel *and for Appointment as Lead Plaintiff* by Maso Capital Investments Limited, Blackwell Partners LLC – Series A, Star V Partners LLC. (Attachments: # 1 Memorandum in Support, # 2 Declaration of Francis P. McConville, # 3 Exhibit A – Certification, # 4 Exhibit B – Loss Analysis, # 5 Exhibit C – Notice, # 6 Exhibit D – Labaton Sucharow Firm Resume, # 7 Proposed Order) (McConville, Francis) (Entered: 09/12/2022) |
| 09/12/2022 | Ï 6 | MOTION to Appoint Counsel *and Appoint Lead Plaintiff* by Bingzheng Mao. (Attachments: # 1 Proposed Order) (Linkh, Gregory) (Entered: 09/12/2022) |
| 09/12/2022 | Ï 7 | MEMORANDUM in Support re 6 MOTION to Appoint Counsel *and Appoint Lead Plaintiff* filed by Bingzheng Mao. (Linkh, Gregory) (Entered: 09/12/2022) |
| 09/12/2022 | Ï 8 | AFFIDAVIT/DECLARATION in Support re 6 MOTION to Appoint Counsel *and Appoint Lead Plaintiff* filed by Bingzheng Mao. (Attachments: # 1 Exhibit A – Press Release, # 2 Exhibit B – Certification, # 3 Exhibit C – Loss Chart, # 4 Exhibit D – GPM Firm Resume) (Linkh, Gregory) (Entered: 09/12/2022) |
| 09/12/2022 | Ï 9 | MOTION to Appoint Counsel *and Lead Plaintiff* by Chelsea Fan. (Attachments: # 1 Proposed Order Proposed Order) (Kim, Phillip) (Entered: 09/12/2022) |
| 09/12/2022 | Ï 10 | MEMORANDUM in Support re 9 MOTION to Appoint Counsel *and Lead Plaintiff* filed by |

| | | |
|---|---|---|
| | | Chelsea Fan. (Attachments: # 1 Exhibit 1 – PSLRA Early Notice, # 2 Exhibit 2 – PSLRA Cert., # 3 Exhibit 3 – Loss Chart, # 4 Exhibit 4 – Firm Resume) (Kim, Phillip) (Entered: 09/12/2022) |
| 09/12/2022 | Ï 11 | MOTION to Appoint Counsel *and Lead Plaintiff* by Rongze Ge. (Attachments: # 1 Proposed Order, # 2 Memorandum in Support, # 3 Declaration of Jeremy A. Lieberman, # 4 Exhibit A – Damages Analysis, # 5 Exhibit B – Press Release, # 6 Exhibit C – Certification, # 7 Exhibit D – Movant Declaration, # 8 Exhibit E – Firm Resume) (Lieberman, Jeremy) (Entered: 09/12/2022) |
| 09/23/2022 | Ï 12 | NOTICE by Rongze Ge re 11 MOTION to Appoint Counsel *and Lead Plaintiff Notice of Non–Opposition of Rongze Ge to Competing Motions for Appointment as Lead Plaintiff and Approval of Lead Counsel* (Lieberman, Jeremy) (Entered: 09/23/2022) |
| 09/26/2022 | Ï 13 | NOTICE by Bingzheng Mao *of Non–Opposition to Competing Lead Plaintiff Motions* (Linkh, Gregory) (Entered: 09/26/2022) |
| 09/26/2022 | Ï 14 | MOTION to Appoint Counsel *STIPULATION AND [PROPOSED] ORDER APPOINTING CO–LEAD PLAINTIFFS AND APPOINTING CO–LEAD COUNSEL* by Blackwell Partners LLC – Series A, Chelsea Fan, Maso Capital Investments Limited, Star V Partners LLC. (Kim, Phillip) (Entered: 09/26/2022) |
| 09/29/2022 | Ï 15 | NOTICE of Appearance by Scott D. Musoff on behalf of Missfresh Limited (aty to be noticed) (Musoff, Scott) (Entered: 09/29/2022) |
| 09/29/2022 | Ï 16 | NOTICE of Appearance by Robert Alexander Fumerton on behalf of Missfresh Limited (aty to be noticed) (Fumerton, Robert) (Entered: 09/29/2022) |
