UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JUAN CHEN, Individually and On Behalf of All
Others Similarly Situated,

                      Plaintiff,

v.

MISSFRESH LIMITED, ZHENG XU, JUN
WANG, YUAN SUN, ZHAOHUI LI, COLLEEN
A. DE VRIES, HANSONG ZHU, J.P. MORGAN
SECURITIES LLC, CITIGROUP GLOBAL
MARKETS INC., CHINA INTERNATIONAL
CAPITAL CORPORATION HONG KONG
SECURITIES LIMITED, CHINA RENAISSANCE
SECURITIES (HONG KONG) LIMITED,
HAITONG INTERNATIONAL SECURITIES
COMPANY LIMITED, CMB INTERNATIONAL
CAPITAL LIMITED, AMTD GLOBAL
MARKETS LIMITED, ICBC INTERNATIONAL
SECURITIES LIMITED, NEEDHAM &
COMPANY, LLC, CHINA MERCHANTS
SECURITIES (HK) CO., LIMITED, ABCI
SECURITIES COMPANY LIMITED, GF
SECURITIES (HONG KONG) BROKERAGE
LIMITED, FUTU INC., TIGER BROKERS (NZ)
LIMITED, and COGENCY GLOBAL, INC.,

                      Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

:
:
:     22-cv-9836 (JSR)
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

### DECLARATION OF ROBERT A. FUMERTON
### IN SUPPORT OF DEFENDANTS MISSFRESH LIMITED,
### COLLEEN A. DEVRIES AND COGENCY GLOBAL, INC.'S
### <u>MOTION TO DISMISS THE AMENDED CLASS ACTION COMPLAINT</u>

I, Robert A. Fumerton, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.      I am a member of the bar of this Court and of the firm Skadden, Arps, Slate,

Meagher & Flom LLP, counsel for Defendants Missfresh Limited ("Missfresh"), Colleen A.

DeVries, and Cogency Global Inc. in this action.

2. I respectfully submit this declaration in support of Defendants' Joint Motion to Dismiss the Amended Class Action Complaint, filed concurrently herewith, and to transmit true and correct copies of the following documents:

Exhibit A ....................Missfresh Prospectus, filed on Form 424B4 (June 24, 2021)

Exhibit B ....................Missfresh Historical ADS Prices (June 25, 2021 to July 12, 2022)

Exhibit C ....................Missfresh Second Quarter 2021 Unaudited Financial Results (Aug. 26, 2021)

Exhibit D ....................Missfresh Third Quarter 2021 Unaudited Financial Results (Nov. 11, 2021)

Exhibit E ....................*South China Morning Post* Article, "Delivery Firm Missfresh Crashes as Another Nasdaq-listed Chinese Firm Falls Prey to Weakening Economy" (July 29, 2022)

Exhibit F....................*Reuters* Article, "Beijing Consumer Rights Group Summons Grocery Firm Missfresh Over Complaints" (Aug. 9, 2022)

Exhibit G....................*Bloomberg News* Article, "Shanghai's Two-Month Lockdown Is Still Rippling Through Economy" (Sept. 1, 2022)

Exhibit H....................Missfresh Notification of Late Filing on Form 12b-25 (April 29, 2022)

Exhibit I ....................Missfresh 2021 Form 20-F (Nov. 14, 2022)

Exhibit J ....................Missfresh Press Release, "Missfresh Announces the Substantial Completion of the Audit Committee-Led Independent Internal Review" (July 1, 2022)

Exhibit K....................Missfresh Press Release, "Missfresh Announces Receipt of Nasdaq Notification Regarding Late Filing of Form 20-F" (May 24, 2022)

Exhibit L ....................Missfresh Press Release, "Missfresh Announces Strategic Partnership and RMB200 Million Equity Investment from Shanxi Donghui" (July 14, 2022)

Exhibit M ....................Missfresh Press Release, "Missfresh Adopts Significant Business Strategy Adjustments" (July 28, 2022)

Exhibit N....................Missfresh Press Release, "Missfresh Announces Board and Management Changes" (Sept. 9, 2022)

Exhibit O...................Missfresh Press Release, "Missfresh Selects Shandong Haoxin Certified Public Accountants Co., Ltd. as its Independent Registered Public Accounting Firm" (Sept. 30, 2022)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 27, 2023, in New York, New York.


<u>/s/ Robert A. Fumerton</u>
Robert A. Fumerton