# Exhibit B

| Historical Stock Prices for Missfresh Limited (NASDAQ: MF) June 25, 2021 to July 12, 2022 Source: Yahoo! Finance | | |
| --- | --- | --- |
| Date | Close | Volume |
| June 25, 2021 | $ 9.66 | 371,020 |
| June 28, 2021 | $ 8.84 | 104,630 |
| June 29, 2021 | $ 8.65 | 97,990 |
| June 30, 2021 | $ 8.65 | 249,010 |
| July 1, 2021 | $ 8.84 | 52,347 |
| July 2, 2021 | $ 8.59 | 37,793 |
| July 6, 2021 | $ 8.22 | 46,100 |
| July 7, 2021 | $ 7.98 | 20,120 |
| July 8, 2021 | $ 7.49 | 25,043 |
| July 9, 2021 | $ 7.57 | 18,330 |
| July 12, 2021 | $ 7.45 | 13,140 |
| July 13, 2021 | $ 7.30 | 11,470 |
| July 14, 2021 | $ 7.30 | 8,440 |
| July 15, 2021 | $ 7.49 | 11,840 |
| July 16, 2021 | $ 8.10 | 25,657 |
| July 19, 2021 | $ 7.92 | 20,193 |
| July 20, 2021 | $ 8.01 | 9,310 |
| July 21, 2021 | $ 7.99 | 10,397 |
| July 22, 2021 | $ 7.53 | 21,680 |
| July 23, 2021 | $ 6.69 | 39,000 |
| July 26, 2021 | $ 5.60 | 62,533 |
| July 27, 2021 | $ 5.70 | 42,043 |
| July 28, 2021 | $ 6.10 | 19,493 |
| July 29, 2021 | $ 5.73 | 13,227 |
| July 30, 2021 | $ 5.59 | 9,110 |
| August 2, 2021 | $ 5.46 | 8,247 |
| August 3, 2021 | $ 5.20 | 20,267 |
| August 4, 2021 | $ 5.20 | 10,507 |
| August 5, 2021 | $ 5.12 | 10,397 |
| August 6, 2021 | $ 4.94 | 15,513 |
| August 9, 2021 | $ 4.92 | 10,063 |
| August 10, 2021 | $ 4.84 | 7,787 |
| August 11, 2021 | $ 4.89 | 7,607 |
| August 12, 2021 | $ 4.87 | 12,823 |
| August 13, 2021 | $ 4.80 | 10,410 |
| August 16, 2021 | $ 4.62 | 12,810 |
| August 17, 2021 | $ 4.45 | 22,507 |
| August 18, 2021 | $ 4.72 | 15,050 |
| August 19, 2021 | $ 4.52 | 8,787 |
| August 20, 2021 | $ 4.45 | 7,360 |
| August 23, 2021 | $ 4.52 | 17,570 |
| August 24, 2021 | $ 4.83 | 18,993 |

| | | |
|---|---|---|
| August 25, 2021 | $ 4.83 | 17,947 |
| August 26, 2021 | $ 4.85 | 18,317 |
| August 27, 2021 | $ 4.66 | 16,940 |
| August 30, 2021 | $ 4.46 | 23,837 |
| August 31, 2021 | $ 4.28 | 18,353 |
| September 1, 2021 | $ 4.39 | 18,170 |
| September 2, 2021 | $ 4.26 | 11,347 |
| September 3, 2021 | $ 4.29 | 10,657 |
| September 7, 2021 | $ 4.39 | 18,710 |
| September 8, 2021 | $ 4.40 | 8,707 |
| September 9, 2021 | $ 4.39 | 8,490 |
| September 10, 2021 | $ 4.34 | 11,043 |
| September 13, 2021 | $ 4.23 | 10,953 |
| September 14, 2021 | $ 4.08 | 9,663 |
| September 15, 2021 | $ 4.18 | 20,227 |
| September 16, 2021 | $ 4.19 | 14,010 |
| September 17, 2021 | $ 4.22 | 15,863 |
| September 20, 2021 | $ 4.21 | 11,583 |
| September 21, 2021 | $ 4.21 | 15,010 |
| September 22, 2021 | $ 4.23 | 10,873 |
| September 23, 2021 | $ 4.19 | 5,270 |
