# Exhibit E

**South China Morning Post**

Source:
https://scmp.com/tech/big-tech/article/3187012/delivery-firm-missfresh-collapses-another-nasdaq-listed-chinese-firm

Tech/ Big Tech

# Delivery firm Missfresh collapses as another Nasdaq-listed Chinese firm falls prey to weakening economy

The Tencent-backed on-demand delivery firm abruptly announced on Thursday that it had run out of cash, dismissing workers and leaving suppliers unpaid
Missfresh blamed a coal miner for failing to come through on a promised investment, but China's Covid-19 restrictions have hurt delivery operations and consumer spending



**Coco Feng**

+ *my*NEWS

Published: 3:00pm, 29 Jul, 2022

Why you can trust SCMP



A Missfresh shop seen in Shanghai on June 10, 2021. Photo: Reuters

Nasdaq-listed retailer Missfresh, one of the new faces of China's e-commerce sector, collapsed on Thursday with a dramatic announcement that it was dismissing most of its employees and leaving hundreds of suppliers unpaid.

The meltdown of Missfresh, which has raised at least US$2 billion from big-name investors including Tencent Holdings and Tiger Global, is another cautionary tale for investing in China-focused internet services, as the world's No 2 economy quickly loses momentum with Beijing's "dynamic zero" Covid-19 policy contributing to lower consumer spending.

Missfresh's stock price on the Nasdaq had fallen to just 14 US cents on Thursday, about 1 per cent of its initial public offering price of US$13 last June, as its key business of delivering fruit and vegetables had largely ceased operation. The company said in a statement that services were facing a "temporary shutdown" amid "staff optimisation".

For its suppliers, employees and consumers, however, the Beijing-based firm's story is over.

China's TikTok tests food delivery, competing against Meituan and Alibaba



meeting and told that it would be their last day on the job. The company said it was not sure when June and July salaries would be paid, according to an online meeting record shared with the *South China Morning Post.*

All executives, including its CEO and chief financial officer, have remained out of public view while a number of employees complained about their disappearance, according to the recording.

A lone security guard at the Borun Technology Park in northeastern Beijing's Shunyi district, where Missfresh is based, said on Friday that all the company's employees had moved out and no one had returned to the office from the day before.

Missfresh said on Thursday that the company ran out of money after a coal miner failed to deliver 200 million yuan (US$30 million) in investment in a deal reached between the two.

However, Missfresh has also been operating in an increasingly tough environment. Social retail spending, a general measure of consumer spending, contracted in China in the first half of 2022.

Missfresh, known for its promise of 30-minute deliveries, has also seen its operations, which rely on extremely efficient logistics, severely disrupted by quarantine requirements, mini lockdowns and other policies designed to control the spread of Covid-19.



Emily Tsang

00:03 / 01:00

China's delivery drivers pushed to the brink by food app algorithms

The 8-year-old company recently notified users through its app that the half-hour delivery promise would be changed to next-day delivery.

When Missfresh went public in New York last summer, it raised US$273 million. Its SoftBank Group Corp-backed rival Dingdong Maicai listed days later, raising US$95.7 million. Both companies had lowered their initial IPO targets, reflecting concerns among investors about their growth outlook amid intense competition in the mainland's on-demand delivery market.

China's online-to-offline grocery segment started to take off in 2020, the first year of the pandemic that saw tech giants including Meituan, Pinduoduo and Didi Chuxing expand into the booming industry.

The companies competed for market share by offering massive discounts, leading to scrutiny from China's market regulator. Missfresh, Didi and Meituan, among others, were all fined for unfair price competition.

Beijing orders tech giants to do more to protect gig workers

22 Jan 2022



The online-to-offline grocery industry "has long been mired in unhealthy competition and price wars that result in losses", said Li Chengdong, CEO of e-commerce consultancy Dolphin Think Tank. "In addition, strict regulations have dampened the capital market's outlook for the industry."

Missfresh reported a loss of US$151 million in the third quarter of 2021, widening by 58 per cent from a year earlier, according to its latest financial disclosure.