**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JUAN CHEN, Individually and On Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>                              v.<br><br>MISSFRESH LIMITED, ZHENG XU, JUN WANG, YUAN SUN, ZHAOHUI LI, COLLEEN A. DE VRIES, HANSONG ZHU, J.P. MORGAN SECURITIES LLC, CITIGROUP GLOBAL MARKETS INC., CHINA INTERNATIONAL CAPITAL CORPORATION HONG KONG SECURITIES LIMITED, CHINA RENAISSANCE SECURITIES (HONG KONG) LIMITED, HAITONG INTERNATIONAL SECURITIES COMPANY LIMITED, CMB INTERNATIONAL CAPITAL LIMITED, AMTD GLOBAL MARKETS LIMITED, ICBC INTERNATIONAL SECURITIES LIMITED, NEEDHAM & COMPANY, LLC, CHINA MERCHANTS SECURITIES (HK) CO., LIMITED, ABCI SECURITIES COMPANY LIMITED, GF SECURITIES (HONG KONG) BROKERAGE LIMITED, FUTU INC., TIGER BROKERS (NZ) LIMITED, and COGENCY GLOBAL, INC.,<br><br>        Defendants. | Case No. 1:22-cv-09836-JSR |

**DECLARATION OF PHILLIP KIM IN SUPPORT OF**
**PLAINTIFFS' MEMORANDUM OF LAW IN OPPOSITION TO**
**UNDERWRITER DEFENDANTS' SUPPLEMENTAL SUBMISSION**
**IN SUPPORT OF THE MOTION TO DISMISS**

I, Phillip Kim, make this declaration pursuant to 28 U.S.C. § 1746. I hereby state as follows:

1.     I am an attorney at The Rosen Law Firm, P.A., co-Lead Counsel for Lead Plaintiffs, Chelsea Fan, Maso Capital Investments Limited, Blackwell Partners LLC – Series A, and Star V Partners LLC, and named plaintiff James Sannito ("Plaintiffs") in the above-captioned action. I have been admitted to this Court.

2.     I submit this Declaration in support of Plaintiffs' Memorandum of Law in Opposition to Underwriter Defendants' Supplemental Submission in Support of the Motion to Dismiss ("Supplemental Motion", ECF No. 47).

3.     I have personal knowledge of the facts stated herein and, if called as witness, I could and would testify competently hereto.

4.     On November 15, 2022, Plaintiffs served the summons and complaint on Defendant Tiger. *See* ECF No. 30. On November 21, 2022, Plaintiffs filed the affidavit of service of summons and complaint on Tiger via ECF. *Id*.

5.     On December 2, 2022, counsel for all parties jointly telephoned the Chambers to request the Court's guidance on the parties' schedule on filing an amended complaint and briefing Defendants' anticipated motion to dismiss. Mr. Daniel Craig Lewis of Shearman & Sterling LLP, counsel for the Underwriter Defendants[1] appeared on the call on behalf of the Underwriter Defendants.

---

[1] The Underwriter Defendants include Defendants ABCI Securities Company Limited ("ABCI"), Citigroup Global Markets Inc. ("CGMI"), China International Capital Corporation Hong Kong Securities Limited ("CIIC"), China Merchants Securities (HK) Co., Limited ("CMS"), China Renaissance Securities (Hong Kong) Limited ("China Renaissance"), CMB International Capital Limited ("CMBI"), Futu Inc. ("Futu"), ICBC International Securities Limited ("ICBC"), J.P. Morgan Securities LLC ("JP Morgan"), Needham & Company, LLC ("Needham"), and Tiger Brokers (NZ) Limited ("Tiger") (the "Underwriter Defendants")

6.    On December 2, 2022, the Court issued a scheduling order on filing an amended complaint and briefing Defendants' motion to dismiss.

7.    On December 28, 2022, Plaintiffs filed their Amended Class Action Complaint (the "Complaint", ECF No. 34) via ECF.

8.    On December 29, 2022, Plaintiffs emailed a copy of the Complaint to counsel for the Underwriter Defendants.

9.    On December 30, 2022, Mr. Benjamin Klebanoff of Shearman & Sterling LLP, counsel for the Underwriter Defendants[2] telephoned Ms. Jing Chen, a colleague of mine who also works on this case, stating that the Underwriter Defendants in Hong Kong[3] had been served and indicating they planned to follow the Court's December 2, 2022 scheduling order.

10.    On January 13, 2023, Mr. Klebanoff telephoned and emailed Ms. Chen, disputing the sufficiency of the service on the Underwriter Defendants in Hong Kong because the initial complaint that had been served on the underwriter defendants in Hong Kong now had been nullified by the amended complaint.

11.    On January 23, 2023, Shearman & Sterling LLP made an official appearance for all Underwriter Defendants in this case, including Underwriter Defendants ABCI, CIIC, CMS, China Renaissance, CMBI, ICBC, and Tiger (the "Foreign UW Defendants").

---

[2] The Underwriter Defendants include Defendants ABCI Securities Company Limited ("ABCI"), Citigroup Global Markets Inc. ("CGMI"), China International Capital Corporation Hong Kong Securities Limited ("CIIC"), China Merchants Securities (HK) Co., Limited ("CMS"), China Renaissance Securities (Hong Kong) Limited ("China Renaissance"), CMB International Capital Limited ("CMBI"), Futu Inc. ("Futu"), ICBC International Securities Limited ("ICBC"), J.P. Morgan Securities LLC ("JP Morgan"), Needham & Company, LLC ("Needham"), and Tiger Brokers (NZ) Limited ("Tiger") (the "Underwriter Defendants")
[3] Underwriter Defendants located in Hong Kong are Defendants ABCI, CIIC, CMS, China Renaissance, CMBI and ICBC.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on this 10th day of February, 2023, in New York, New York.

*/s/ Phillip Kim*