**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JUAN CHEN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>- against -<br><br>MISSFRESH LIMITED, ZHENG XU, JUN WANG, YUAN SUN, ZHAOHUI LI, COLLEEN A. DE VRIES, HANSONG ZHU, J.P. MORGAN SECURITIES LLC, CITIGROUP GLOBAL MARKETS INC., CHINA INTERNATIONAL CAPITAL CORPORATION HONG KONG SECURITIES LIMITED, CHINA RENAISSANCE SECURITIES (HONG KONG) LIMITED, HAITONG INTERNATIONAL SECURITIES COMPANY LIMITED, CMB INTERNATIONAL CAPITAL LIMITED, AMTD GLOBAL MARKETS LIMITED, ICBC INTERNATIONAL SECURITIES LIMITED, NEEDHAM & COMPANY, LLC, CHINA MERCHANTS SECURITIES (HK) CO., LIMITED, ABCI SECURITIES COMPANY LIMITED, GF SECURITIES (HONG KONG) BROKERAGE LIMITED, FUTU INC., TIGER BROKERS (NZ) LIMITED, and COGENCY GLOBAL, INC.,<br><br>Defendants. | Case No. 1:22-cv-09836-JSR |

**DECLARATION OF DANIEL C. LEWIS, ESQ. IN SUPPORT OF THE**
**SUPPLEMENTAL REPLY IN SUPPORT OF THE MOTION TO DISMISS**

I, DANIEL C. LEWIS, hereby declare as follows:

1.      I am a partner at the law firm Shearman & Sterling LLP.  I am counsel to ABCI

Securities Company Limited ("ABCI"), Citigroup Global Markets Inc. ("Citi"), China

International Capital Corporation Hong Kong Securities Limited ("CIIC"), China Merchants

Securities (HK) Co., Limited ("CMS"), China Renaissance Securities (Hong Kong) Limited

("China Renaissance"), CMB International Capital Limited ("CMBI"), Futu Inc. (n/k/a Moomoo

Financial Inc.) ("Futu"), ICBC International Securities Limited ("ICBC"), J.P. Morgan Securities LLC ("JPM"), Needham & Company, LLC ("Needham"), and Tiger Brokers (NZ) Limited ("Tiger") (collectively, the "Underwriter Defendants") in this action.  I am a member in good standing of the State Bar of New York and have been admitted to practice before this Court.

2.      After this litigation was transferred to this Court from the United States District Court for the Eastern District of New York (the "Eastern District"), the parties organized a teleconference call to chambers on December 2, 2022 in conformance with the Individual Rules of Practice for Hon. Jed S. Rakoff to discuss a schedule for filing an amended complaint and a subsequent motion to dismiss.  As counsel for certain Underwriter Defendants that had been served while the action was pending in the Eastern District, I was invited to dial into the conference call.  Although I was on the call, I did not announce myself (nor was I asked to do so) and I made no representations on whose behalf I was appearing (nor was I asked to do so).

3.      After that teleconference, and before plaintiffs filed their amended complaint, I learned the certain Non-U.S. Underwriters[1] had received copies of the original complaint that was filed in the Eastern District along with summons that had been issued by the Eastern District.  At my direction, my associate, Benjamin Klebanoff, contacted counsel for plaintiffs in order to discuss the most efficient way to ensure that briefing of the motion to dismiss could be coordinated with the Non-U.S. Underwriters as necessary.  After Mr. Klebanoff spoke with counsel for plaintiffs on December 30, 2022, it became apparent that plaintiffs had not even attempted to transmit the amended complaint to the Non-U.S. Underwriters.  Mr. Klebanoff then contacted counsel for plaintiffs again on January 13, 2023, and noted that we were not authorized

---

[1] The Non-U.S. Underwriters are ABCI, CIIC, CMS, China Renaissance, CMBI, ICBC, and Tiger.

to accept service of the amended complaint on behalf of the Non-U.S. Underwriters, and also reiterated we were not authorized to accept service of the original complaint either.  On all these occasions Mr. Klebanoff communicated with counsel for plaintiffs, Mr. Klebanoff was clear that the Non-U.S. Underwriters reserved the right to contest sufficiency of service of process and also preserved all jurisdictional defenses.

4.      Pursuant to 28 U.S.C. § 1746(2), I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on February 17, 2023, in New York, New York.

/s/ Daniel C. Lewis
Daniel C. Lewis