**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JUAN CHEN, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>        - against -<br><br>MISSFRESH LIMITED, ZHENG XU, JUN WANG, YUAN SUN, ZHAOHUI LI, COLLEEN A. DE VRIES, HANSONG ZHU, J.P. MORGAN SECURITIES LLC, CITIGROUP GLOBAL MARKETS INC., CHINA INTERNATIONAL CAPITAL CORPORATION HONG KONG SECURITIES LIMITED, CHINA RENAISSANCE SECURITIES (HONG KONG) LIMITED, HAITONG INTERNATIONAL SECURITIES COMPANY LIMITED, CMB INTERNATIONAL CAPITAL LIMITED, AMTD GLOBAL MARKETS LIMITED, ICBC INTERNATIONAL SECURITIES LIMITED, NEEDHAM & COMPANY, LLC, CHINA MERCHANTS SECURITIES (HK) CO., LIMITED, ABCI SECURITIES COMPANY LIMITED, GF SECURITIES (HONG KONG) BROKERAGE LIMITED, FUTU INC., TIGER BROKERS (NZ) LIMITED, and COGENCY GLOBAL, INC.,<br><br>            Defendants. | Case No. 1:22-cv-09836-JSR |

**SUPPLEMENTAL SUBMISSION OF GF SECURITIES (HONG KONG) BROKERAGE LIMITED IN SUPPORT OF THE MOTION TO DISMISS**

Defendant GF Securities (Hong Kong) Brokerage Limited ("GF Securities") respectfully submits that the claims against them should be dismissed for the reasons set forth in the Memorandum of Law in Support of the Motion to Dismiss submitted by Missfresh Limited, Cogency Global, Inc., and Colleen A. DeVries (ECF No. 43) (the "Missfresh Motion to Dismiss") and the Reply Memorandum of Law in Support of the Motion to Dismiss (ECF No. 51) (the "Missfresh Reply"), and further reserve expressly all defenses based on personal jurisdiction and insufficient service of process.[1]  In the interests of efficiency and judicial economy, such defenses are reserved because the Amended Complaint should be dismissed as to all defendants based on the arguments raised in the Missfresh Motion to Dismiss and the Missfresh Reply.  That is, to the extent that Plaintiffs contend that they have personal jurisdiction or otherwise sufficiently effectuated service of process (matters which GF Securities[2] contests), those are matters that the Court need not resolve at this juncture in light of the arguments raised in the Missfresh Motion to Dismiss and the Missfresh Reply, as noted in the Underwriters' Supplemental Submissions in Support of the Motion to Dismiss (ECF Nos. 47, 52).

---

[1] *See Mattel, Inc. v. Barbie-Club.com*, 310 F.3d 293, 307 (2d Cir. 2002) ("[T]o preserve the defense of lack of personal jurisdiction, a defendant need only state the defense in its first responsive filing and need not articulate the defense with any rigorous degree of specificity."); *Transaero, Inc. v. La Fuerza Aerea Boliviana*, 162 F.3d 724, 730 (2d Cir. 1998) (explaining defendant may "properly preserve[] its service of process and personal jurisdiction defenses"); *Dubois v. Maritimo Offshore Pty Ltd.*, 454 F. Supp. 3d 173, 179 (D. Conn. 2020) (discussing preservation of insufficient process defense); *Beverly Hills Teddy Bear Co. v. Best Brands Consumer Products, Inc.*, 2021 WL 2534000, at *6 (S.D.N.Y. June 21, 2021) (discussing preservation of personal jurisdiction defense).

[2] Plaintiffs recently purported to serve the Amended Complaint on GF Securities and other non-U.S. Underwriters (ABCI Securities Company Limited, China International Capital Corporation Hong Kong Securities Limited, China Merchants Securities (HK) Co., Limited, China Renaissance Securities (Hong Kong) Limited, CMB International Capital Limited, ICBC International Securities Limited, and Tiger Brokers (NZ) Limited).  If the Court denies the Missfresh Motion to Dismiss, the Non-U.S. Underwriters will present to the Court their personal jurisdiction and service of process defenses.

1

Dated: New York, New York
       July 14, 2023                          Respectfully submitted,

                                              SHEARMAN & STERLING LLP


                                              By:   */s/ Daniel C. Lewis*
                                                    Daniel C. Lewis
                                                    Benjamin Klebanoff
                                                    599 Lexington Avenue
                                                    New York, NY 10022-6069
                                                    Telephone: (212) 848-4000
                                                    Facsimile: (212) 848-7179
                                                    daniel.lewis@shearman.com
                                                    benjamin.klebanoff@shearman.com

                                              *Counsel for J.P. Morgan Securities LLC,
                                              Citigroup Global Markets Inc., China
                                              International Capital Corporation Hong Kong
                                              Securities Limited, China Renaissance Securities
                                              (Hong Kong) Limited, CMB International
                                              Capital Limited, ICBC International Securities
                                              Limited, Needham & Company, LLC, China
                                              Merchants Securities (HK) Co., Limited, ABCI
                                              Securities Company Limited, GF Securities
                                              (Hong Kong) Brokerage Limited, Futu Inc. (n/k/a
                                              Moomoo Financial Inc.), and Tiger Brokers (NZ)
                                              Limited*