**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JUAN CHEN, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>                            v.<br><br>MISSFRESH LIMITED, ZHENG XU, JUN WANG, YUAN SUN, ZHAOHUI LI, COLLEEN A. DE VRIES, HANSONG ZHU, J.P. MORGAN SECURITIES LLC, CITIGROUP GLOBAL MARKETS INC., CHINA INTERNATIONAL CAPITAL CORPORATION HONG KONG SECURITIES LIMITED, CHINA RENAISSANCE SECURITIES (HONG KONG) LIMITED, HAITONG INTERNATIONAL SECURITIES COMPANY LIMITED, CMB INTERNATIONAL CAPITAL LIMITED, AMTD GLOBAL MARKETS LIMITED, ICBC INTERNATIONAL SECURITIES LIMITED, NEEDHAM & COMPANY, LLC, CHINA MERCHANTS SECURITIES (HK) CO., LIMITED, ABCI SECURITIES COMPANY LIMITED, GF SECURITIES (HONG KONG) BROKERAGE LIMITED, FUTU INC., TIGER BROKERS (NZ) LIMITED, and COGENCY GLOBAL, INC.,<br><br>    Defendants. | Case No. 1:22-cv-09836-JSR |

**PLAINTIFFS' RESPONSE TO THE SUPPLEMENTAL SUBMISSION OF GF SECURITIES (HONG KONG) BROKERAGE LIMITED IN SUPPORT OF THE <u>MOTION TO DISMISS</u>**

For the same reasons set forth in Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion to Dismiss (Dkt. 48) and Plaintiffs' Memorandum of Law in Opposition to Underwriter Defendants' supplemental submission in support of the Motion to Dismiss ("Opposition to Underwriters' Supplemental Submission", Dkt. 49), the Court should deny the motion to dismiss as to Defendant GF Securities (Hong Kong) Brokerage Limited ("GF Securities") in its entirety. (Dkt. 64).[1]

Additionally, for the same reasons stated in Plaintiffs' Opposition to Underwriters' Supplemental Submission and given the Foreign UW Defendants' acknowledgement of the receipt of service of process of the Amended Complaint (GF Securities' Supplemental Submission at 1 n.2), Plaintiffs respectfully request that the Court confirm its personal jurisdiction over all Foreign UW Defendants, including GF Securities, or alternatively allow Plaintiffs to serve the Amended Complaint on Foreign UW Defendants, including GF Securities, by serving their counsel. (*See* Plaintiffs' Opposition to Underwriters' Supplemental Submission at 2.)

---

[1] As stated by the counsel for GF Securities in the correspondence to Plaintiffs' co-counsels and at the joint call to the Court's chambers, GF Securities' Supplemental Submission in Support of the Motion to Dismiss ("GF Securities' Supplemental Submission", Dkt. 64), as well as other Underwriter Defendants' supplemental submission in support of the Motion to Dismiss (Dkt. 47), are joinders to the Rule 12(b)(6) motion to dismiss of Defendants Missfresh Limited, Cogency Global, Inc., and Colleen A. DeVries (Dkt. 42). Plaintiffs reserve their right to respond to any Underwriter Defendants' defenses based on personal jurisdiction and insufficient service of process.

DATED: July 18, 2023

**THE ROSEN LAW FIRM, P.A.**

*/s/ Phillip Kim*
Phillip Kim
Laurence M. Rosen
Jing Chen
275 Madison Ave., 40th Floor
New York, NY 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
pkim@rosenlegal.com
lrosen@rosenlegal.com
jchen@rosenlegal.com

**LABATON SUCHAROW LLP**
*/s/ Alfred L. Fatale III*
Alfred L. Fatale III
Charles Wood
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
afatale@labaton.com
cwood@labaton.com

*Lead Counsel for Plaintiffs and the Proposed Class*

**THE SCHALL LAW FIRM**
Brian Schall, Esq.
2049 Century Park East, Ste. 2460
Los Angeles, CA 90067
Telephone: (310) 301-3335
Fax: (877) 590-0482
Email: brian@schallfirm.com

*Additional Counsel*