# The Rosen Law Firm

### I N V E S T O R   C O U N S E L

Phillip Kim
pkim@rosenlegal.com

August 17, 2023

**VIA ECF**

Hon. Jed S. Rakoff, U.S.D.J.
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: *Chen v. Missfresh Ltd.*, 1:22-cv-09836-JSR (S.D.N.Y.)

Dear Judge Rakoff:

We represent Plaintiffs in the above-captioned matter, and respectfully submit the attached supplemental authority as Exhibit 1, *Winter v. Stronghold Digital Mining, Inc.*, No. 22-CV-3088 (RA), 2023 WL 5152177, at *6-9 (S.D.N.Y. Aug. 10, 2023), which supports Plaintiffs' arguments on page 15 of their Memorandum of Law in Opposition to Defendants' Motion to Dismiss the Amended Complaint (Dkt. No. 48 at 15) that Plaintiffs are not required to plead knowledge for the claims under Sections 11 and 12(a) of the Securities Act of 1933.

Respectfully,

**ROSEN LAW FIRM, P.A.**

/s/ *Phillip Kim*
Phillip Kim

**LABATON SUCHAROW LLP**

/s/ Alfred L. Fatale III
Alfred L. Fatale III

*Co-Lead Counsel for Lead Plaintiffs
and the Class*

*Enclosure*: Exhibit 1
cc:      All counsel of record (*via ECF*)