UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JUAN CHEN, on behalf of himself
and all others similarly situated,

       Plaintiff,

   -v-

MISSFRESH LIMITED ET AL.,

       Defendants.

22-cv-9836(JSR)

ORDER

---

JED S. RAKOFF, U.S.D.J.:

On January 27, 2023, certain defendants in the above-captioned moved to dismiss plaintiff's amended complaint in the above-captioned action. After full consideration of the parties' written submission, the Court hereby grants in part and denies in part the defendants' motion. More specifically, to the extent plaintiff's claims are predicated upon the misstated revenue and sales of online products reported in Missfresh Ltd.'s offering documents, defendants' motion to dismiss is hereby denied. In all other respects, defendants' motion to dismiss is hereby granted.

An opinion explaining the reasons for these rulings will follow in due course.

An initial pretrial conference is hereby set for September 28, 2023, at 4:30 P.M.

1

The Clerk is respectfully directed to close docket entry number 42 in the above-captioned matter.

SO ORDERED.

New York, NY
September 12, 2023

_____
JED S. RAKOFF, U.S.D.J.