**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JUAN CHEN, Individually and On Behalf of All Others Similarly Situated,<br><br>   Plaintiff,<br><br>           v.<br><br>MISSFRESH LIMITED, ZHENG XU, JUN WANG, YUAN SUN, ZHAOHUI LI, COLLEEN A. DE VRIES, HANSONG ZHU, J.P. MORGAN SECURITIES LLC, CITIGROUP GLOBAL MARKETS INC., CHINA INTERNATIONAL CAPITAL CORPORATION HONG KONG SECURITIES LIMITED, CHINA RENAISSANCE SECURITIES (HONG KONG) LIMITED, HAITONG INTERNATIONAL SECURITIES COMPANY LIMITED, CMB INTERNATIONAL CAPITAL LIMITED, AMTD GLOBAL MARKETS LIMITED, ICBC INTERNATIONAL SECURITIES LIMITED, NEEDHAM & COMPANY, LLC, CHINA MERCHANTS SECURITIES (HK) CO., LIMITED, ABCI SECURITIES COMPANY LIMITED, GF SECURITIES (HONG KONG) BROKERAGE LIMITED, FUTU INC., TIGER BROKERS (NZ) LIMITED, and COGENCY GLOBAL, INC.,<br><br>   Defendants. | Case No. 1:22-cv-09836-JSR |

**[PROPOSED] ORDER**

1

Having considered the Motion (the "Motion") of Lead Plaintiffs, Chelsea Fan, Maso Capital Investments Limited, Blackwell Partners LLC – Series A, and Star V Partners LLC, and named plaintiff James Sannito ("Plaintiffs"), for Alternative Service of Process on Defendants Individual Defendants Zheng Xu ("Xu"), Zhaohui Li ("Li"), Hansong Zhu ("Zhu"), Jun Wang ("Wang"), and Yuan Sun ("Sun"), and good cause appearing therefor, the Court hereby ORDERS, pursuant to Fed. R. Civ. P. 4(f)(3), as follows:

1. The Motion is GRANTED.

2. Plaintiffs are hereby authorized service of process as follows:

    a. on Defendant Zheng Xu, by email to counsel for Defendant Missfresh Limited ("Missfresh") in this action;

    b. on Defendant Zhaohui Li ("Li"), (i) by email to Paul, Weiss, Rifkind, Wharton & Garrison LLP, Defendant Li's U.S. counsel in *In re: NIO, Inc., Securities Litigation*, Case No. 1:19-cv-01424-NGG-JRC, currently pending before Judge Nicholas G. Garaufis in the Eastern District of New York, (ii) via email at ir@tencent.com  to Tencent Holdings Ltd. in Hong Kong, where Defendant Li serves as a vice president, and (iii) via email at ir@ke.com to KE Holdings Inc. ("KE Holdings") in Hong Kong, where Defendant Li serves as a director;

    c. on Defendant Hansong Zhu ("Zhu"), (i) via email at ir@ke.com to KE Holdings in Hong Kong, where Defendant Zhu serves as an independent director, and (ii) via text message, email or any social media account (WeChat, Weibo or similar) Defendant Missfresh or its counsel has on file for Defendant Zhu;

    d. on Defendant Jun Wang ("Wang"), (i) by publication once a week for two weeks on the Wall Street Journal Asia Edition (electronic) and GlobeNewswire Asia, (ii)

via text message, email or any social media account (WeChat, Weibo or similar) Defendant Missfresh or its counsel has on file for Defendant Wang, and (iii) by FedEx International Priority to the forwarding or home address that Defendant Missfresh or its counsel has on file for Defendant Wang provided the address is not in the People's Republic of China ("China"); and

e.  on Defendant Yuan Sun ("Sun"), (i) by publication once a week for two weeks on the Wall Street Journal Asia Edition (electronic) and GlobeNewswire Asia, (ii) via text message, email or any social media account (WeChat, Weibo or similar) Defendant Missfresh or its counsel has on file for Defendant Sun, and (iii) by FedEx International Priority to the forwarding or home address that Defendant Missfresh or its counsel has on file for Defendant Sun provided the address is not in China.

SO ORDERED.

_____
JED S. RAKOFF U.S.D.J.

DATED: _____
        New York, New York

3