**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JUAN CHEN, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>        v.<br><br>MISSFRESH LIMITED, ZHENG XU, JUN WANG, YUAN SUN, ZHAOHUI LI, COLLEEN A. DE VRIES, HANSONG ZHU, J.P. MORGAN SECURITIES LLC, CITIGROUP GLOBAL MARKETS INC., CHINA INTERNATIONAL CAPITAL CORPORATION HONG KONG SECURITIES LIMITED, CHINA RENAISSANCE SECURITIES (HONG KONG) LIMITED, HAITONG INTERNATIONAL SECURITIES COMPANY LIMITED, CMB INTERNATIONAL CAPITAL LIMITED, AMTD GLOBAL MARKETS LIMITED, ICBC INTERNATIONAL SECURITIES LIMITED, NEEDHAM & COMPANY, LLC, CHINA MERCHANTS SECURITIES (HK) CO., LIMITED, ABCI SECURITIES COMPANY LIMITED, GF SECURITIES (HONG KONG) BROKERAGE LIMITED, FUTU INC., TIGER BROKERS (NZ) LIMITED, and COGENCY GLOBAL, INC.,<br><br>    Defendants. | Case No. 1:22-cv-09836-JSR |

**DECLARATION OF PHILLIP KIM IN SUPPORT OF PLAINTIFFS' MOTION FOR ALTERNATIVE SERVICE OF PROCESS ON DEFENDANTS ZHENG XU, ZHAOHUI LI, HANSONG ZHU, JUN WANG, AND YUAN SUN**

1

I, Phillip Kim, make this declaration pursuant to 28 U.S.C. § 1746. I hereby state as follows:

1.     I am an attorney at The Rosen Law Firm, P.A., co-Lead Counsel for Lead Plaintiffs, Chelsea Fan, Maso Capital Investments Limited, Blackwell Partners LLC – Series A, and Star V Partners LLC, and named plaintiff James Sannito ("Plaintiffs") in the above-captioned Action ("Action").  I have been admitted to this Court.

2.     I submit this Declaration in support of Plaintiffs' Motion for alternative service of process on Defendants Zheng Xu ("Xu"), Jun Wang ("Wang"), Yuan Sun ("Sun"), Zhaohui Li ("Li"), and Hansong Zhu ("Zhu", together with Xu, Li, Wang and Sun as "Induvial Defendants").

3.     I have personal knowledge of the facts stated herein and, if called as witness, I could and would testify competently hereto.

4.     Defendant Missfresh Limited's ("Missfresh") headquarter address filed with the Securities Exchange Commission ("SEC") is 3rd Floor, Block A, Vanke Times Center, No. 9 Wangjing Street, Chaoyang District, Beijing 100016, the People's Republic of China, and has never been changed in Missfresh's SEC filings since its initial public offering ("IPO").

5.     Following the filing of the initial complaint (Dkt. 1), my colleagues working under my direction in this Action diligently had the summonses and the initial complaint professionally translated and, on November 4, 2022, dispatched formal service requests, pursuant to the Convention of 15 November 1965 on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters ("Hague Service Convention"), for serving Defendants Wang, Xu, Li, and Sun at Defendant Missfresh's headquarters in China at the address that Missfresh has provided in its filings with the SEC.

6.     Following the filing of the operative amended complaint ("Complaint", Dkt. 34), my colleagues working under my direction in this Action diligently had the Complaint

2

professionally translated and, on January 30, 2023, dispatched formal service requests for serving Individual Defendants at Missfresh's headquarters in China pursuant to the Hague Service Convention.

7. On September 13, 2023, Plaintiffs' counsel received notices from the Chinese government, all dated July 19, 2023, informing that none of the attempted service of process of the summonses, the initial complaint or the Complaint had been successful. The return receipt in Chinese for each of the requested service attempts states the reason for unsuccessful service was because there was "no such a company (no such a person) at such an address." The certificate provided by the Chinese government in English for each of the requested service attempts states the reason for unsuccessful service was due to "no such person at the address provided."

8. Defendant Xu is the founder of Missfresh. Defendant Xu has been and still is the Chairman of the Board of Directors ("Chairman") and Chief Executive Officer ("CEO") of Missfresh. Defendant currently is the sole executive who actively manages Missfresh. Missfresh did not report the existence of any other senior managers in its most recent annual report, dated August 3, 2023 ("2022 Annual Report") and filed with the SEC. Defendant Xu personally signed the 2022 Annual Report, acknowledging the existence of this pending Action. Defendant Xu signed the most recent SEC filing by Missfresh, which was a Form 6-K, dated September 15, 2023, announcing that Missfresh's annual general meeting had approved Defendant Xu's personal purchase, via his British Virgin Island vehicle, of all of Missfresh's operations in China for $1.

