# EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JUAN CHEN, Individually and On Behalf of All Others Similarly Situated,<br><br>     Plaintiff,<br><br>               v.<br><br>MISSFRESH LIMITED, ZHENG XU, JUN WANG, YUAN SUN, ZHAOHUI LI, COLLEEN A. DE VRIES, HANSONG ZHU, J.P. MORGAN SECURITIES LLC, CITIGROUP GLOBAL MARKETS INC., CHINA INTERNATIONAL CAPITAL CORPORATION HONG KONG SECURITIES LIMITED, CHINA RENAISSANCE SECURITIES (HONG KONG) LIMITED, HAITONG INTERNATIONAL SECURITIES COMPANY LIMITED, CMB INTERNATIONAL CAPITAL LIMITED, AMTD GLOBAL MARKETS LIMITED, ICBC INTERNATIONAL SECURITIES LIMITED, NEEDHAM & COMPANY, LLC, CHINA MERCHANTS SECURITIES (HK) CO., LIMITED, ABCI SECURITIES COMPANY LIMITED, GF SECURITIES (HONG KONG) BROKERAGE LIMITED, FUTU INC., TIGER BROKERS (NZ) LIMITED, and COGENCY GLOBAL, INC.,<br><br>     Defendants. | Case No. 1:22-cv-09836-JSR |

**[PROPOSED] LETTER OF REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE PURSUANT TO THE HAGUE CONVENTION OF 18 MARCH 1970 ON THE TAKING OF EVIDENCE ABROAD IN CIVIL OR COMMERCIAL MATTERS**

1

The United States District Court for the Southern District of New York (the "Court") presents its compliments to the People's Republic of China ("China") and requests assistance in obtaining documentary evidence to be used in the above-captioned civil proceeding before this Court. Specifically, the Court requests assistance in obtaining written documents in the possession, custody, or control of PricewaterhouseCoopers Zhong Tian LLP that this Court has determined are relevant to the issues in this case and should be produced in the interest of justice. This request is made pursuant to, and in conformity with, Chapter I of the Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters (the "Hague Evidence Convention"), to which both the United States and China are parties.

## SECTION I

**1. SENDER:**

The Honorable Jed S. Rakoff
United States District Court for the Southern of New York
United States Courthouse
500 Pearl St.
New York, New York
United States of America, 10007-1312

**2. CENTRAL AUTHORITY OF REQUESTED STATE:**

Ministry of Justice of China
International Legal Cooperation Center (ILCC)
33, Pinganli Xidajie
Xicheng District
Beijing 100035
China

**3. PERSON TO WHOM THE EXECUTED REQUEST IS TO BE RETURNED:**

The Honorable Jed S. Rakoff
United States District Court for the Southern of New York
United States Courthouse
500 Pearl St.
New York, New York
United States of America, 10007-1312

2

*With a Copy to Plaintiffs' Legal Representatives and Co-Lead Counsel:*

Phillip Kim, Esq.
THE ROSEN LAW FIRM, P.A.
275 Madison Ave., 40th Floor
New York, New York
United States of America, 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
Email: pkim@rosenlegal.com

AND

Alfred L. Fatale III, Esq.
LABATON SUCHAROW LLP
140 Broadway
New York, New York
United States of America, 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
Email: afatale@labaton.com

**4. SPECIFICATION OF THE DATE BY WHICH THE REQUESTING JUDICIAL AUTHORITY REQUIRES RECEIPT OF THE RESPONSE TO THE LETTER OF REQUEST:**

The Requesting Judicial Authority would greatly appreciate a response to the Letter of Request and production of documents requested in Exhibit A hereto within thirty (30) days or as soon as is practicable, to ensure that evidence is received in a timely manner for use in the civil proceeding described below.

## SECTION II

In conformity with Article 3 of the Hague Evidence Convention, the undersigned applicant has the honor to submit the following information regarding the instant request:

**5. (a) REQUESTING JUDICIAL AUTHORITY (Article 3(a)):**

The Honorable Jed S. Rakoff
United States District Court for the Southern of New York
United States Courthouse

500 Pearl St.
New York, New York
United States of America, 10007-1312

**(b) TO THE COMPETENT AUTHORITY OF (Article 3(a)):**

Ministry of Justice of China
International Legal Cooperation Center (ILCC)
33, Pinganli Xidajie
Xicheng District
Beijing 100035
China

**(c) NAME OF THE CASE AND ANY IDENTIFYING NUMBER:**

Chen v. Missfresh Ltd., Case No. 1:22-cv-09836-JSR, United States District Court for the

Southern District of New York

**6. NAMES AND ADDRESSES OF THE PARTIES AND THEIR REPRESENTATIVES
(Article 3(b)):**

**(a) Plaintiffs:**

Chelsea Fan, Maso Capital Investments Limited, Blackwell Partners LLC – Series A, Star V

Partners LLC, James Sannito

*Legal Representatives and Co-Lead Counsel:*

THE ROSEN LAW FIRM, P.A.
Phillip Kim
275 Madison Ave., 40th Floor
New York, New York
United States of America, 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
Email: pkim@rosenlegal.com

LABATON SUCHAROW LLP
Alfred L. Fatale III
140 Broadway
New York, New York
United States of America, 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477

4

Email: afatale@labaton.com

**(b) Defendants:**

(b-1) Missfresh Limited, Colleen A. De Vries, and Cogency Global, Inc.

