UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

|  |  |  |
|---|---|---|
| JUAN CHEN, Individually and On Behalf of All Others Similarly Situated, | : | 1:22-cv-09836-JSR |
|  | : |  |
| Plaintiff, | : | **ECF Case** |
| v. | : | **Electronically Filed** |
|  | : |  |
| MISSFRESH LIMITED, ZHENG XU, JUN WANG, YUAN SUN, ZHAOHUI LI, COLLEEN A. DE VRIES, HANSONG ZHU, J.P. MORGAN SECURITIES LLC, CITIGROUP GLOBAL MARKETS INC., CHINA INTERNATIONAL CAPITAL CORPORATION HONG KONG SECURITIES LIMITED, CHINA RENAISSANCE SECURITIES (HONG KONG) LIMITED, HAITONG INTERNATIONAL SECURITIES COMPANY LIMITED, CMB INTERNATIONAL CAPITAL LIMITED, AMTD GLOBAL MARKETS LIMITED, ICBC INTERNATIONAL SECURITIES LIMITED, NEEDHAM & COMPANY, LLC, CHINA MERCHANTS SECURITIES (HK) CO., LIMITED, ABCI SECURITIES COMPANY LIMITED, GF SECURITIES (HONG KONG) BROKERAGE LIMITED, FUTU INC., TIGER BROKERS (NZ) LIMITED, and COGENCY GLOBAL, INC., | : | |
|  | : |  |
| Defendants. | : |  |
|  | : |  |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**DECLARATION OF SCOTT D. MUSOFF
IN SUPPORT OF DEFENDANT'S OPPOSITION
TO LEAD PLAINTIFFS' MOTION FOR ALTERNATIVE SERVICE**

I, Scott D. Musoff, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.    I am a member of the bar of this Court and of the firm Skadden, Arps, Slate,

Meagher & Flom LLP ("Skadden"), counsel for Defendant Missfresh Limited ("Missfresh").

2

2.      I respectfully submit this declaration in support of Defendant's Opposition to

Lead Plaintiffs' Motion for Alternative Service, filed concurrently herewith, and to transmit true

and correct copies of the following document:

Exhibit A.....................Personal Information Protection Law of the People's Republic of
China (Nov. 1, 2021) (unofficial translation)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 13, 2023, in New York, New York.

/s/ Scott D. Musoff
Scott D. Musoff