**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JUAN CHEN, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　Plaintiff,<br><br>　　　　　　　　v.<br><br>MISSFRESH LIMITED, ZHENG XU, JUN WANG, YUAN SUN, ZHAOHUI LI, COLLEEN A. DE VRIES, HANSONG ZHU, J.P. MORGAN SECURITIES LLC, CITIGROUP GLOBAL MARKETS INC., CHINA INTERNATIONAL CAPITAL CORPORATION HONG KONG SECURITIES LIMITED, CHINA RENAISSANCE SECURITIES (HONG KONG) LIMITED, HAITONG INTERNATIONAL SECURITIES COMPANY LIMITED, CMB INTERNATIONAL CAPITAL LIMITED, AMTD GLOBAL MARKETS LIMITED, ICBC INTERNATIONAL SECURITIES LIMITED, NEEDHAM & COMPANY, LLC, CHINA MERCHANTS SECURITIES (HK) CO., LIMITED, ABCI SECURITIES COMPANY LIMITED, GF SECURITIES (HONG KONG) BROKERAGE LIMITED, FUTU INC., TIGER BROKERS (NZ) LIMITED, and COGENCY GLOBAL, INC.,<br><br>　　　　Defendants. | Case No. 1:22-cv-09836-JSR |

**NOTICE OF PLAINTIFFS' MOTION FOR ALTERNATIVE**
**SERVICE OF PROCESS ON DEFENDANTS ZHAOHUI LI,**
**<u>HANSONG ZHU, JUN WANG, AND YUAN SUN</u>**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, dated

February 21, 2024, the accompanying Declaration of Phillip Kim, dated February 21, 2024, and

upon all prior papers and proceedings herein, Lead Plaintiffs, Chelsea Fan, Maso Capital

1

Investments Limited, Blackwell Partners LLC – Series A, and Star V Partners LLC, and named plaintiff James Sannito ("Plaintiffs"), individually and on behalf of all others similarly situated, will move this Court, before the Honorable Jed S. Rakoff, United States District Judge, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl St., New York, New York, 10007, on a date and at a time as the Court will determine, pursuant to Rule 4(f)(3) of the Federal Rules of Civil Procedure for an order, authorizing service of process as follows:

(1)     on Defendant Zhaohui Li ("Li"), (i) by email to Paul, Weiss, Rifkind, Wharton & Garrison LLP, Defendant Li's U.S. counsel in *In re: NIO, Inc., Securities Litigation*, Case No. 1:19-cv-01424-NGG-JRC, currently pending before Judge Nicholas G. Garaufis in the Eastern District of New York, (ii) via email at ir@tencent.com  to Tencent Holdings Ltd. in Hong Kong, where Defendant Li serves as a vice president, and (iii) via email at ir@ke.com to KE Holdings Inc. ("KE Holdings") in Hong Kong, where Defendant Li serves as a director;

(2)     on Defendant Hansong Zhu ("Zhu"), (i) via email at ir@ke.com to KE Holdings in Hong Kong, where Defendant Zhu serves as an independent director, and (ii) via text message, email or any social media account (WeChat, Weibo or similar) Defendants Missfresh or Zheng Xu ("Xu") has on file for Defendant Zhu;

(3)     on Defendant Jun Wang ("Wang"), (i) by publication in both Chinese and English once a week for two consecutive weeks on PR Newswire Asia and GlobeNewswire, (ii) via text message, email or any social media account (WeChat, Weibo or similar) Defendants Missfresh or Xu has on file for Defendant Wang, and (iii) by FedEx International Priority to the forwarding or home address that Defendants Missfresh or Xu has on file for Defendant Wang provided the address is not in the People's Republic of

China ("China"); and

(4)      on Defendant Yuan Sun ("Sun"), (i) by publication in both Chinese and English once a week for two consecutive weeks on PR Newswire Asia and GlobeNewswire, (ii) via text message, email or any social media account (WeChat, Weibo or similar) Defendants Missfresh or Xu has on file for Defendant Sun, and (iii) by FedEx International Priority to the forwarding or home address that Defendants Missfresh or Xu has on file for Defendant Sun provided the address is not in China.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Court's order on February 16, 2024, any response to this motion is due by February 28, 2024; no reply brief or oral argument is anticipated at this time.

DATED: February 21, 2024

**THE ROSEN LAW FIRM, P.A.**
*/s/ Phillip Kim*
Phillip Kim
Laurence M. Rosen
Jing Chen
275 Madison Ave., 40th Floor
New York, NY 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
pkim@rosenlegal.com
lrosen@rosenlegal.com
jchen@rosenlegal.com

**LABATON KELLER SUCHAROW LLP**
*/s/ Alfred L. Fatale III*
Alfred L. Fatale III
Charles Wood
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
afatale@labaton.com
cwood@labaton.com

3

*Lead Counsel for Plaintiffs and the
Proposed Class*

**THE SCHALL LAW FIRM**
Brian Schall, Esq.
2049 Century Park East, Ste. 2460
Los Angeles, CA 90067
Telephone: (310) 301-3335
Fax: (877) 590-0482
Email: brian@schallfirm.com

*Additional Counsel*

4

## CERTIFICATE OF SERVICE

I hereby certify that on February 21, 2024, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

/s/ Phillip Kim

Phillip Kim