UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JUAN CHEN, Individually and On Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>    v.<br><br>MISSFRESH LIMITED, et al.,<br><br>        Defendants. | Case No. 1:22-cv-09836 (JSR) |

**DEFENDANT MISSFRESH LIMITED'S RESPONSE TO PLAINTIFFS' MOTION FOR ALTERNATIVE SERVICE OF PROCESS ON DEFENDANTS ZHAOHUI LI, HANSONG ZHU, JUN WANG, AND YUAN SUN**

Defendant Missfresh Limited ("Missfresh"), through its attorneys Tarter Krinsky & Drogin LLP, respectfully submits this response to Plaintiffs'[1] Motion for Alternative Service on Defendants Zhaohui Li, Hansong Zhu, Jun Wang, and Yuan Sun (collectively, the "Individual Defendants")[2] to clarify two points raised in the Motion.

First, the Motion states Plaintiffs' counsel had not received a response from Missfresh's counsel regarding whether the firm of Tarter Krinsky & Drogin LLP ("TKD") was authorized to accept service on behalf of the Individual Defendants. (ECF No. 104 at 3.) On February 22, 2024, Plaintiffs' counsel was notified that TKD does not represent the Individual Defendants and is not authorized to accept service on their behalf.

Second, the Motion states that Plaintiffs requested through counsel that Missfresh provide any last known contact information, including home addresses, email addresses, employer details,

---

[1] Chelsea Fan, Maso Capital Investments Limited, Blackwell Partners LLC–Series A, Star V Partners LLC, and James Sannito (collectively, "Plaintiffs").

[2] "Mot." or "Motion" (ECF Nos. 103-105).

forwarding addresses, social media account handles (such as WeChat or Weibo), and cell phone numbers of the Individual Defendants. (ECF No. 104 at 3.) Missfresh is searching its records and anticipates providing on or before March 4, 2024, whatever contact information it can for the Individual Defendants consistent with its obligations under China's Personal Information Protection Law ("PIPL").[3]

Dated: New York, New York
February 28, 2024

Respectfully submitted,

**TARTER KRINSKY & DROGIN LLP**

By:    */s/ Richard J.L. Lomuscio*
Richard J.L. Lomuscio
1350 Broadway
New York, New York 10018
Tel: (212) 216-8000
Facsimile: (212) 216-8001
Email: rlomuscio@tarterkrinsky.com

*Attorneys for Defendant Missfresh Limited*

---

[3] Missfresh notes that, as highlighted in earlier briefing (ECF No. 85 at 9-10), Plaintiffs' proposed methods of alternative service raise due process concerns as to the Individual Defendants.