**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

<table>
<tr>
<td>

JUAN CHEN, Individually and On Behalf of All Others Similarly Situated,

    Plaintiff,

               v.

MISSFRESH LIMITED, ZHENG XU, JUN WANG, YUAN SUN, ZHAOHUI LI, COLLEEN A. DE VRIES, HANSONG ZHU, J.P. MORGAN SECURITIES LLC, CITIGROUP GLOBAL MARKETS INC., CHINA INTERNATIONAL CAPITAL CORPORATION HONG KONG SECURITIES LIMITED, CHINA RENAISSANCE SECURITIES (HONG KONG) LIMITED, HAITONG INTERNATIONAL SECURITIES COMPANY LIMITED, CMB INTERNATIONAL CAPITAL LIMITED, AMTD GLOBAL MARKETS LIMITED, ICBC INTERNATIONAL SECURITIES LIMITED, NEEDHAM & COMPANY, LLC, CHINA MERCHANTS SECURITIES (HK) CO., LIMITED, ABCI SECURITIES COMPANY LIMITED, GF SECURITIES (HONG KONG) BROKERAGE LIMITED, FUTU INC., TIGER BROKERS (NZ) LIMITED, and COGENCY GLOBAL, INC.,

    Defendants.

</td>
<td>

Case No. 1:22-cv-09836-JSR

**DECLARATION OF ALFRED L. FATALE III IN SUPPORT OF LEAD PLAINTIFFS' MOTION TO CERTIFY CLASS, APPOINT CLASS REPRESENTATIVES, AND APPOINT CO-CLASS COUNSEL**

</td>
</tr>
</table>

ALFRED L. FATALE III declares pursuant to 28 U.S.C. § 1746 that:

1.     I am a member of the Bar of this Court and a Partner of Labaton Keller Sucharow LLP ("Labaton") Co-Lead Counsel for Lead Plaintiffs Chelsea Fan, Maso Capital Investments Limited, Blackwell Partners LLC – Series A, and Star V Partners LLC, named plaintiff James Sannito, and the Class.

2.      I submit this declaration in support of Lead Plaintiffs' Motion to Certify Class, Appoint Class Representatives, and Appoint Co-Class Counsel.

3.      Attached hereto as **Exhibit A** is a true and accurate copy of the Amended Class Action Complaint for Violations of the Securities Act of 1933 dated and filed in the above-captioned action on December 28, 2022.

4.      Attached hereto as **Exhibit B** is a true and accurate copy of the Registration Statement filed on Form F-1/A by Missfresh Limited ("Missfresh") with the U.S. Securities and Exchange Commission ("SEC") on June 22, 2021.

5.      Attached hereto as **Exhibit C** is a true and accurate copy of the Prospectus filed on Form 424B4 by Missfresh with the SEC on June 28, 2021.

6.      Attached hereto as **Exhibit D** is a true and accurate copy of the Declaration of Manoj Jain in Support of Lead Plaintiffs' Motion to Certify Class, Appoint Class Representatives, and Appoint Co-Class Counsel, executed March 22, 2024.

7.      Attached hereto as **Exhibit E** is a true and accurate copy of the Declaration of Chelsea Fan in Support of Lead Plaintiffs' Motion to Certify Class, Appoint Class Representatives, and Appoint Co-Class Counsel, executed March 20, 2024.

8.      Attached hereto as **Exhibit F** is a true and accurate copy of the Declaration of James Sannito in Support of Lead Plaintiffs' Motion to Certify Class, Appoint Class Representatives, and Appoint Co-Class Counsel, executed March 26, 2024.

9.      Attached hereto as **Exhibit G** is a true and accurate copy of Labaton's firm resume.

10.     Attached hereto as **Exhibit H** is a true and accurate copy of The Rosen Law Firm's firm resume.

I, declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct.

DATED: March 26, 2024

**LABATON KELLER SUCHAROW LLP**

/s/ *Alfred L. Fatale III*
Alfred L. Fatale III
David J. Schwartz
Charles Wood
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
afatale@labaton.com
dschwartz@labaton.com
cwood@labaton.com

**THE ROSEN LAW FIRM, P.A.**
Phillip Kim
Laurence M. Rosen
Jing Chen
275 Madison Ave., 40th Floor
New York, NY 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
pkim@rosenlegal.com
lrosen@rosenlegal.com
jchen@rosenlegal.com

*Co-Lead Counsel for Plaintiffs and the Proposed Class*

**THE SCHALL LAW FIRM**
Brian Schall, Esq.
2049 Century Park East, Ste. 2460
Los Angeles, CA 90067
Telephone: (310) 301-3335
Fax: (877) 590-0482
Email: brian@schallfirm.com

*Additional Counsel*

3