# EXHIBIT D

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JUAN CHEN, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>            v.<br><br>MISSFRESH LIMITED, ZHENG XU, JUN WANG, YUAN SUN, ZHAOHUI LI, COLLEEN A. DE VRIES, HANSONG ZHU, J.P. MORGAN SECURITIES LLC, CITIGROUP GLOBAL MARKETS INC., CHINA INTERNATIONAL CAPITAL CORPORATION HONG KONG SECURITIES LIMITED, CHINA RENAISSANCE SECURITIES (HONG KONG) LIMITED, HAITONG INTERNATIONAL SECURITIES COMPANY LIMITED, CMB INTERNATIONAL CAPITAL LIMITED, AMTD GLOBAL MARKETS LIMITED, ICBC INTERNATIONAL SECURITIES LIMITED, NEEDHAM & COMPANY, LLC, CHINA MERCHANTS SECURITIES (HK) CO., LIMITED, ABCI SECURITIES COMPANY LIMITED, GF SECURITIES (HONG KONG) BROKERAGE LIMITED, FUTU INC., TIGER BROKERS (NZ) LIMITED, and COGENCY GLOBAL, INC.,<br><br>    Defendants. | Case No. 1:22-cv-09836-JSR<br><br>**DECLARATION OF MANOJ JAIN IN SUPPORT OF LEAD PLAINTIFFS' MOTION TO CERTIFY CLASS, APPOINT CLASS REPRESENTATIVES, AND APPOINT CO-CLASS COUNSEL** |

I, Manoj Jain, declare as follows:

1.    I am the Co-Chief Investment Officer of Maso Capital Partners Limited, the Investment Manager for Court-appointed Lead Plaintiffs Maso Capital Investments Limited, Blackwell Partners LLC – Series A, and Star V Partners LLC (the "Maso Plaintiffs"), and am authorized to make this declaration of behalf of the Maso Plaintiffs in support of Lead Plaintiffs' Motion to Certify Class, Appoint Class Representatives, and Appoint Co-Class Counsel in the

above-captioned action. I have personal knowledge of the statements herein and, if called upon as a witness, could and would competently testify thereto.

2. The Maso Plaintiffs each purchased the American Depository Shares ("ADSs") of Missfresh Limited ("Missfresh" or the "Company") pursuant and/or traceable to the offering materials issued in connection with Missfresh's June 2021 initial public offering and were damaged thereby. *See* ECF No. 5-3.

3. The Maso Plaintiffs understand that they are moving to be appointed as Class Representatives in this litigation. They are further aware that a class action lawsuit, like this one, is brought on behalf of not only themselves but also other Missfresh ADS investors that are members of the Class. The Maso Plaintiffs understand that as Class Representatives, they will serve as representative parties who act on behalf of other Class members in directing the litigation and are willing to do so. The Maso Plaintiffs understand that as Class Representatives they will be required to oversee the litigation to ensure Co-Class Counsel prosecutes the case vigorously and in the best interests of the Class and are willing to do so. The Maso Plaintiffs understand that as Class Representatives, their duties will include consulting with Co-Class Counsel on proposed strategies during the course of the litigation, determining whether or not to accept a particular settlement offer, and testifying at deposition or trial if called upon to do so. In sum, the Maso Plaintiffs are aware of and accept the fiduciary duties they will assume if appointed as Class Representatives.

4. On behalf of the Maso Plaintiffs, I have reviewed and monitored the progress of this litigation and have regularly conferred with counsel concerning the litigation and its prosecution. For example, I have received and reviewed periodic updates and other correspondence from counsel regarding all aspects of the case, including the filing of significant

pleadings and court orders, mediation and settlement negotiations, as well as discovery efforts to date.

5.     The Maso Plaintiffs understand that as Class Representatives they will owe a fiduciary duty to all members of the Class to provide fair and adequate representation, and will continue to work with counsel to obtain the maximum possible recovery for the Class consistent with good faith and meritorious advocacy.

6.     The Maso Plaintiffs intend to continue to provide fair and adequate representation to the Class by among other things, overseeing the efforts of counsel. In addition, the Maso Plaintiffs believe that Court-appointed Co-Lead Counsel and proposed Co-Class Counsel have substantial experience and expertise in prosecuting securities class actions and possess the necessary resources to prosecute this case effectively.

7.     The Maso Plaintiffs will not accept any payment for serving as Class Representatives beyond any *pro rata* share of recovery with the Class, except for reimbursement of such reasonable costs and expenses directly relating to the representation of the Class, including lost wages, or other amounts expressly ordered and approved by the Court.

8.     The Maso Plaintiffs are committed to vigorously prosecuting the litigation and intend to obtain the largest possible recovery for the Class consistent with good faith and sound judgement.

I, Manoj Jain, declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct.

DATED: 22 March 24                                 _____
                                                                  Manoj Jain

3