# EXHIBIT F

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JUAN CHEN, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>        v.<br><br>MISSFRESH LIMITED, ZHENG XU, JUN WANG, YUAN SUN, ZHAOHUI LI, COLLEEN A. DE VRIES, HANSONG ZHU, J.P. MORGAN SECURITIES LLC, CITIGROUP GLOBAL MARKETS INC., CHINA INTERNATIONAL CAPITAL CORPORATION HONG KONG SECURITIES LIMITED, CHINA RENAISSANCE SECURITIES (HONG KONG) LIMITED, HAITONG INTERNATIONAL SECURITIES COMPANY LIMITED, CMB INTERNATIONAL CAPITAL LIMITED, AMTD GLOBAL MARKETS LIMITED, ICBC INTERNATIONAL SECURITIES LIMITED, NEEDHAM & COMPANY, LLC, CHINA MERCHANTS SECURITIES (HK) CO., LIMITED, ABCI SECURITIES COMPANY LIMITED, GF SECURITIES (HONG KONG) BROKERAGE LIMITED, FUTU INC., TIGER BROKERS (NZ) LIMITED, and COGENCY GLOBAL, INC.,<br><br>    Defendants. | Case No. 1:22-cv-09836-JSR<br><br>**DECLARATION OF JAMES SANNITO IN SUPPORT OF LEAD PLAINTIFFS' MOTION TO CERTIFY CLASS, APPOINT CLASS REPRESENTATIVES, AND APPOINT CO-CLASS COUNSEL** |

I, James Sannito, declare as follows:

1.    I make this declaration in support of Lead Plaintiffs' Motion to Certify Class, Appoint Class Representatives, and Appoint Co-Class Counsel in the above-captioned action. I have personal knowledge of the statements herein and, if called upon as a witness, could and would competently testify thereto.

2.      I purchased the American Depository Shares ("ADSs") of Missfresh Limited ("Missfresh") pursuant and/or traceable to the offering materials issued in connection with Missfresh's June 2021 initial public offering and was damaged thereby. *See* ECF No. 34-1.

3.      I understand that I am moving to be appointed as a Class Representative in this litigation. I am further aware that a class action lawsuit, like this one, is brought on behalf of not only myself but also other Missfresh ADS investors that are members of the Class. I understand that as a Class Representative, I will serve as a representative party who acts on behalf of other Class members in directing the litigation and am willing to do so. I understand that as a Class Representative I will be required to oversee the litigation to ensure Co-Class Counsel prosecutes the case vigorously and in the best interests of the Class and am willing to do so. I understand that as a Class Representative, my duties will include consulting with Co-Class Counsel on proposed strategies during the course of the litigation, determining whether or not to accept a particular settlement offer, and testifying at deposition or trial if called upon to do so. In sum, I am aware of and accept the fiduciary duties I will assume if appointed as a Class Representative.

4.      I have reviewed and monitored the progress of this litigation and have regularly conferred with counsel concerning the litigation and its prosecution. For example, I have received and reviewed periodic updates and other correspondence from counsel regarding all aspects of the case, including the filing of significant pleadings and court orders, mediation and settlement negotiations, as well as discovery efforts to date.

5.      I understand that as a Class Representative I will owe a fiduciary duty to all members of the Class to provide fair and adequate representation, and will continue to work with counsel to obtain the maximum possible recovery for the Class consistent with good faith and meritorious advocacy.

6. I intend to provide fair and adequate representation to the Class by among other things, overseeing the efforts of counsel. In addition, I believe that Court-appointed Co-Lead Counsel and proposed Co-Class Counsel have substantial experience and expertise in prosecuting securities class actions and possess the necessary resources to prosecute this case effectively.

7. I will not accept any payment for serving as a Class Representative beyond any *pro rata* share of recovery with the Class, except for reimbursement of such reasonable costs and expenses directly relating to the representation of the Class, including lost wages, or other amounts expressly ordered and approved by the Court.

8. I am committed to vigorously prosecuting the litigation and intend to obtain the largest possible recovery for the Class consistent with good faith and sound judgement.

I, James Sannito, declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct.

DATED: 3/26/2024

DocuSigned by:

164C0FFA8BED44A...

James Sannito

3