**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| JUAN CHEN, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>          v.<br><br>MISSFRESH LIMITED, ZHENG XU, JUN WANG, YUAN SUN, ZHAOHUI LI, COLLEEN A. DEVRIES, HANSONG ZHU, J.P. MORGAN SECURITIES LLC, CITIGROUP GLOBAL MARKETS INC., CHINA INTERNATIONAL CAPITAL CORPORATION HONG KONG SECURITIES LIMITED, CHINA RENAISSANCE SECURITIES (HONG KONG) LIMITED, HAITONG INTERNATIONAL SECURITIES COMPANY LIMITED, CMB INTERNATIONAL CAPITAL LIMITED, AMTD GLOBAL MARKETS LIMITED, ICBC INTERNATIONAL SECURITIES LIMITED, NEEDHAM & COMPANY, LLC, CHINA MERCHANTS SECURITIES (HK) CO., LIMITED, ABCI SECURITIES COMPANY LIMITED, GF SECURITIES (HONG KONG) BROKERAGE LIMITED, FUTU INC., TIGER BROKERS (NZ) LIMITED, and COGENCY GLOBAL, INC.,<br><br>    Defendants. | Case No. 1:22-cv-09836-JSR |

**NOTICE OF DEFENDANT ZHAOHUI LI'S**
**MOTION TO DISMISS THE AMENDED CLASS ACTION COMPLAINT**

PLEASE TAKE NOTICE THAT upon the accompanying March 27, 2024 Memorandum

of Law in Support of Defendant Zhaohui Li's Motion to Dismiss the Amended Class Action

Complaint and Declaration of Abby F. Rudzin in support thereof, Defendant Li, through the

undersigned counsel, hereby move this Court, before the Honorable Jed S. Rakoff, at the United

States Courthouse, 500 Pearl Street, New York, New York, 10007, on a date and time to be set

by the Court, for an order dismissing the Amended Complaint under Rules 12(b)(1), 12(b)(5), and 12(b)(6) of the Federal Rules of Civil Procedure.

PLEASE TAKE FURTHER NOTICE that any response to this motion is due by April 10, 2024, and any reply by April 17, 2024.

Dated: March 27, 2024
New York, New York

Respectfully submitted,

_/s/ Abby F. Rudzin_
Abby F. Rudzin
O'MELVENY & MYERS LLP
Seven Times Square
New York, NY 10026
Telephone: (212) 326-2000
Email: arudzin@omm.com

William K. Pao
(_pro hac vice_ forthcoming)
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, California 90071
Telephone: (213) 430-6000
Email: wpao@omm.com

_Counsel for Defendant Zhaohui Li_

2