**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| JUAN CHEN, Individually and On Behalf of All Others Similarly Situated,<br><br>     Plaintiff,<br><br>             v.<br><br>MISSFRESH LIMITED, ZHENG XU, JUN WANG, YUAN SUN, ZHAOHUI LI, COLLEEN A. DEVRIES, HANSONG ZHU, J.P. MORGAN SECURITIES LLC, CITIGROUP GLOBAL MARKETS INC., CHINA INTERNATIONAL CAPITAL CORPORATION HONG KONG SECURITIES LIMITED, CHINA RENAISSANCE SECURITIES (HONG KONG) LIMITED, HAITONG INTERNATIONAL SECURITIES COMPANY LIMITED, CMB INTERNATIONAL CAPITAL LIMITED, AMTD GLOBAL MARKETS LIMITED, ICBC INTERNATIONAL SECURITIES LIMITED, NEEDHAM & COMPANY, LLC, CHINA MERCHANTS SECURITIES (HK) CO., LIMITED, ABCI SECURITIES COMPANY LIMITED, GF SECURITIES (HONG KONG) BROKERAGE LIMITED, FUTU INC., TIGER BROKERS (NZ) LIMITED, and COGENCY GLOBAL, INC.,<br><br>     Defendants. | Case No. 1:22-cv-09836-JSR |

**DECLARATION OF ABBY F. RUDZIN**
**IN SUPPORT OF DEFENDANT ZHAOHUI LI'S**
**MOTION TO DISMISS THE AMENDED CLASS ACTION COMPLAINT**

I, Abby F. Rudzin, declare as follows:

1.      I am an attorney licensed to practice law in the State of New York, an active member in good standing of the bar of the State of New York, and admitted to practice in the United States District Court for the Southern District of New York.  I am a partner of O'Melveny & Myers LLP ("O'Melveny") and counsel for Defendant Zhaohui Li.  I submit this declaration in support of Defendant Li's Motion to Dismiss.

2.      Attached as Exhibit 1 are excerpts of a true and correct copy of Missfresh Limited's Amendment No. 1 to Form F-1 Registration Statement filed with the Securities and Exchange Commission ("SEC") on or about June 22, 2021, as printed on or about March 25, 2024, by my colleagues at O'Melveny.

3.      Attached as Exhibit 2 is a true and correct copy of Missfresh's Exhibit 99.2 to Form 6-K filed with the SEC on or about November 12, 2021, as printed on or about March 25, 2024, by my colleagues at O'Melveny.

I declare under penalty of perjury that the foregoing is true and correct.


Dated: March 27, 2024                    Respectfully submitted,
        New York, New York

                                           /s/ Abby F. Rudzin
                                         Abby F. Rudzin
                                         O'MELVENY & MYERS LLP
                                         7 Times Square
                                         New York, NY 10026
                                         Telephone: (212) 326-2000
                                         Email: arudzin@omm.com

                                         *Counsel for Defendant Zhaohui Li*

2