**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

<table>
<tr><td>

JUAN CHEN, Individually and On Behalf of All Others Similarly Situated,

     Plaintiff,

               v.

MISSFRESH LIMITED, ZHENG XU, JUN WANG, YUAN SUN, ZHAOHUI LI, COLLEEN A. DE VRIES, HANSONG ZHU, J.P. MORGAN SECURITIES LLC, CITIGROUP GLOBAL MARKETS INC., CHINA INTERNATIONAL CAPITAL CORPORATION HONG KONG SECURITIES LIMITED, CHINA RENAISSANCE SECURITIES (HONG KONG) LIMITED, HAITONG INTERNATIONAL SECURITIES COMPANY LIMITED, CMB INTERNATIONAL CAPITAL LIMITED, AMTD GLOBAL MARKETS LIMITED, ICBC INTERNATIONAL SECURITIES LIMITED, NEEDHAM & COMPANY, LLC, CHINA MERCHANTS SECURITIES (HK) CO., LIMITED, ABCI SECURITIES COMPANY LIMITED, GF SECURITIES (HONG KONG) BROKERAGE LIMITED, FUTU INC., TIGER BROKERS (NZ) LIMITED, and COGENCY GLOBAL, INC.,

     Defendants.

</td><td>

Case No. 1:22-cv-09836-JSR

**DECLARATION OF ALFRED L. FATALE III IN SUPPORT OF LEAD PLAINTIFFS' MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANT ZHAOHUI LI'S MOTION TO DISMISS THE AMENDED CLASS ACTION COMPLAINT**

</td></tr>
</table>

ALFRED L. FATALE III declares pursuant to 28 U.S.C. § 1746 that:

1.    I am a member of the Bar of this Court and a Partner of Labaton Keller Sucharow LLP ("Labaton") Co-Lead Counsel for Lead Plaintiffs Chelsea Fan, Maso Capital Investments Limited, Blackwell Partners LLC – Series A, and Star V Partners LLC, named plaintiff James Sannito, and the Class.

2.    I submit this declaration in support of Lead Plaintiffs' Memorandum of Law in Opposition to Defendant Zhaohui Li's Motion to Dismiss the Amended Class Action Complaint.

3.    Attached hereto as **Exhibit A** is a true and accurate copy of a March 4, 2024 email from Richard Lomuscio, counsel for Zheng Xu.

4.    Attached hereto as **Exhibit B** is a true and accurate copy of the *In re: NIO, Inc., Sec. Litig.*, No. 1:19-cv-01424-NGG-JRC (E.D.N.Y.), pending before Judge Nicholas G. Garaufis in the Eastern District of New York.

I, declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct.


DATED: April 10, 2024                    **LABATON KELLER SUCHAROW LLP**

                                         /s/ *Alfred L. Fatale III*
                                         Alfred L. Fatale III
                                         David J. Schwartz
                                         Charles Wood
                                         140 Broadway
                                         New York, NY 10005
                                         Telephone: (212) 907-0700
                                         Facsimile: (212) 818-0477
                                         afatale@labaton.com
                                         dschwartz@labaton.com
                                         cwood@labaton.com

                                         **THE ROSEN LAW FIRM, P.A.**
                                         Phillip Kim

Laurence M. Rosen
Jing Chen
275 Madison Ave., 40th Floor
New York, NY 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
pkim@rosenlegal.com
lrosen@rosenlegal.com
jchen@rosenlegal.com

*Co-Lead Counsel for Plaintiffs and the Proposed Class*

**THE SCHALL LAW FIRM**
Brian Schall, Esq.
2049 Century Park East, Ste. 2460
Los Angeles, CA 90067
Telephone: (310) 301-3335
Fax: (877) 590-0482
Email: brian@schallfirm.com

*Additional Counsel*

3