# EXHIBIT A

## Wood, Charles

| | |
|---|---|
| **From:** | Richard Lomuscio <rlomuscio@tarterkrinsky.com> |
| **Sent:** | Monday, March 4, 2024 4:55 PM |
| **To:** | Jing Chen; Fatale, Alfred L.; Wood, Charles; Phillip Kim |
| **Cc:** | Robert Lee |
| **Subject:** | RE: ATTN: Noah -- Chen v. Missfresh Ltd., 22-cv-09836 |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

**[EXTERNAL EMAIL]**

Jing,

Former Missfresh directors Yuan Sun and Jun Wang each had Missfresh email accounts that are no longer active -- sunyuan@missfresh.cn and wangjun@missfresh.cn, respectively. The other two former directors, Zhaohui Li and Hansong Zhu, were contacted directly by Mr. Wang for Missfresh board-related matters. Missfresh and Mr. Xu do not have in their records the social media or other contact information that you requested and, even if they did, release of such personal information would be restricted by China's Personal Information Protection Law ("PIPL").  Please let us know if you have any questions.

Regards,

Rich



**Richard Lomuscio|Partner**
T: 212-216-8018|M: 212-517-9315|F: 212-216-8001
rlomuscio@tarterkrinsky.com|Bio
Tarter Krinsky & Drogin LLP
1350 Broadway|New York|NY|10018
www.tarterkrinsky.com|LinkedIn

*Crain's 2022 best places to work in NYC*

**From:** Richard Lomuscio <rlomuscio@tarterkrinsky.com>
**Sent:** Thursday, February 22, 2024 2:15 PM
**To:** Jing Chen <jchen@rosenlegal.com>; Fatale, Alfred L. <AFatale@labaton.com>; CWood@labaton.com; Phillip Kim <pkim@rosenlegal.com>
**Subject:** RE: ATTN: Noah -- Chen v. Missfresh Ltd., 22-cv-09836

Jing,

Following up on your questions:

1. My firm does not represent defendants Zhaohui Li, Hansong Zhu, Jun Wang, and Yuan Sun and cannot accept service on their behalf; and

2. Missfresh is checking on the other information you requested.

Regards,

Rich



**Richard Lomuscio|Partner**
T: 212-216-8018|M: 212-517-9315|F: 212-216-8001
rlomuscio@tarterkrinsky.com|Bio
Tarter Krinsky & Drogin LLP
1350 Broadway|New York|NY|10018
www.tarterkrinsky.com|LinkedIn

*Crain's 2022 best places to work in NYC*

**From:** Richard Lomuscio <rlomuscio@tarterkrinsky.com>
**Sent:** Friday, February 16, 2024 2:09 PM
**To:** Jing Chen <jchen@rosenlegal.com>; Fatale, Alfred L. <AFatale@labaton.com>; CWood@labaton.com; Phillip Kim <pkim@rosenlegal.com>
**Subject:** RE: ATTN: Noah -- Chen v. Missfresh Ltd., 22-cv-09836

Jing,

Thanks for getting back to me regarding the schedule.

I need to check on your other questions and will revert.

Regards,

Rich



**Richard Lomuscio|Partner**
T: 212-216-8018|M: 212-517-9315|F: 212-216-8001
rlomuscio@tarterkrinsky.com|Bio
Tarter Krinsky & Drogin LLP
1350 Broadway|New York|NY|10018
www.tarterkrinsky.com|LinkedIn

*Crain's 2022 best places to work in NYC*

**From:** Jing Chen <jchen@rosenlegal.com>
**Sent:** Friday, February 16, 2024 1:02 PM
**To:** Richard Lomuscio <rlomuscio@tarterkrinsky.com>; Fatale, Alfred L. <AFatale@labaton.com>; CWood@labaton.com; Phillip Kim <pkim@rosenlegal.com>
**Subject:** [EXT] RE: ATTN: Noah -- Chen v. Missfresh Ltd., 22-cv-09836

Hi Rich,

The Court's adjustments to the schedule are fine to plaintiffs.