| 09/29/2022 | Ï 17 | NOTICE of Appearance by Michael Charles Griffin on behalf of Missfresh Limited (aty to be noticed) (Griffin, Michael) (Entered: 09/29/2022) |
| 09/29/2022 | Ï 18 | Corporate Disclosure Statement by Missfresh Limited identifying Corporate Parent No Corporate Parent for Missfresh Limited. (Fumerton, Robert) (Entered: 09/29/2022) |
| 09/29/2022 | Ï 19 | Letter MOTION for Extension of Time to File Answer *, Move Against or Otherwise Respond to any Complaint in this Action* by Missfresh Limited. (Fumerton, Robert) (Entered: 09/29/2022) |
| 10/03/2022 | Ï 20 | STIPULATION & ORDER: IT IS HEREBY STIPULATED, that subject to the Court's approval, Fan and the Maso Funds shall serve as Co–Lead Plaintiffs, and Rosen and Labaton shall serve as Co–Lead Counsel. 1. Having considered the provisions of the PSLRA, 15 U.S. § 77z–1 (a)(3)(B), the Court hereby determines that Fan and the Maso Funds are the most adequate plaintiffs and satisfy the requirements of the PSLRA. The Court hereby appoints Fan and the Maso Funds as Co–Lead Plaintiffs to represent the interests of the class. 2. Pursuant to the PSLRA, 15 U.S.C. § 77z–l(a)(3)(B)(v), Fan and the Maso Fundshave selected Rosen and Labaton to serve as Co–Lead Counsel. The Court approves Rosen and Labaton as Co–Lead Counsel. (See attached Order for further details). So Ordered by Judge William F. Kuntz, II on 10/3/2022. (SY) (Entered: 10/03/2022) |
| 10/03/2022 | Ï 21 | ORDER granting 19 Letter MOTION for Extension of Time *to Move Against or Otherwise Respond to any Complaint in this Action*. So Ordered by Judge William F. Kuntz, II on 10/3/2022. (KC) (Entered: 10/03/2022) |
| 10/06/2022 | Ï 22 | NOTICE of Appearance by Jing Chen on behalf of Chelsea Fan (aty to be noticed) (Chen, Jing) (Entered: 10/06/2022) |
| 10/13/2022 | Ï 23 | NOTICE of Appearance by Jonathan Gardner on behalf of Maso Capital Investments Limited (aty to be noticed) (Gardner, Jonathan) (Entered: 10/13/2022) |
| 10/13/2022 | Ï 24 | NOTICE of Appearance by Alfred L. Fatale, III on behalf of Maso Capital Investments Limited (aty to be noticed) (Fatale, Alfred) (Entered: 10/13/2022) |

| 10/13/2022 | Ï 25 | NOTICE of Appearance by Charles Wood on behalf of Maso Capital Investments Limited (aty to be noticed) (Wood, Charles) (Entered: 10/13/2022) |
|---|---|---|
| 11/03/2022 | Ï 26 | STIPULATION *and [Proposed] Order Transferring Case to the Southern District of New York and Accepting Service for Certain Defendants* by Cogency Global, Inc., Colleen A. De Vries, Missfresh Limited (Fumerton, Robert) (Entered: 11/03/2022) |
| 11/03/2022 | Ï 27 | TRANSFER ORDER re 26 Stipulation filed by Cogency Global, Inc., Colleen A. De Vries, Missfresh Limited: The application has been granted. Ordered by Judge William F. Kuntz, II on 11/3/2022. (IH) (Entered: 11/03/2022) |
| 11/10/2022 | Ï | Case transferred to District of Southern District of New York. Original file, certified copy of transfer order, and docket sheet sent. **ALL FILINGS ARE TO BE MADE IN THE TRANSFER COURT, DO NOT DOCKET TO THIS CASE.** (TL) (Entered: 11/10/2022) |