| September 24, 2021 | $ 4.34 | 21,060 |
| September 27, 2021 | $ 4.34 | 13,430 |
| September 28, 2021 | $ 4.29 | 6,267 |
| September 29, 2021 | $ 4.50 | 33,677 |
| September 30, 2021 | $ 4.36 | 9,460 |
| October 1, 2021 | $ 4.18 | 8,223 |
| October 4, 2021 | $ 4.09 | 16,370 |
| October 5, 2021 | $ 4.06 | 5,727 |
| October 6, 2021 | $ 4.05 | 4,157 |
| October 7, 2021 | $ 4.04 | 5,550 |
| October 8, 2021 | $ 4.00 | 9,010 |
| October 11, 2021 | $ 4.01 | 1,873 |
| October 12, 2021 | $ 3.98 | 5,363 |
| October 13, 2021 | $ 3.94 | 8,813 |
| October 14, 2021 | $ 3.87 | 3,300 |
| October 15, 2021 | $ 3.81 | 4,003 |
| October 18, 2021 | $ 3.73 | 5,027 |
| October 19, 2021 | $ 3.80 | 4,997 |
| October 20, 2021 | $ 3.89 | 4,450 |
| October 21, 2021 | $ 3.78 | 3,960 |
| October 22, 2021 | $ 3.78 | 8,797 |
| October 25, 2021 | $ 3.73 | 3,840 |
| October 26, 2021 | $ 3.74 | 14,290 |
| October 27, 2021 | $ 3.61 | 7,010 |
| October 28, 2021 | $ 3.73 | 4,773 |
| October 29, 2021 | $ 3.95 | 38,037 |

| | | |
|---|---|---|
| November 1, 2021 | $ 4.00 | 4,080 |
| November 2, 2021 | $ 4.04 | 7,227 |
| November 3, 2021 | $ 4.24 | 8,717 |
| November 4, 2021 | $ 4.04 | 17,783 |
| November 5, 2021 | $ 3.97 | 3,830 |
| November 8, 2021 | $ 4.00 | 9,700 |
| November 9, 2021 | $ 4.07 | 8,513 |
| November 10, 2021 | $ 4.20 | 8,180 |
| November 11, 2021 | $ 4.15 | 10,357 |
| November 12, 2021 | $ 4.60 | 61,450 |
| November 15, 2021 | $ 4.64 | 16,253 |
| November 16, 2021 | $ 4.29 | 18,000 |
| November 17, 2021 | $ 4.30 | 16,237 |
| November 18, 2021 | $ 4.44 | 11,507 |
| November 19, 2021 | $ 4.54 | 16,337 |
| November 22, 2021 | $ 4.93 | 22,573 |
| November 23, 2021 | $ 4.98 | 21,300 |
| November 24, 2021 | $ 5.04 | 18,673 |
| November 26, 2021 | $ 5.25 | 22,093 |
| November 29, 2021 | $ 5.31 | 27,890 |
| November 30, 2021 | $ 5.10 | 29,823 |
| December 1, 2021 | $ 5.06 | 10,187 |
| December 2, 2021 | $ 5.01 | 11,340 |
| December 3, 2021 | $ 4.49 | 16,423 |
| December 6, 2021 | $ 4.22 | 23,183 |
| December 7, 2021 | $ 4.25 | 27,393 |
| December 8, 2021 | $ 4.57 | 19,210 |
| December 9, 2021 | $ 4.63 | 13,507 |
| December 10, 2021 | $ 4.63 | 15,703 |
| December 13, 2021 | $ 4.63 | 21,710 |
| December 14, 2021 | $ 4.58 | 12,420 |
| December 15, 2021 | $ 4.66 | 25,637 |
| December 16, 2021 | $ 4.51 | 21,783 |
| December 17, 2021 | $ 4.40 | 23,733 |
| December 20, 2021 | $ 4.04 | 11,933 |
| December 21, 2021 | $ 4.21 | 13,083 |
| December 22, 2021 | $ 4.09 | 15,730 |
| December 23, 2021 | $ 4.06 | 2,270 |
| December 27, 2021 | $ 4.04 | 5,163 |
| December 28, 2021 | $ 4.00 | 19,953 |