9. Skadden, Arps, Slate, Meagher & Flom ("Skadden"), counsel for Missfresh in this Action, represents that it has been in continuous contact with Defendant Xu regarding this Action.

10. Skadden has declined to accept service on behalf of Defendant Xu or any other Individual Defendant.

11.     Skadden was one of the two law firms advising Missfresh's IPO. Plaintiffs have repeatedly requested Skadden to provide the email addresses, social media accounts (WeChat or similar), home addresses and/or current employers that Skadden has on file the Individual Defendants. But as of today, Skadden has not done so.

12.     On October 28, 2023, a colleague working under my direction in this Action contacted an investigator based in China with extensive experience in conducting investigations for U.S. litigations and inquired about the possibility of locating the Individual Defendants' residential addresses in China. The Chinese investigator informed my colleague that it cannot be guaranteed to identify the Individual Defendants' residential addresses in China.

13.     On October 26, 2023, Plaintiffs served Missfresh with their first set of interrogatories, including seeking information on "the current mailing address and email addresses of the Individual Defendants" and "the electronic devices, social media, and texting applications used by each of the Individual Defendants." Missfresh was requested to answer the interrogatories by November 26, 2023 and has not done so.

14.     Messrs. Scott Musoff, Robert Fumerton and Michael Griffin of Skadden represent Missfresh in this Action and their email addresses are scott.musoff@skadden.com, robert.fumerton@skadden.com, and michael.griffin@skadden.com, respectively.

15.     On China's Authority webpage on the Hague Evidence Convention website[1], Chinese government notes that the time required for executing a Hague service request is approximately 6 months. However, based on my firm's experience as lead or co-lead counsel in more than 30 cases involving China-based, U.S.-listed companies, China's central authority has

---

[1] *See* https://www.hcch.net/en/states/authorities/details3/?aid=243 (Last visited on October 30, 2023)

typically required 9 months to a year, and in many instances, several years, to effectuate service on defendants located in China.

16.    Attorneys Andrew James Ehrlich, Jane B. O'Brien, and Xinshu Sui of Paul, Weiss, Rifkind, Wharton & Garrison LLP at the New York and Washington D.C. offices ("Paul Weiss") are Defendant Li's U.S. counsel in *In re: NIO, Inc., Securities Litigation*, Case No. 1:19-cv-01424-NGG-JRC, pending before Judge Nicholas G. Garaufis in the Eastern District of New York (the "NIO Litigation"). Their emails addresses are aehrlich@paulweiss.com, xsui@paulweiss.com, and jobrien@paulweiss.com, respectively. Paul Weiss appeared in the NIO Litigation in December 2020 on behalf of Defendant Li. Messrs. Scott Musoff, Robert Fumerton and Michael Griffin of Skadden, who represent Missfresh in this Action, represent NIO, Inc. in the NIO Litigation. On August 22, 2023, Skadden and Paul Weiss, on behalf of various defendants including Defendant Li, filed a petition with the Second Circuit for permission to appeal the district court's order granting the NIO Litigation plaintiffs' motion for class certification. Paul Weiss appeared on behalf of Defendant Li in the appeal on September 14, 2023.

17.    Defendant Li, as known as Jeffery Li, was a director of Missfresh's Board of Directors. He resigned from his position on November 11, 2021. Defendant Li is a vice president of Tencent Holdings Limited ("Tencent"), which is listed on the Hong Kong Stock Exchange with the principal office at 29/F, Three Pacific Place, No 1 Queen's Road East, Wanchai, Hong Kong according to the information on file with the Hong Kong Stock Exchange. Tencent's 2022 annual report filed with the Hong Kong Stock Exchange states that its shareholders may contact the company at ir@tencent.com. Defendant Li also is a director of KE Holdings Inc. ("KE Holdings"), a company listed on the Hong Kong Stock Exchange with the principal office at 5/F, Manulife Place, 348 Kwun Tong Road, Kowloon, Hong Kong according to the information on file with the

Hong Kong Stock Exchange. KE Holdings' 2022 annual report filed with the Hong Kong Stock Exchange states that its shareholders may contact the company at ir@ke.com.

18.     Defendant Zhu was Missfresh's independent director at the time of the IPO and resigned from his position on September 9, 2022, two months after this Action was initiated on July 12, 2022. Defendant Zhu is an independent director of KE Holdings.

19.     Defendant Wang was the Chief Financial Officer and a director of Missfresh at the time of the IPO. Wang resigned from his positions on September 9, 2022, two months after this Action was initiated.

20.     Defendant Sun was a director of Missfresh at the time of the IPO. Sun resigned from his position on September 9, 2022, two months after this Action was initiated.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed on this 6th day of November, 2023, in New York, New York.

*/s/ Phillip Kim*

6