*Legal Representative:*

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Scott D. Musoff
Robert A. Fumerton
Michael C. Griffin
One Manhattan West
New York, New York
United States of America, 10001
Telephone: (212) 735-3000
Emails: scott.musoff@skadden.com
   robert.fumerton@skadden.com
   michael.griffin@skadden.com

(b-2) J.P. Morgan Securities LLC, Citigroup Global Markets Inc., China International Capital Corporation Hong Kong Securities Limited, China Renaissance Securities (Hong Kong) Limited, Haitong International Securities Company Limited, CMB International Capital Limited, AMTD Global Markets Limited, ICBC International Securities Limited, Needham & Company, LLC, China Merchants Securities (HK) Co., Limited, ABCI Securities Company Limited, GF Securities (Hong Kong) Brokerage Limited, Futu Inc., and Tiger Brokers (NZ) Limited

*Legal Representative:*

SHEARMAN & STERLING LLP
Daniel C. Lewis
Benjamin Klebanoff
599 Lexington Avenue
New York, NY
United States of America, 10022-6069
Emails: daniel.lewis@shearman.com
   benjamin.klebanoff@shearman.com

**7. NATURE AND PURPOSE OF THE PROCEEDINGS AND SUMMARY OF THE FACTS (Article 3(c)):**

**(a) Nature of the Proceeding**

This is a civil proceeding in which Plaintiffs bring claims against Defendants for alleged violations of the Securities Act of 1933 of the United States of America ("Securities Act").

**(b) Summary of the Complaint**

Missfresh Limited ("Missfresh") is a Chinese grocery delivery company that held an initial public offering ("IPO") of its American Depository Shares ("ADS") on the NASDAQ of the United States in June 2021. The Complaint alleges that certain financial information contained in the offering documents for Missfresh was materially false and misleading under Section 11 of the Securities Act. Specifically, following the IPO, Missfresh publicly acknowledged that the offering documents overstated the "sales of products through online platforms" for the first quarter of 2021—the period leading up to the IPO—by 11.7% and "net revenues" for the same period by 11.4%. Missfresh subsequently restated the relevant financial results.

**8. EVIDENCE TO BE OBTAINED (Article 3(d)):**

**(a) Evidence to be obtained:**

The assistance requested of China consists of obtaining written documents as described in Exhibit A attached hereto.

**(b) Purpose of the Documents Sought:**

PricewaterhouseCoopers Zhong Tian LLP is a public accounting firm registered with the Public Company Accounting Oversight Board (United States) ("PCAOB"). PricewaterhouseCoopers Zhong Tian LLP performed reviews and audits of the financial statements contained in Missfresh's Offering Documents, which gave rise to the claims in this action. PricewaterhouseCoopers Zhong Tian LLP performed certain audit procedures agreed

6

upon with Defendants and conducted its audit work with Missfresh in accordance with the standards of the PCAOB. Under those standards, PricewaterhouseCoopers Zhong Tian LLP was required to examine and gather information relevant to the amounts and items discussed in Missfresh's financial statements. Additionally, to complete its work, PricewaterhouseCoopers Zhong Tian LLP would have had extensive discussions with Missfresh's management and other relevant parties who were involved in preparing Missfresh's financial statements. The documents requested in Exhibit A to this Letter of Request are highly relevant to the issues in this litigation, and it will further the interest of justice. The documents sought in this Letter of Request are to be used only in this litigation.

## SECTION III

**9. IDENTITY AND ADDRESS OF ANY PERSON TO BE EXAMINED (Article 3(e)):**

PricewaterhouseCoopers Zhong Tian LLP
26/F Office Tower A, Beijing Fortune Plaza
7 Dongsanhuan Zhong Road
Chaoyang District
Beijing, People's Republic of China 100020
Phone: +86 (10) 6533 8888
Fax: +86 (10) 6533 8800

**10. DOCUMENTS REQUESTED**

All inquiries and instructions are annexed to this Letter of Request at Exhibit A.

**11. REQUEST FOR NOTIFICATION**

This Court respectfully requests that the documents sought by this Letter of Request be produced to the above listed legal representatives for Plaintiffs on a date as soon as practicable, and in all events, within thirty (30) days from when the Chinese central authority gives effect to this Letter of Request.