Separately, will your firm accept service on behalf of Individual Defendants Zhaohui Li, Hansong Zhu, Jun Wang, and Yuan Sun? Additionally, because your firm represents Missfresh and Xu Zheng, can you please provide the following information held by Missfresh and Xu Zheng for each of Defendants Zhaohui Li, Hansong Zhu, Jun Wang, and Yuan Sun:

1. Last known work or personal email address(s);
2. Last known cell phone number(s);
3. Last known social media account handle(s) (including, but not limited to, WeChat handle, Weibo handle);
4. Last known forwarding address
5. Last known employer or primary workplace and address
6. Last known home address

Thank you very much.

Kind regards,

Jing

Jing Chen, Esq.
The Rosen Law Firm, P.A.
101 Greenwood Ave., Ste. 440, Jenkintown, PA 19046
Tel: (215) 600-2817 |  Fax: (212) 202-3827
jchen@rosenlegal.com | www.rosenlegal.com



---

**From:** Richard Lomuscio <rlomuscio@tarterkrinsky.com>
**Sent:** Friday, February 16, 2024 10:56 AM
**To:** Fatale, Alfred L. <AFatale@labaton.com>; CWood@labaton.com; Jing Chen <jchen@rosenlegal.com>
**Subject:** FW: ATTN: Noah -- Chen v. Missfresh Ltd., 22-cv-09836

**[EXTERNAL EMAIL]**

Are plaintiffs planning to seek any adjustments to the schedule as proposed?



**Richard Lomuscio|Partner**
T: 212-216-8018|M: 212-517-9315|F: 212-216-8001
rlomuscio@tarterkrinsky.com|Bio
Tarter Krinsky & Drogin LLP
1350 Broadway|New York|NY|10018
www.tarterkrinsky.com|LinkedIn

*Crain's 2022 best places to work in NYC*

**From:** Rakoff NYSD Chambers <RakoffNYSDChambers@nysd.uscourts.gov>
**Sent:** Thursday, February 15, 2024 12:08 PM
**To:** Wood, Charles <CWood@labaton.com>; Diakos Kordalis, Joanna A. <Joanna.DiakosKordalis@klgates.com>; Jing Chen <jchen@rosenlegal.com>; Joshua Ebersole <Joshua.Ebersole@Shearman.com>; Fatale, Alfred L. <AFatale@labaton.com>; Schwartz, David J. <DSchwartz@labaton.com>; Phillip Kim <pkim@rosenlegal.com>; Richard Lomuscio <rlomuscio@tarterkrinsky.com>; Daniel Lewis <Daniel.Lewis@Shearman.com>
**Cc:** Noah Stern <Noah_Stern@nysd.uscourts.gov>
**Subject:** [EXT] RE: ATTN: Noah -- Chen v. Missfresh Ltd., 22-cv-09836

Counsel,

Thank you for sharing your proposed case management plan. I was under the impression from our discussion that the parties proposed adding the amount of time for which the case was stayed to the preexisting deadlines (i.e. the original 60 days plus the addition 15 days while defendants obtained new counsel). However, the proposed case management plan sent by the parties appears to have extended all the deadlines by several months beyond those 75 days for which the case was stayed. Having discussed with Judge Rakoff, he is not comfortable extending deadlines in this manner. The minute entry staying the case made clear that  "[n]o further adjournments [would] be granted."

I have attached a redline against your proposal that contains dates Judge Rakoff would find acceptable. If the parties would like to request an adjustment to any of these deadlines, the parties should jointly call in to chambers. If not, we will enter this case management plan on the docket.