| December 29, 2021 | $ 4.40 | 23,000 |
| December 30, 2021 | $ 4.60 | 19,807 |
| December 31, 2021 | $ 5.01 | 54,437 |
| January 3, 2022 | $ 5.01 | 8,747 |
| January 4, 2022 | $ 4.69 | 5,253 |
| January 5, 2022 | $ 4.69 | 5,697 |
| January 6, 2022 | $ 4.79 | 11,280 |

| | | |
|---|---|---|
| January 7, 2022 | $ 4.67 | 4,170 |
| January 10, 2022 | $ 4.69 | 5,673 |
| January 11, 2022 | $ 4.68 | 4,543 |
| January 12, 2022 | $ 4.64 | 3,350 |
| January 13, 2022 | $ 4.50 | 6,633 |
| January 14, 2022 | $ 4.40 | 2,463 |
| January 18, 2022 | $ 4.03 | 21,083 |
| January 19, 2022 | $ 3.61 | 20,203 |
| January 20, 2022 | $ 3.47 | 23,453 |
| January 21, 2022 | $ 3.21 | 20,933 |
| January 24, 2022 | $ 3.30 | 9,407 |
| January 25, 2022 | $ 3.36 | 24,927 |
| January 26, 2022 | $ 3.17 | 26,750 |
| January 27, 2022 | $ 2.93 | 17,783 |
| January 28, 2022 | $ 2.78 | 29,910 |
| January 31, 2022 | $ 2.92 | 20,540 |
| February 1, 2022 | $ 3.01 | 17,290 |
| February 2, 2022 | $ 2.96 | 18,627 |
| February 3, 2022 | $ 2.95 | 19,143 |
| February 4, 2022 | $ 3.06 | 16,960 |
| February 7, 2022 | $ 3.09 | 18,687 |
| February 8, 2022 | $ 3.11 | 17,463 |
| February 9, 2022 | $ 3.18 | 20,740 |
| February 10, 2022 | $ 3.10 | 17,280 |
| February 11, 2022 | $ 3.06 | 18,663 |
| February 14, 2022 | $ 2.98 | 17,927 |
| February 15, 2022 | $ 2.94 | 17,077 |
| February 16, 2022 | $ 2.89 | 18,213 |
| February 17, 2022 | $ 2.94 | 17,803 |
| February 18, 2022 | $ 2.73 | 18,037 |
| February 22, 2022 | $ 2.68 | 20,760 |
| February 23, 2022 | $ 2.36 | 17,660 |
| February 24, 2022 | $ 1.94 | 47,343 |
| February 25, 2022 | $ 1.90 | 16,790 |
| February 28, 2022 | $ 1.97 | 25,317 |
| March 1, 2022 | $ 1.90 | 15,603 |
| March 2, 2022 | $ 1.97 | 16,633 |
| March 3, 2022 | $ 1.98 | 9,727 |
| March 4, 2022 | $ 2.03 | 9,820 |
| March 7, 2022 | $ 2.05 | 7,817 |
| March 8, 2022 | $ 1.98 | 6,673 |
| March 9, 2022 | $ 2.20 | 11,240 |
| March 10, 2022 | $ 1.96 | 7,367 |
| March 11, 2022 | $ 1.60 | 17,877 |
| March 14, 2022 | $ 1.36 | 9,187 |
| March 15, 2022 | $ 1.50 | 22,670 |
| March 16, 2022 | $ 1.74 | 41,027 |

| | | |
|---|---|---|
| March 17, 2022 | $ 1.69 | 50,247 |
| March 18, 2022 | $ 1.60 | 53,373 |
| March 21, 2022 | $ 1.46 | 13,473 |
| March 22, 2022 | $ 1.49 | 34,560 |
| March 23, 2022 | $ 1.54 | 48,680 |
| March 24, 2022 | $ 1.62 | 17,540 |
| March 25, 2022 | $ 1.47 | 18,977 |
| March 28, 2022 | $ 1.42 | 20,800 |
| March 29, 2022 | $ 1.41 | 25,927 |
| March 30, 2022 | $ 1.28 | 41,353 |
| March 31, 2022 | $ 0.90 | 197,403 |
| April 1, 2022 | $ 1.03 | 88,700 |