**12. THE FEES AND COSTS INCURRED WHICH ARE REIMBURSABLE UNDER THE SECOND PARAGRAPH OF ARTICLE 14 OR UNDER ARTICLE 26 OF THE CONVENTION WILL BE BORNE BY:**

7

Phillip Kim, Esq.
THE ROSEN LAW FIRM, P.A.
275 Madison Ave., 40th Floor
New York, New York
United States of America, 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
Email: pkim@rosenlegal.com

Alfred L. Fatale III
LABATON SUCHAROW LLP
140 Broadway
New York, New York
United States of America, 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
Email: afatale@labaton.com

**13. DATE OF REQUEST**

Dated: November 6, 2023

New York, New York, U.S.A.

**14. SIGNATURE OF THE REQUESTING AUTHORITY**

WITNESS, the Honorable Judge Jed S. Rakoff of the United States District Court for the Southern

District of New York, this _____ day of _____, 2023.

By the Court,

_____
Honorable Jed S. Rakoff
United States District Judge

[Seal of Court]

8

## EXHIBIT A

### Directed to PricewaterhouseCoopers Zhong Tian LLP

### DEFINITIONS

The rules of construction and definitions set forth in FRCP 26 and 34, as well as in Local Civil Rules 26.2 and 26.3 of the United States District Court for the Southern District of New York, are incorporated as if set forth fully herein. In addition, the following definitions shall apply to the above Requests and shall be considered as part of each Request:

1. The term "Action" means the above-captioned civil action. The "Action" refers to *Chen v. Missfresh Ltd.*, Case No. 1:22-cv-09836-JSR (S.D.N.Y.), pending in the United States District Court for the Southern District of New York

2. "Internal Review" refers to Missfresh's internal review disclosed in the Company's May 24, 2022 press release.

3. "Missfresh" or the "Company" refer to Missfresh Limited and, where applicable, any present or former officers, directors, partners, employees, contractors, sponsors, representatives or agents, and any other person or entity acting or purporting to act on its behalf.

4. "Offering Documents" refers to the June 8, 2021 initial registration statement on Form F-1, the June 22, 2021 amended registration statement on Form F-1/A and the June 24, 2021 prospectus filed by Missfresh on Form 424B4 for the purpose of Missfresh's Initial Public Offering on Nasdaq.

5. "PwC", "You", and "Your" means PricewaterhouseCoopers Zhong Tian LLP, together with all of its respective present and former officers, directors, committees, employees, partners, corporate parents, predecessors, successors, direct and indirect subsidiaries, affiliates,

divisions, branch offices, agents, representatives, and all other persons acting, or purporting to act, on behalf of any of the foregoing. "Your" is the possessive of "You."

6.      "Questionable Transactions" refers to the transactions identified in the Internal Review as exhibiting characteristics of questionable transactions, including but not limited to undisclosed relationships between suppliers and customers, different customers or suppliers sharing the same contact information, and/or lack of supporting logistics information.

## INSTRUCTIONS

1.      You shall respond to each Document Request separately. You shall produce any responsive Documents as they are kept in the ordinary course of Your business.

## RELEVANT PERIOD

Unless otherwise indicated, the time period covered by these Requests is from March 1, 2020 through and including September 29, 2022 and shall include all events or circumstances which occurred during such period, as well as related documents and information produced or created during that period. However, if a document prepared prior to March 1, 2020, or after September 29, 2022, is necessary for a correct or complete understanding of any document covered by a Request, the document shall be produced. If any document is undated and the date of its preparation cannot be determined, the document shall be produced if otherwise responsive to the Request.

## REQUESTS FOR PRODUCTION

**RFP NO. 1:**

All documents and communications, including audit review and work papers, concerning the review or audit of Missfresh's financial statements in the Offering Documents.

2

**RFP NO. 2:**

All documents and communications concerning the restatement of financial statements contained in the Offering Documents.

**RFP NO. 3:**

All documents and communications concerning Your dismissal as the independent registered public accounting firm for Missfresh.

**RFP NO. 4:**

All documents and communications concerning Missfresh's Internal Review.

**RFP NO. 5:**

All documents and communications concerning Missfresh's Questionable Transactions.