Best,
Noah

**From:** Wood, Charles <CWood@labaton.com>
**Sent:** Wednesday, February 14, 2024 5:13 PM
**To:** Rakoff NYSD Chambers <RakoffNYSDChambers@nysd.uscourts.gov>
**Cc:** Diakos Kordalis, Joanna A. <Joanna.DiakosKordalis@klgates.com>; Wood, Charles <CWood@labaton.com>; Jing Chen <jchen@rosenlegal.com>; Joshua Ebersole <Joshua.Ebersole@Shearman.com>; Fatale, Alfred L. <AFatale@labaton.com>; Schwartz, David J. <DSchwartz@labaton.com>; Phillip Kim <pkim@rosenlegal.com>; Richard Lomuscio <rlomuscio@tarterkrinsky.com>; Daniel Lewis <Daniel.Lewis@Shearman.com>
**Subject:** ATTN: Noah -- Chen v. Missfresh Ltd., 22-cv-09836

**CAUTION - EXTERNAL:**

Noah,

Thank you speaking with us this afternoon on the Missfresh matter. As instructed, attached is a Word copy of the new proposed case management plan for Judge Rakoff's consideration. Counsel for all parties (cc'd here) have conferred and consented to this submission.

Sincerely,
Charlie



**Charles Wood** | Associate
140 Broadway, New York, New York 10005
T: 212.907.0807
cwood@labaton.com  |  www.labaton.com

***Privilege and Confidentiality Notice*** This electronic message contains information that is (a) LEGALLY PRIVILEGED, PROPRIETARY IN NATURE, OR OTHERWISE PROTECTED BY LAW FROM DISCLOSURE, and (b) intended only for the use of the Addressee(s) named herein. If you are not the Addressee(s), or the person responsible for delivering this to the Addressee(s), you are hereby notified that reading, copying, or distributing this message is prohibited. If you have received this electronic mail message in error, please contact us immediately at 212-907-0700 and take the steps necessary to delete the message completely from your computer system. Thank you.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

Tarter Krinsky & Drogin is fully operational in-person. However, because of anticipated delays in receiving regular mail and other deliveries, please e-mail copies of anything you send by regular mail or delivery, including issuing remittances electronically. Please contact our receptionist at reception@tarterkrinsky.com or by phone at 212-216-8000 with any questions. Thank you in advance for your courtesies.

NOTE: If regular mailing or other specific transmission type is required by terms of a contract, order or statute, please comply with those obligations and transmit the materials by the means set forth in the agreement, order or statute as well as by email.

Confidentiality Disclosure: This information in this email and in attachments is confidential and intended solely for the attention and use of the named (addressee(s). This information may be subject to attorney/client privilege or may otherwise be protected by work product privilege or other legal rules. It must not be disclosed to any person without our authority. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are not authorized to disclose, and must not disclose, copy, distribute, or retain this message or any part of it.

This email is an informal communication that is not meant to be legally binding upon the sender unless expressly noted to the contrary.

Tarter Krinsky & Drogin LLP, Attorneys-at-Law.

Tarter Krinsky & Drogin is fully operational in-person. However, because of anticipated delays in receiving regular mail and other deliveries, please e-mail copies of anything you send by regular mail or delivery, including issuing remittances electronically. Please contact our receptionist at reception@tarterkrinsky.com or by phone at 212-216-8000 with any questions. Thank you in advance for your courtesies.

NOTE: If regular mailing or other specific transmission type is required by terms of a contract, order or statute, please comply with those obligations and transmit the materials by the means set forth in the agreement, order or statute as well as by email.

Confidentiality Disclosure: This information in this email and in attachments is confidential and intended solely for the attention and use of the named (addressee(s). This information may be subject to attorney/client privilege or may otherwise be protected by work product privilege or other legal rules. It must not be disclosed to any person without our authority. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are not authorized to disclose, and must not disclose, copy, distribute, or retain this message or any part of it.

This email is an informal communication that is not meant to be legally binding upon the sender unless expressly noted to the contrary.

Tarter Krinsky & Drogin LLP, Attorneys-at-Law.