| April 4, 2022 | $ 1.12 | 82,367 |
| April 5, 2022 | $ 1.28 | 407,607 |
| April 6, 2022 | $ 1.58 | 1,294,450 |
| April 7, 2022 | $ 1.47 | 405,790 |
| April 8, 2022 | $ 1.40 | 122,847 |
| April 11, 2022 | $ 1.31 | 69,830 |
| April 12, 2022 | $ 1.24 | 55,590 |
| April 13, 2022 | $ 1.19 | 116,377 |
| April 14, 2022 | $ 1.10 | 67,627 |
| April 18, 2022 | $ 0.98 | 66,827 |
| April 19, 2022 | $ 1.00 | 55,810 |
| April 20, 2022 | $ 0.98 | 24,713 |
| April 21, 2022 | $ 0.92 | 28,960 |
| April 22, 2022 | $ 0.93 | 17,467 |
| April 25, 2022 | $ 0.86 | 41,543 |
| April 26, 2022 | $ 0.79 | 33,140 |
| April 27, 2022 | $ 0.76 | 31,853 |
| April 28, 2022 | $ 0.71 | 51,070 |
| April 29, 2022 | $ 0.52 | 434,730 |
| May 2, 2022 | $ 0.45 | 231,920 |
| May 3, 2022 | $ 0.35 | 583,120 |
| May 4, 2022 | $ 0.36 | 267,370 |
| May 5, 2022 | $ 0.32 | 230,420 |
| May 6, 2022 | $ 0.30 | 126,697 |
| May 9, 2022 | $ 0.29 | 75,880 |
| May 10, 2022 | $ 0.32 | 114,980 |
| May 11, 2022 | $ 0.25 | 145,887 |
| May 12, 2022 | $ 0.27 | 89,533 |
| May 13, 2022 | $ 0.29 | 75,780 |
| May 16, 2022 | $ 0.29 | 44,430 |
| May 17, 2022 | $ 0.26 | 196,260 |
| May 18, 2022 | $ 0.24 | 191,270 |
| May 19, 2022 | $ 0.23 | 167,173 |
| May 20, 2022 | $ 0.23 | 183,410 |
| May 23, 2022 | $ 0.21 | 152,837 |

| Date | | Price | Volume |
|---|---|---|---|
| May 24, 2022 | $ | 0.19 | 166,567 |
| May 25, 2022 | $ | 0.19 | 206,933 |
| May 26, 2022 | $ | 0.17 | 370,267 |
| May 27, 2022 | $ | 0.16 | 278,207 |
| May 31, 2022 | $ | 0.16 | 383,477 |
| June 1, 2022 | $ | 0.25 | 1,349,670 |
| June 2, 2022 | $ | 0.29 | 4,885,490 |
| June 3, 2022 | $ | 0.25 | 614,977 |
| June 6, 2022 | $ | 0.31 | 1,056,247 |
| June 7, 2022 | $ | 0.28 | 522,957 |
| June 8, 2022 | $ | 0.30 | 399,930 |
| June 9, 2022 | $ | 0.27 | 330,540 |
| June 10, 2022 | $ | 0.29 | 205,277 |
| June 13, 2022 | $ | 0.26 | 254,080 |
| June 14, 2022 | $ | 0.24 | 157,340 |
| June 15, 2022 | $ | 0.25 | 234,533 |
| June 16, 2022 | $ | 0.23 | 138,780 |
| June 17, 2022 | $ | 0.24 | 85,810 |
| June 21, 2022 | $ | 0.28 | 249,663 |
| June 22, 2022 | $ | 0.26 | 240,630 |
| June 23, 2022 | $ | 0.27 | 150,660 |
| June 24, 2022 | $ | 0.27 | 198,687 |
| June 27, 2022 | $ | 0.31 | 416,110 |
| June 28, 2022 | $ | 0.32 | 226,633 |
| June 29, 2022 | $ | 0.28 | 229,337 |
| June 30, 2022 | $ | 0.26 | 147,830 |
| July 1, 2022 | $ | 0.28 | 89,193 |
| July 5, 2022 | $ | 0.31 | 189,907 |
| July 6, 2022 | $ | 0.31 | 256,293 |
| July 7, 2022 | $ | 0.32 | 113,310 |
| July 8, 2022 | $ | 0.41 | 1,070,790 |
| July 11, 2022 | $ | 0.36 | 198,003 |
| July 12, 2022 | $ | 0.39 | 231,473 |