DATED: November 6, 2023                    **THE ROSEN LAW FIRM, P.A.**
       New York, New York

*/s/ Phillip Kim*
Phillip Kim
275 Madison Ave., 40th Floor
New York, NY 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
Email: pkim@rosenlegal.com

**LABATON SUCHAROW LLP**
*/s/ Alfred L. Fatale III*
Alfred L. Fatale III
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
Email: afatale@labaton.com

*Lead Counsel for Plaintiffs and the
Proposed Class*

**THE SCHALL LAW FIRM**
Brian Schall, Esq.

2049 Century Park East, Ste. 2460
Los Angeles, CA 90067
Telephone: (310) 301-3335
Fax: (877) 590-0482
Email: brian@schallfirm.com

*Additional Counsel*

## 证据 A

### 致普华永道中天会计师事务所（特殊普通合伙）

### 定义

根据美国纽约南区联邦地方法院的地方法规 26.2 和 26.3，以及联邦民事诉讼程序 (Federal Rules of Civil Procedure, FRCP) 26 和 34 中规定的建筑规则和定义，将其完全纳入本协议。此外，以下定义应适用于上述请求，并应被视作每个请求的一部分：

1.    "诉讼"一词指上述民事诉讼。"诉讼"指 *Chen v.*每日优鲜有限公司 *(Missfresh Ltd.,)* 案件编号：1:22-cv-09836-JSR (SDNY)，正在美国纽约南区联邦地方法院审理中

2.    "内部审查"是指 Missfresh 公司于 2022 年 5 月 24 日新闻稿中披露的内部审查。

3.    "Missfresh"或"该公司"指 Missfresh Limited，以及（如适用）任何现任或前任管理人员、董事、合伙人、雇员、承包商、赞助商、代表或代理，以及代表或声称代表其行事的任何其他个人或实体。

4.    "发行文件"是指 为 Missfresh 在纳斯达克首次公开募股而于2021 年 6 月 8 日表格 F-1 的初始登记声明、2021 年 6 月 22 日表格 F-1/A 的修订登记声明以及 2021 年 6 月 24 日以 424B4 表格而提交的招股说明书。

5.    "普华永道"、"您"和"您的"是指普华永道中天会计师事务所（特殊普通合伙），连同其所有现任和前任管理人员、董事、委员会、员工、合作伙伴、公司母公司、前任、继任者、直接和间接子公司、附属机构、部门、分支机构、代理人、代表，以及代表或声称代表上述任何一方行事的所有其他人员。"您的"为"您"的所有格。

6.　　"可疑交易"是指内部审查中认定为表现出可疑交易特征的交易，包括但不限于供应商与客户之间未公开关系、不同客户或供应商共享相同的联系信息和/或缺乏支持的物流信息。

## 说明

1.　　您应分别回复每份文件请求。您应按照正常业务过程中保存的方式保存任何回应文件。

## 相关期间

除非另有说明，这些请求所涵盖的时间段是从2020 年 3 月 1 日到2022 年 9 月 29 日，并应包括在此期间产生或创建的相关文件和信息。但是，如果需要在 2020 年 3 月 1 日之前或 2022 年 9 月 29 日之后制备的文件，以便正确或完整地理解请求所涵盖的任何文件，则应提供该文件。如果任何文件未注明日期且无法确定其制备日期，则在对请求作出其他回应的情况下，应出示该文件。

## 提供文件的请求

**提供文件的请求编号 1：**

与 Missfresh 发行文件中的财务报表的审核或审计有关的所有文件和沟通，包括审计审核和工作底稿。

**提供文件的编号 2：**

与 Missfresh 发行文件中的财务报表充数有关的所有文件和沟通。

**提供文件的编号 3：**

关于普华永道被解聘 Missfresh 独立注册会计师事务所相关的所有文件和沟通。

**提供文件的编号 4：**

与内部审查有关的所有文件和沟通。

**提供文件的编号 5：**

与 Missfresh 的可疑交易有关的所有文件和沟通。

日期：2023 年 11 月 6 日        **罗森律师事务所（The Rosen Law Firm, P.A.）**
纽约，纽约

*/s/ Phillip Kim*
Phillip Kim
275 Madison Ave., 40th Floor
New York, NY 10016
电话：(212) 686-1060
传真：(212) 202-3827
电子邮件：pkim@rosenlegal.com

**LABATON SUCHAROW LLP**
*/s/ Alfred L. Fatale III*
Alfred L. Fatale III
140 Broadway
New York, NY 10005
电话：(212) 907-0700
传真：(212) 818-0477
电子邮件：afatale@labaton.com

*原告及拟议集体的首席律师*

**THE SCHALL LAW FIRM**
Brian Schall, Esq.
2049 Century Park East, Ste.2460
Los Angeles, CA 90067
电话：(310) 301-3335
传真：(877) 590-0482
电子邮件：brian@schallfirm.com

*额外顾问*

# MORNINGSIDE

# TRANSLATION  CERTIFICATION

Date: November 6, 2023

To whom it may concern:

This is to certify that the attached translation is an accurate representation of the document received by this office. The translation was completed from:

- **English**

To:

- **Chinese**

The document is designated as:
**Missfresh Pls RFP to PwC**

Jordan Woodard, Project Manager in this company, attests to the following:

"To the best of my knowledge, the aforementioned document is a true, full and accurate translation of the specified document."

Jordan Woodard

Signature of Jordan Woodard