# EXHIBIT B

ACO,CONSOLIDATED

## U.S. District Court
## Eastern District of New York (Brooklyn)
## CIVIL DOCKET FOR CASE #: 1:19-cv-01424-NGG-JRC

| | |
|---|---|
| In re: NIO, Inc., Securities Litigation | Date Filed: 03/12/2019 |
| Assigned to: Judge Nicholas G. Garaufis | Jury Demand: Plaintiff |
| Referred to: Magistrate Judge James R. Cho | Nature of Suit: 850 Securities/Commodities |
| Cause: 15:78m(a) Securities Exchange Act | Jurisdiction: Federal Question |

**Movant**

**Emily Chou**                                    represented by **Matthew M Guiney**
Wolf Haldenstein Adler Freeman & Herz,
LLP
270 Madison Avenue
New York, NY 10016
212-545-4761
Fax: 212-686-0114
Email: guiney@whafh.com
*ATTORNEY TO BE NOTICED*

**Movant**

**Xie Jian Feng**                                represented by **Matthew M Guiney**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Movant**

**The Nio Investor Group**                       represented by **Jeffrey P. Campisi**
Kaplan Fox & Kilsheimer LLP
800 Third Ave
38th Floor
New York, NY 10022
212-687-1980
Email: jcampisi@kaplanfox.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Movant**

**Mark Murphy**                                  represented by **Phillip Kim**
The Rosen Law Firm
275 Madison Avenue
40th Floor
New York, NY 10016
212-686-1060
Fax: 212-202-3827
Email: philkim@rosenlegal.com
*ATTORNEY TO BE NOTICED*

**Movant**

**Gary Leung**                          represented by **Lawrence P. Eagel**
                                        Bragar Eagel & Squire, P.C.
                                        810 Seventh Avenue
                                        Ste 620
                                        New York, NY 10019
                                        212-308-5858
                                        Fax: 212-486-0462
                                        Email: eagel@bespc.com
                                        *LEAD ATTORNEY*
                                        *ATTORNEY TO BE NOTICED*

                                        **Melissa Ann Fortunato**
                                        Bragar Eagel & Squire, P.C.
                                        810 Seventh Avenue
                                        Suite 620
                                        New York, NY 10019
                                        212-308-5858
                                        Fax: 212-486-0462
                                        Email: fortunato@bespc.com
                                        *LEAD ATTORNEY*
                                        *ATTORNEY TO BE NOTICED*

                                        **Shannon Lee Hopkins**
                                        Levi & Korsinsky, LLP
                                        1111 Summer Street
                                        Suite 403
                                        Stamford, CT 06905
                                        203-992-4523
                                        Email: shopkins@zlk.com
                                        *ATTORNEY TO BE NOTICED*

**Movant**

**Stephen Pandur**                      represented by **Lawrence P. Eagel**
                                        (See above for address)
                                        *LEAD ATTORNEY*
                                        *ATTORNEY TO BE NOTICED*

                                        **Melissa Ann Fortunato**
                                        (See above for address)
                                        *LEAD ATTORNEY*
                                        *ATTORNEY TO BE NOTICED*

                                        **Shannon Lee Hopkins**
                                        (See above for address)
                                        *ATTORNEY TO BE NOTICED*

**Movant**

**David Ge**                            represented by **Lawrence P. Eagel**
                                        (See above for address)
                                        *LEAD ATTORNEY*
                                        *ATTORNEY TO BE NOTICED*

                                        **Melissa Ann Fortunato**
                                        (See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shannon Lee Hopkins**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Movant**

**Erik De La Cruz**                                   represented by **Lawrence P. Eagel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Melissa Ann Fortunato**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shannon Lee Hopkins**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Movant**

**Mario Castorena**                                  represented by **Lawrence P. Eagel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Melissa Ann Fortunato**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shannon Lee Hopkins**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Movant**

**Mark Mundy**                                       represented by **Jing Chen**
The Rosen Law Firm
101 Greenwood Ave
Suite 440
19046
Jenkintown, PA 19046
215-600-2817
Fax: 212-202-3827
Email: jchen@rosenlegal.com
*ATTORNEY TO BE NOTICED*

**Laurence Matthew Rosen**
The Rosen Law Firm, P.A.
275 Madison Avenue
40th Floor
New York, NY 10016-1101

212-686-1060
Fax: 212-202-3827
Email: lrosen@rosenlegal.com
*ATTORNEY TO BE NOTICED*

**Phillip Kim**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Yu Shi**
The Rosen Law Firm, P.A.
275 Madison Ave
Ste 40th Floor
New York, NY 10016
212-686-1060
Email: yshi@rosenlegal.com
*ATTORNEY TO BE NOTICED*

**Movant**

**Babulal Tarapara**                            represented by **Lesley Frank Portnoy**
Portnoy Law Firm
1800 Century Park East
Suite 600
Los Angeles, CA 90067
310-692-8883
Email: lesley@portnoylaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Movant**

**Bruce A. Bookbinder**                         represented by **Jeremy Alan Lieberman**
Pomerantz LLP
600 Third Avenue
New York, NY 10016
212-661-1100
Fax: 212-661-8665
Email: jalieberman@pomlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Movant**

**Henri A. Malka**                              represented by **Jeremy Alan Lieberman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Movant**

**Raam Muthusamy**                              represented by **Jeremy Alan Lieberman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jonathan Tan**
*Individually and on behalf of all others
similarly situated,*

represented by **Phillip Kim**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Eva Huang**

represented by **Jing Chen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Laurence Matthew Rosen**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**NIO Inc.**

represented by **Scott D. Musoff**
Skadden, Arps, Slate, Meagher & Flom LLP
One Manhattan West
New York, NY 10001-8602
212-735-7852
Fax: 917-777-7852
Email: smusoff@skadden.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Chi Tsun Steve Kwok**
Skadden, Arps, Slate, Meagher & Flom LLP
42/F, Edinburgh Tower
The Landmark
15 Queen's Road Central
Hong Kong
China
852-2711-0283
Email: steve.kwok@skadden.com
*ATTORNEY TO BE NOTICED*

**Judith Flumenbaum**
Skadden, Arps, Slate, Meagher & Flom LLP
One Manhattan West
New York, NY 10001
212-735-2764
Email: judy.flumenbaum@skadden.com
*ATTORNEY TO BE NOTICED*

**Michael Charles Griffin**
Skadden, Arps, Slate, Meagher & Flom LLP
One Manhattan West
New York, NY 10001-8602
212-735-2844
Email: michael.griffin@skadden.com
*ATTORNEY TO BE NOTICED*

**Robert Alexander Fumerton**
Skadden, Arps, Slate, Meagher & Flom LLP
One Manhattan West
New York, NY 10001-8602
212-735-3902
Email: robert.fumerton@skadden.com
*ATTORNEY TO BE NOTICED*

**Zhong Guan**
Skadden, Arps, Slate, Meagher & Flom LLP
42/F, Edinburgh Tower, The Landmark
15 Queen's Road Central, Hong Kong
Hong Kong
China, Hong Kong Special Administrative
Region
852-3740 4841
Email: zhong.guan@skadden.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Bin Li**                                          represented by   **Scott D. Musoff**
Skadden, Arps, Slate, Meagher & Flom LLP
Litigation
One Manhattan West
New York, NY 10001-8602
212-735-7852
Fax: 917-777-7852
Email: smusoff@skadden.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Chi Tsun Steve Kwok**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Judith Flumenbaum**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Charles Griffin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert Alexander Fumerton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Zhong Guan**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Louis T. Hsieh**                                          represented by **Scott D. Musoff**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Chi Tsun Steve Kwok**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Judith Flumenbaum**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Charles Griffin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert Alexander Fumerton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Zhong Guan**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Lihong Qin**                                          represented by **Scott D. Musoff**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Chi Tsun Steve Kwok**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Judith Flumenbaum**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Charles Griffin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert Alexander Fumerton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Zhong Guan**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Padmasree Warrior**                                   represented by **Scott D. Musoff**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Chi Tsun Steve Kwok**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Judith Flumenbaum**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Michael Charles Griffin**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Robert Alexander Fumerton**
                                                        (See above for address)

                                                        **Zhong Guan**
                                                        (See above for address)
                                                        *PRO HAC VICE*
                                                        *ATTORNEY TO BE NOTICED*

**Defendant**

**Tian Cheng**                                          represented by **Scott D. Musoff**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Chi Tsun Steve Kwok**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Judith Flumenbaum**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Michael Charles Griffin**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Robert Alexander Fumerton**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Zhong Guan**
                                                        (See above for address)
                                                        *PRO HAC VICE*
                                                        *ATTORNEY TO BE NOTICED*

**Defendant**

**Xiang Li**                                              represented by **Scott D. Musoff**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Chi Tsun Steve Kwok**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Judith Flumenbaum**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Charles Griffin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert Alexander Fumerton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Zhong Guan**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Hai Wu**                                                represented by **Scott D. Musoff**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Chi Tsun Steve Kwok**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Judith Flumenbaum**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Charles Griffin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert Alexander Fumerton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Zhong Guan**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Yaqin Zhang**                                        represented by **Scott D. Musoff**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Chi Tsun Steve Kwok**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Judith Flumenbaum**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Charles Griffin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert Alexander Fumerton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Zhong Guan**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Xiangping Zhong**                                    represented by **Andrew James Ehrlich**
Paul Weiss Rifkind Wharton & Carrison
LLP
1285 Avenue of the Americas
New York, NY 10019
212-373-3166
Fax: 212-492-0166
Email: aehrlich@paulweiss.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jane B. O'Brien**
Paul, Weiss, Rifkind, Wharton & Garrison
LLP
2001 K Street, NW
Washington, DC 20006-1047
202-223-7300
Email: jobrien@paulweiss.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard A. Rosen**
Paul, Weiss, Rifkind, Wharton & Garrison
1285 Avenue of the Americas
New York, NY 10019-6064
(212)373-3305
Fax: (212)492-0305

Email: rrosen@paulweiss.com
*TERMINATED: 09/27/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Xinshu Sui**
Paul, Weiss, Rifkind, Wharton & Garrison
LLP
1285 Avenue of the Americas
New York, NY 10019-6064
212-373-3000
Email: xsui@paulweiss.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Zhaohui Li**                    represented by    **Andrew James Ehrlich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jane B. O'Brien**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard A. Rosen**
(See above for address)
*TERMINATED: 09/27/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Xinshu Sui**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Morgan Stanley & Co. LLC**        represented by    **Elvira Razzano**
DLA Piper LLP (US)
1251 Avenue of the Americas
New York, NY 10020
212-335-4666
Email: erazzano@milbank.com
*ATTORNEY TO BE NOTICED*

**Jed Mastren Schwartz**
Milbank LLP
55 Hudson Yards
New York City, NY 10001
212-530-5283
Email: jschwartz@milbank.com
*ATTORNEY TO BE NOTICED*

**Micaela Manley**
Sheppard, Mullin, Richter & Hampton LLP

30 Rockefeller Plaza
New York, NY 10112
212-653-8700
Email: mmanley@sheppardmullin.com
*TERMINATED: 08/30/2022*
*ATTORNEY TO BE NOTICED*

**Scott A. Edelman**
Milbank LLP
55 Hudson Yards
New York, NY 10001-2163
212-530-5000
Email: sedelman@milbank.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Goldman Sachs (Asia) L.L.C.**                    represented by **Elvira Razzano**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jed Mastren Schwartz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Micaela Manley**
(See above for address)
*TERMINATED: 08/30/2022*
*ATTORNEY TO BE NOTICED*

**Scott A. Edelman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**J.P. Morgan Securities LLC**                    represented by **Elvira Razzano**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jed Mastren Schwartz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Micaela Manley**
(See above for address)
*TERMINATED: 08/30/2022*
*ATTORNEY TO BE NOTICED*

**Scott A. Edelman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Merrill Lynch, Pierce, Fenner & Smith Incorporated**

represented by **Elvira Razzano**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jed Mastren Schwartz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Micaela Manley**
(See above for address)
*TERMINATED: 08/30/2022*
*ATTORNEY TO BE NOTICED*

**Scott A. Edelman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Deutsche Bank Securities Inc.**

represented by **Elvira Razzano**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jed Mastren Schwartz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Micaela Manley**
(See above for address)
*TERMINATED: 08/30/2022*
*ATTORNEY TO BE NOTICED*

**Scott A. Edelman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Citigroup Global Markets Inc.**

represented by **Elvira Razzano**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jed Mastren Schwartz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Micaela Manley**
(See above for address)
*TERMINATED: 08/30/2022*
*ATTORNEY TO BE NOTICED*

**Scott A. Edelman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Credit Suisse Securities (USA) LLC**                represented by **Elvira Razzano**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jed Mastren Schwartz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Micaela Manley**
(See above for address)
*TERMINATED: 08/30/2022*
*ATTORNEY TO BE NOTICED*

**Scott A. Edelman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**UBS Securities LLC**                represented by **Elvira Razzano**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jed Mastren Schwartz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Micaela Manley**
(See above for address)
*TERMINATED: 08/30/2022*
*ATTORNEY TO BE NOTICED*

**Scott A. Edelman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**WR Securities, LLC**                represented by **Elvira Razzano**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jed Mastren Schwartz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Micaela Manley**
(See above for address)
*TERMINATED: 08/30/2022*
*ATTORNEY TO BE NOTICED*

**Scott A. Edelman**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/12/2019 | 1 | COMPLAINT against Louis T. Hsieh, Bin Li, NIO Inc. filing fee $ 400, receipt number ANYEDC-11278630 Was the Disclosure Statement on Civil Cover Sheet completed - YES,, filed by Jonathan Tan. (Attachments: # 1 PSLRA Certification, # 2 Civil Cover Sheet, # 3 Proposed Summons, # 4 Proposed Summons, # 5 Proposed Summons) (Kim, Phillip) (Entered: 03/12/2019) |
| 03/13/2019 | | Case Assigned to Judge Nicholas G. Garaufis and Magistrate Judge Vera M. Scanlon. Please download and review the Individual Practices of the assigned Judges, located on our website. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. (Davis, Kimberly) (Entered: 03/13/2019) |
| 03/13/2019 | 2 | In accordance with Rule 73 of the Federal Rules of Civil Procedure and Local Rule 73.1, the parties are notified that *if* all parties consent a United States magistrate judge of this court is available to conduct all proceedings in this civil action including a (jury or nonjury) trial and to order the entry of a final judgment. Attached to the Notice is a blank copy of the consent form that should be filled out, signed and filed electronically **only if all** parties wish to consent. The form may also be accessed at the following link: http://www.uscourts.gov/uscourts/FormsAndFees/Forms/AO085.pdf. **You may withhold your consent without adverse substantive consequences. Do NOT return or file the consent unless all parties have signed the consent.** (Davis, Kimberly) (Entered: 03/13/2019) |
| 03/13/2019 | 3 | This attorney case opening filing has been checked for quality control. See the attachment for corrections that were made, if any. (Davis, Kimberly) (Entered: 03/13/2019) |
| 03/13/2019 | 4 | Summons Issued as to Louis T. Hsieh, Bin Li, NIO Inc.. (Attachments: # 1 Summon, # 2 Summon) (Davis, Kimberly) (Entered: 03/13/2019) |
| 04/16/2019 | 5 | NOTICE of Appearance by Scott D. Musoff on behalf of NIO Inc. (aty to be noticed) (Musoff, Scott) (Entered: 04/16/2019) |
| 04/16/2019 | 6 | NOTICE of Appearance by Robert Alexander Fumerton on behalf of NIO Inc. (aty to be noticed) (Fumerton, Robert) (Entered: 04/16/2019) |
| 04/16/2019 | 7 | NOTICE of Appearance by Michael Charles Griffin on behalf of NIO Inc. (aty to be noticed) (Griffin, Michael) (Entered: 04/16/2019) |
| 04/16/2019 | 8 | Corporate Disclosure Statement by NIO Inc. identifying Corporate Parent No Corporate Parent for NIO Inc.. (Fumerton, Robert) (Entered: 04/16/2019) |
| 04/16/2019 | 9 | Letter MOTION for Extension of Time to File Answer , *Move or Otherwise Respond* by NIO Inc.. (Attachments: # 1 Stipulation And [Proposed] Order Regarding Time To Respond) (Fumerton, Robert) (Entered: 04/16/2019) |
| 04/26/2019 | | ORDER granting 9 Motion for Extension of Time to Answer. The Court adopts the schedule proposed in ECF No. 9 with one change. Paragraph 3(iii) shall read as follows: "in the event NIO seeks to move to file a motion to dismiss the operative complaint, a date by which lead plaintiff(s) will file a premotion conference letter in accordance with the District Judge's Individual Rules." Ordered by Magistrate Judge Vera M. Scanlon on 4/26/2019. (McCuiston, Hannah) (Entered: 04/26/2019) |
| 05/13/2019 | 10 | MOTION to Appoint Counsel *and Motion to Appoint Lead Plaintiffs* by Emily Chou, Xie Jian Feng. (Attachments: # 1 Proposed Order) (Guiney, Matthew) (Entered: 05/13/2019) |
| 05/13/2019 | 11 | MEMORANDUM in Support re 10 MOTION to Appoint Counsel *and Motion to Appoint Lead Plaintiffs* filed by Emily Chou, Xie Jian Feng. (Guiney, Matthew) (Entered: |

| | | 05/13/2019) |
|---|---|---|
| 05/13/2019 | 12 | AFFIDAVIT/DECLARATION in Support re 10 MOTION to Appoint Counsel *and Motion to Appoint Lead Plaintiffs* filed by Emily Chou, Xie Jian Feng. (Attachments: # 1 Exhibit PSLRA Notices, # 2 Exhibit PSLRA Certifications, # 3 Exhibit Loss Chart, # 4 Exhibit Wolf Haldenstein Firm Resume) (Guiney, Matthew) (Entered: 05/13/2019) |
| 05/13/2019 | 13 | Notice of MOTION to Appoint Counsel *and Lead Plaintiff*, MOTION to Consolidate Cases by The Nio Investor Group. (Attachments: # 1 Proposed Order) (Campisi, Jeffrey) (Entered: 05/13/2019) |
| 05/13/2019 | 14 | MOTION to Appoint Counsel *and Lead Plaintiff*, MOTION to Consolidate Cases by The Nio Investor Group. (Attachments: # 1 Memorandum in Support of Motion for Consolidation and Appointment of Lead Plaintiff and Selection of Co-Lead Counsel, # 2 Declaration of Jeffrey P. Campisi in Support, # 3 Exhibit A, # 4 Exhibit B, # 5 Exhibit C, # 6 Exhibit D, # 7 Exhibit E, # 8 Exhibit F, # 9 Exhibit G, # 10 Exhibit H, # 11 Proposed Order) (Campisi, Jeffrey) (Entered: 05/13/2019) |
| 05/13/2019 | 15 | MOTION to Consolidate Cases , MOTION to Appoint Counsel *and Lead Plaintiff* by Mark Murphy. (Attachments: # 1 Text of Proposed Order) (Kim, Phillip) (Entered: 05/13/2019) |
| 05/13/2019 | 16 | MEMORANDUM in Support re 15 MOTION to Consolidate Cases MOTION to Appoint Counsel *and Lead Plaintiff* filed by Mark Murphy. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit) (Kim, Phillip) (Entered: 05/13/2019) |
| 05/13/2019 | 17 | MOTION to Appoint Counsel , MOTION to Consolidate Cases *and Motion to Appoint Lead Plaintiff* by Gary Leung, Stephen Pandur, David Ge, Erik De La Cruz, Mario Castorena. (Attachments: # 1 Proposed Order) (Hopkins, Shannon) (Entered: 05/13/2019) |
| 05/13/2019 | 18 | MEMORANDUM in Support re 17 MOTION to Appoint Counsel MOTION to Consolidate Cases *and Motion to Appoint Lead Plaintiff* filed by Mario Castorena, Erik De La Cruz, David Ge, Gary Leung, Stephen Pandur. (Hopkins, Shannon) (Entered: 05/13/2019) |
| 05/13/2019 | 19 | MOTION to Consolidate Cases , MOTION to Appoint Counsel *and Lead Plaintiff CORRECTION OF DOCKET #15* by Mark Mundy. (Attachments: # 1 Proposed Order) (Kim, Phillip) (Entered: 05/13/2019) |
| 05/13/2019 | 20 | AFFIDAVIT/DECLARATION in Support re 17 MOTION to Appoint Counsel MOTION to Consolidate Cases *and Motion to Appoint Lead Plaintiff* filed by Mario Castorena, Erik De La Cruz, David Ge, Gary Leung, Stephen Pandur. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F) (Hopkins, Shannon) (Entered: 05/13/2019) |
| 05/13/2019 | 21 | MEMORANDUM in Support re 19 MOTION to Consolidate Cases MOTION to Appoint Counsel *and Lead Plaintiff CORRECTION OF DOCKET #15 , CORRECTION OF DOCKET # 16* filed by Mark Mundy. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit) (Kim, Phillip) (Entered: 05/13/2019) |
| 05/13/2019 | 22 | MOTION to Consolidate Cases , *Appointment of Lead Plaintiff and Approval of Lead Counsel* by Babulal Tarapara. (Attachments: # 1 Proposed Order) (Portnoy, Lesley) (Entered: 05/13/2019) |
| 05/13/2019 | 23 | MEMORANDUM in Support re 22 MOTION to Consolidate Cases , *Appointment of Lead Plaintiff and Approval of Lead Counsel* filed by Babulal Tarapara. (Portnoy, Lesley) (Entered: 05/13/2019) |

| | | |
|---|---|---|
| 05/13/2019 | 24 | AFFIDAVIT/DECLARATION in Support re 22 MOTION to Consolidate Cases , *Appointment of Lead Plaintiff and Approval of Lead Counsel* filed by Babulal Tarapara. (Attachments: # 1 Exhibit A - Press Release, # 2 Exhibit B - Movant Certification, # 3 Exhibit C - Movant Loss Chart, # 4 Exhibit D - Firm Resume) (Portnoy, Lesley) (Entered: 05/13/2019) |
| 05/13/2019 | 25 | MOTION to Consolidate Cases , MOTION to Appoint Counsel *NOTICE OF MOTION OF THE NIO INVESTOR GROUP FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL* by Bruce A. Bookbinder, Henri A. Malka, Raam Muthusamy. (Attachments: # 1 Proposed Order) (Lieberman, Jeremy) (Entered: 05/13/2019) |
| 05/13/2019 | 26 | MEMORANDUM in Support re 25 MOTION to Consolidate Cases MOTION to Appoint Counsel *NOTICE OF MOTION OF THE NIO INVESTOR GROUP FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL* filed by Bruce A. Bookbinder, Henri A. Malka, Raam Muthusamy. (Lieberman, Jeremy) (Entered: 05/13/2019) |
| 05/13/2019 | 27 | AFFIDAVIT/DECLARATION in Support re 25 MOTION to Consolidate Cases MOTION to Appoint Counsel *NOTICE OF MOTION OF THE NIO INVESTOR GROUP FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL* filed by Bruce A. Bookbinder, Henri A. Malka, Raam Muthusamy. (Attachments: # 1 Exhibit A - Press Release, # 2 Exhibit B - Certifications, # 3 Exhibit C - Loss Chart, # 4 Exhibit D - Firm Resume) (Lieberman, Jeremy) (Entered: 05/13/2019) |
| 05/28/2019 | 28 | NOTICE by The Nio Investor Group *(Richard and Jane Resnick, Yuri Valentino Simione and Mohammed Hamood Alhnaity) of Non-Opposition to Motion for Lead Plaintiff* (Campisi, Jeffrey) (Entered: 05/28/2019) |
| 05/28/2019 | 29 | NOTICE by Emily Chou, Xie Jian Feng re 15 MOTION to Consolidate Cases MOTION to Appoint Counsel *and Lead Plaintiff Notice of Non-Opposition to Competing Motion for Appoint of Lead Plaintiff* (Guiney, Matthew) (Entered: 05/28/2019) |
| 05/28/2019 | 30 | NOTICE by Bruce A. Bookbinder, Henri A. Malka, Raam Muthusamy re 25 MOTION to Consolidate Cases MOTION to Appoint Counsel *NOTICE OF MOTION OF THE NIO INVESTOR GROUP FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL NOTICE OF NON-OPPOSITION OF THE NIO INVESTOR GROUP TO MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL* (Lieberman, Jeremy) (Entered: 05/28/2019) |
| 05/28/2019 | 31 | NOTICE by Babulal Tarapara re 19 MOTION to Consolidate Cases MOTION to Appoint Counsel *and Lead Plaintiff CORRECTION OF DOCKET #15 [Notice of Non-Opposition]* (Portnoy, Lesley) (Entered: 05/28/2019) |
| 05/28/2019 | 32 | MEMORANDUM in Opposition re 22 MOTION to Consolidate Cases , *Appointment of Lead Plaintiff and Approval of Lead Counsel*, 25 MOTION to Consolidate Cases MOTION to Appoint Counsel *NOTICE OF MOTION OF THE NIO INVESTOR GROUP FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL*, 17 MOTION to Appoint Counsel MOTION to Consolidate Cases *and Motion to Appoint Lead Plaintiff*, 13 Notice of MOTION to Appoint Counsel *and Lead Plaintiff* MOTION to Consolidate Cases , 10 MOTION to Appoint Counsel *and Motion to Appoint Lead Plaintiffs* filed by Mark Mundy. (Attachments: # 1 Declaration, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit) (Kim, Phillip) (Entered: 05/28/2019) |
| 05/28/2019 | 33 | MEMORANDUM in Opposition re 22 MOTION to Consolidate Cases , *Appointment of Lead Plaintiff and Approval of Lead Counsel*, 25 MOTION to Consolidate Cases |

| | | |
|---|---|---|
| | | MOTION to Appoint Counsel *NOTICE OF MOTION OF THE NIO INVESTOR GROUP FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL*, 10 MOTION to Appoint Counsel *and Motion to Appoint Lead Plaintiffs*, 15 MOTION to Consolidate Cases MOTION to Appoint Counsel *and Lead Plaintiff* filed by Mario Castorena, Erik De La Cruz, David Ge, Gary Leung, Stephen Pandur. (Attachments: # 1 Declaration, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D) (Hopkins, Shannon) (Entered: 05/28/2019) |
| 05/29/2019 | 34 | NOTICE by Mark Mundy *of Filing of Notice of Errata in Sidoli v. NIO, Inc., et al.* (Attachments: # 1 Exhibit) (Kim, Phillip) (Entered: 05/29/2019) |
| 06/04/2019 | 35 | NOTICE of Appearance by Lawrence P. Eagel on behalf of Mario Castorena, Erik De La Cruz, David Ge, Gary Leung, Stephen Pandur (aty to be noticed) (Eagel, Lawrence) (Entered: 06/04/2019) |
| 06/04/2019 | 36 | NOTICE of Appearance by Melissa Ann Fortunato on behalf of Mario Castorena, Erik De La Cruz, David Ge, Gary Leung, Stephen Pandur (aty to be noticed) (Fortunato, Melissa) (Entered: 06/04/2019) |
| 06/04/2019 | 37 | REPLY in Support re 19 MOTION to Consolidate Cases MOTION to Appoint Counsel *and Lead Plaintiff CORRECTION OF DOCKET #15* filed by Mark Mundy. (Kim, Phillip) (Entered: 06/04/2019) |
| 06/04/2019 | 38 | REPLY in Support re 17 MOTION to Appoint Counsel MOTION to Consolidate Cases *and Motion to Appoint Lead Plaintiff* filed by Mario Castorena, Erik De La Cruz, David Ge, Gary Leung, Stephen Pandur. (Attachments: # 1 Declaration, # 2 Exhibit A) (Hopkins, Shannon) (Entered: 06/04/2019) |
| 06/05/2019 | 39 | DECLARATION re 38 Reply in Support, by Mario Castorena, Erik De La Cruz, David Ge, Gary Leung, Stephen Pandur (Attachments: # 1 Exhibit A, # 2 Exhibit B) (Hopkins, Shannon) (Entered: 06/05/2019) |
| 06/11/2019 | 40 | Letter MOTION for Leave to File Document *Sur-Reply* by Mark Mundy. (Attachments: # 1 Exhibit) (Kim, Phillip) (Entered: 06/11/2019) |
| 06/17/2019 | 41 | RESPONSE in Opposition re 40 Letter MOTION for Leave to File Document *Sur-Reply* filed by Mario Castorena, Erik De La Cruz, David Ge, Gary Leung, Stephen Pandur. (Hopkins, Shannon) (Entered: 06/17/2019) |
| 06/28/2019 | 42 | NOTICE by Mark Mundy re 19 MOTION to Consolidate Cases MOTION to Appoint Counsel *and Lead Plaintiff CORRECTION OF DOCKET #15 Notice of Supplemental Authority* (Attachments: # 1 Exhibit) (Kim, Phillip) (Entered: 06/28/2019) |
| 08/02/2019 | 43 | Letter *addressed to Magistrate Judge Vera M. Scanlon from Phillip Kim and Shannon Hopkins dated August 2, 2019* by Mark Mundy (Kim, Phillip) (Entered: 08/02/2019) |
| 02/03/2020 | | ORDER: The parties are DIRECTED to provide a unified set of courtesy copies of all outstanding motions relating to the appointment of lead plaintiff and class counsel. Memoranda of Law shall be bound in a single volume, with each memoranda separated by a tab clearly indicating both the title of the document and the filing party. Declarations shall be individually bound with their respective exhibits. All volumes shall be bound using spiral binding, and all documents shall have the docket number clearly visible on each page.<br><br>The parties are further DIRECTED to provide an electronic set of courtesy copies on a CD-R or removable USB drive. All documents shall be text searchable PDFs and shall be titled using the following convention: "[Docket #] - [Filing Party] - [Title of Document]". Motions (including notices and memoranda in support, opposition, and/or further support) |

| | | |
|---|---|---|
| | | shall each be in individual folders, with declarations and their accompanying exhibits each in a subfolder inside the folder containing the motion in support of which such declaration was filed. Ordered by Judge Nicholas G. Garaufis on 2/3/2020. (Kelly, Daniel) (Entered: 02/03/2020) |
| 03/03/2020 | | Case Consolidated. Associated Cases: 1:19-cv-01424-NGG-VMS, 1:19-cv-03188-NGG-VMS, 1:19-cv-03212-NGG-VMS (Lee, Tiffeny) (Entered: 03/03/2020) |
| 03/03/2020 | 44 | MEMORANDUM & ORDER, For the foregoing reason, Mark Mundy's (Dkt. 19) Motion to Consolidate Cases and for Appointment of Lead Plaintiff and Class Counsel is GRANTED, the NIO Investor Group's (Dkt. 17) Motion to Consolidate Cases and for Appointment of Lead Plaintiff and Class Counsel is DENIED, and Mark Mundy's Motion (Dkt. 40) for Leave to File a Sur-Reply is DENIED AS MOOT. The actions are hereby consolidated for all purposes under the caption "In re NIO, Inc.Securities Litigation." All filings shall be maintained as one file under docket number 19-cv-1424. Mark Mundy is appointed lead plaintiff and The Rosen Law Firm is appointed class counsel. The parties are directed to contact the chambers of Magistrate Judge Vera Scanlon concerning the next steps in this case. So Ordered by Judge Nicholas G. Garaufis on 3/3/2020. Associated Cases: 1:19-cv-01424-NGG-VMS, 1:19-cv-03188-NGG-VMS, 1:19-cv-03212-NGG-VMS (Lee, Tiffeny) (Entered: 03/03/2020) |
| 03/13/2020 | 45 | NOTICE of Appearance by Yu Shi on behalf of Mark Mundy (aty to be noticed) (Shi, Yu) (Entered: 03/13/2020) |
| 03/16/2020 | 46 | NOTICE of Appearance by Laurence Matthew Rosen on behalf of Mark Mundy (aty to be noticed) (Rosen, Laurence) (Entered: 03/16/2020) |
| 03/17/2020 | 47 | Letter MOTION for Extension of Time to File *Consolidated Amended Complaint and Response* by NIO Inc.. (Attachments: # 1 Stipulation and [Proposed] Scheduling Order) (Fumerton, Robert) (Entered: 03/17/2020) |
| 05/18/2020 | | ORDER granting (47) Motion for Extension of Time to File as to paragraphs 1 and 2. Any motion practice must comply with the District Judges Individual Rules. As to Para 3, the schedule for the motion will be set by the District Judge. SCHEDULING ORDER: A Telephone Conference is set for 7/29/2020 at 2:30 PM before Magistrate Judge Vera M. Scanlon. The Parties are to call 877-336-1829 and type in the access code 3581283 for the AT&T conference bridge. Should the Parties experience delays or difficulty accessing the conference bridge due to a high volume of calls, please dial again. In case of an emergency or should the Parties need to apprise the Court of any confidential developments requiring an adjournment of the telephone conference, the Parties may contact the Court via email at Scanlon_Chambers@nyed.uscourts.gov with 3 proposed alternative dates. No ex parte communications. Ordered by Magistrate Judge Vera M. Scanlon on 5/18/2020. Associated Cases: 1:19-cv-01424-NGG-VMS, 1:19-cv-03188-NGG-VMS, 1:19-cv-03212-NGG-VMS (Quinlan, Krista) (Entered: 05/18/2020) |
| 05/18/2020 | 48 | AMENDED COMPLAINT against Louis T. Hsieh, Bin Li, NIO Inc., Lihong Qin, Padmasree Warrior, Tian Cheng, Xiang Li, Hai Wu, Yaqin Zhang, Xiangping Zhong, Zhaohui Li, Morgan Stanley & Co. LLC, Goldman Sachs (Asia) L.L.C., J.P. Morgan Securities LLC, Merrill Lynch, Pierce, Fenner & Smith Incorporated, Deutsche Bank Securities Inc., Citigroup Global Markets Inc., Credit Suisse Securities (USA) LLC, UBS Securities LLC, WR Securities, LLC, filed by Mark Mundy, Eva Huang. (Attachments: # 1 Exhibit Huang PSLRA Certification) (Rosen, Laurence) (Entered: 05/18/2020) |
| 05/19/2020 | 49 | Proposed Summons. by Eva Huang, Mark Mundy (Attachments: # 1 Proposed Summons to Bin Li, # 2 Proposed Summons to Hai Wu, # 3 Proposed Summons to Louis T. Hsieh, # 4 Proposed Summons to Lihong Qin, # 5 Proposed Summons to Tian Cheng, # 6 Proposed Summons to Padmasree Warrior, # 7 Proposed Summons to Xiang Li, # 8 |

|  |  | Proposed Summons to Xiangping Zhong, # 9 Proposed Summons to Yaqin Zhang, # 10 Proposed Summons to Citigroup Global Markets Inc., # 11 Proposed Summons to Credit Suisse Securities (USA) LLC, # 12 Proposed Summons to Deutsche Bank Securities Inc., # 13 Proposed Summons to Goldman Sachs (Asia) L.L.C., # 14 Proposed Summons to J.P. Morgan Securities LLC, # 15 Proposed Summons to Merrill Lynch, Pierce, Fenner & Smith Incorporated, # 16 Proposed Summons to Morgan Stanley & Co. LLC, # 17 Proposed Summons to UBS Securities LLC, # 18 Proposed Summons to WR Securities, LLC) (Rosen, Laurence) (Entered: 05/19/2020) |
|---|---|---|
| 05/19/2020 | 50 | Summons Issued re 48 Amended Complaint as to Tian Cheng, Citigroup Global Markets Inc., Credit Suisse Securities (USA) LLC, Deutsche Bank Securities Inc., Goldman Sachs (Asia) L.L.C., Louis T. Hsieh, J.P. Morgan Securities LLC, Bin Li, Xiang Li, Zhaohui Li, Merrill Lynch, Pierce, Fenner & Smith Incorporated, Morgan Stanley & Co. LLC, Lihong Qin, UBS Securities LLC, WR Securities, LLC, Padmasree Warrior, Hai Wu, Yaqin Zhang, Xiangping Zhong. (Attachments: # 1 UBS, # 2 Morgan Stanley, # 3 Merrill Lynch, # 4 JP Morgan, # 5 Affidavit of Service Goldman Sachs, # 6 Deutsche Bank, # 7 Credit Suisse, # 8 Citigroup, # 9 Yaqin Zhang, # 10 Xiangping Zhong, # 11 Xiang Li, # 12 Padmasree Warrior, # 13 Tian Cheng, # 14 Lihong Qin, # 15 Louis T. Hsieh, # 16 Hai Wu, # 17 Bin Lu, # 18 Zhaohui Li) (Lee, Tiffeny) (Entered: 05/19/2020) |
| 06/03/2020 | 51 | STIPULATION re 48 Amended Complaint,, by NIO Inc., Padmasree Warrior (Fumerton, Robert) (Entered: 06/03/2020) |
| 07/17/2020 | 52 | Letter MOTION for pre motion conference *(Joint)* by Citigroup Global Markets Inc., Credit Suisse Securities (USA) LLC, Deutsche Bank Securities Inc., Goldman Sachs (Asia) L.L.C., J.P. Morgan Securities LLC, Merrill Lynch, Pierce, Fenner & Smith Incorporated, Morgan Stanley & Co. LLC, NIO Inc., UBS Securities LLC, WR Securities, LLC, Padmasree Warrior. (Fumerton, Robert) (Entered: 07/17/2020) |
| 07/22/2020 | 53 | Letter *Response to Defendants' July 17, 2020 Pre-Motion Letter* by Eva Huang, Mark Mundy (Rosen, Laurence) (Entered: 07/22/2020) |
| 07/24/2020 |  | ORDER re: Defendants' 52 Application for Pre-Motion Conference. The Application is GRANTED. The Parties are DIRECTED to confer and contact the court's Deputy at joseph_reccoppa@nyed.uscourts.gov to schedule the pre-motion conference for a date in August. Defendants' deadline to answer the complaint is ADJOURNED to fourteen days after the court issues a decision on Defendants' anticipated motion. Ordered by Judge Nicholas G. Garaufis on 7/24/2020. (Kelly, Daniel) (Entered: 07/24/2020) |
| 07/28/2020 | 54 | Letter MOTION to Adjourn Conference *sine die to Honorable Vera M. Scanlon on behalf of all parties, filed* by NIO Inc., Padmasree Warrior. (Fumerton, Robert) (Entered: 07/28/2020) |
| 07/29/2020 |  | ORDER denying 54 Motion to Adjourn Conference. The Parties are requested to appear for the telephone conference at 2:30 PM. The Parties are to call 877-336-1829 and type in the access code 3581283 for the AT&T conference bridge. The Parties shall be prepared to clarify their request set forth in 54 and discuss the effect of 15 U.S.C. § 78u-4(b)(3)(B) on this case. Ordered by Magistrate Judge Vera M. Scanlon on 7/29/2020. (Chean, Jasmine) (Entered: 07/29/2020) |
| 07/29/2020 |  | Minute Entry for proceedings held before Magistrate Judge Vera M. Scanlon: Telephone Conference held on 7/29/2020. Yu Shi and Laurence Rosen appearing for Plaintiffs. Michael Griffin and Micaela Manley appearing for Defendants. See separate docket entry for Order issuing from this proceeding. (FTR Log #2:30-2:37.) Associated Cases: 1:19-cv-01424-NGG-VMS, 1:19-cv-03188-NGG-VMS, 1:19-cv-03212-NGG-VMS (Quinlan, Krista) (Entered: 07/29/2020) |

| | | |
|---|---|---|
| 07/29/2020 | | ORDER: As discussed during the 7/29/2020 conference, discovery is stayed until motion to dismiss is decided. Ordered by Magistrate Judge Vera M. Scanlon on 7/29/2020. Associated Cases: 1:19-cv-01424-NGG-VMS, 1:19-cv-03188-NGG-VMS, 1:19-cv-03212-NGG-VMS (Quinlan, Krista) (Entered: 07/29/2020) |
| 07/31/2020 | 55 | NOTICE of Appearance by Scott A. Edelman on behalf of Citigroup Global Markets Inc., Credit Suisse Securities (USA) LLC, Deutsche Bank Securities Inc., Goldman Sachs (Asia) L.L.C., J.P. Morgan Securities LLC, Merrill Lynch, Pierce, Fenner & Smith Incorporated, Morgan Stanley & Co. LLC, UBS Securities LLC, WR Securities, LLC (aty to be noticed) (Edelman, Scott) (Entered: 07/31/2020) |
| 07/31/2020 | 56 | NOTICE of Appearance by Jed Mastren Schwartz on behalf of Citigroup Global Markets Inc., Credit Suisse Securities (USA) LLC, Deutsche Bank Securities Inc., Goldman Sachs (Asia) L.L.C., J.P. Morgan Securities LLC, Merrill Lynch, Pierce, Fenner & Smith Incorporated, Morgan Stanley & Co. LLC, UBS Securities LLC, WR Securities, LLC (aty to be noticed) (Schwartz, Jed) (Entered: 07/31/2020) |
| 07/31/2020 | 57 | NOTICE of Appearance by Micaela Manley on behalf of Citigroup Global Markets Inc., Credit Suisse Securities (USA) LLC, Deutsche Bank Securities Inc., Goldman Sachs (Asia) L.L.C., J.P. Morgan Securities LLC, Merrill Lynch, Pierce, Fenner & Smith Incorporated, Morgan Stanley & Co. LLC, UBS Securities LLC, WR Securities, LLC (aty to be noticed) (Manley, Micaela) (Entered: 07/31/2020) |
| 07/31/2020 | 58 | Corporate Disclosure Statement by Citigroup Global Markets Inc. identifying Corporate Parent Citigroup, Inc. for Citigroup Global Markets Inc.. (Schwartz, Jed) (Entered: 07/31/2020) |
| 07/31/2020 | 59 | Corporate Disclosure Statement by Credit Suisse Securities (USA) LLC identifying Corporate Parent Credit Suisse Group AG, Corporate Parent Credit Suisse AG, Corporate Parent Credit Suisse Holdings (USA), Inc., Corporate Parent Credit Suisse (USA), Inc., Corporate Parent Credit Suisse AG, Cayman Islands Branch for Credit Suisse Securities (USA) LLC. (Schwartz, Jed) (Entered: 07/31/2020) |
| 07/31/2020 | 60 | Corporate Disclosure Statement by Deutsche Bank Securities Inc. identifying Corporate Parent Deutsche Bank AG, Corporate Parent DB USA Corporation, Corporate Parent DB U.S. Financial Markets Holding Corporation for Deutsche Bank Securities Inc.. (Schwartz, Jed) (Entered: 07/31/2020) |
| 07/31/2020 | 61 | Corporate Disclosure Statement by Goldman Sachs (Asia) L.L.C. identifying Corporate Parent The Goldman Sachs Group, Inc. for Goldman Sachs (Asia) L.L.C.. (Schwartz, Jed) (Entered: 07/31/2020) |
| 07/31/2020 | 62 | Corporate Disclosure Statement by J.P. Morgan Securities LLC identifying Corporate Parent JPMorgan Chase & Co., Corporate Parent J.P. Morgan Broker-Dealer Holdings Inc. for J.P. Morgan Securities LLC. (Schwartz, Jed) (Entered: 07/31/2020) |
| 07/31/2020 | 63 | Corporate Disclosure Statement by Merrill Lynch, Pierce, Fenner & Smith Incorporated identifying Corporate Parent Bank of America Corporation, Corporate Parent NB Holdings Corporation, Other Affiliate Berkshire Hathaway Inc. for Merrill Lynch, Pierce, Fenner & Smith Incorporated. (Schwartz, Jed) (Entered: 07/31/2020) |
| 07/31/2020 | 64 | Corporate Disclosure Statement by Morgan Stanley & Co. LLC identifying Other Affiliate Mitsubishi UFJ Financial Group, Inc. for Morgan Stanley & Co. LLC. (Schwartz, Jed) (Entered: 07/31/2020) |
| 07/31/2020 | 65 | Corporate Disclosure Statement by UBS Securities LLC identifying Corporate Parent UBS AG, Corporate Parent UBS Group AG, Corporate Parent UBS Americas Inc., |

| | | |
|---|---|---|
| | | Corporate Parent UBS Americas Holding LLC for UBS Securities LLC. (Schwartz, Jed) (Entered: 07/31/2020) |
| 07/31/2020 | 66 | Corporate Disclosure Statement by WR Securities, LLC identifying Corporate Parent Wolfe Research, LLC, Corporate Parent Wolfe Holdco, LLC for WR Securities, LLC. (Schwartz, Jed) (Entered: 07/31/2020) |
| 09/03/2020 | | Minute Entry for proceedings held before Judge Nicholas G. Garaufis: On September 2, 2020, the court held a pre-motion conference via videoconference. Counsel for all parties present. The court granted leave to Plaintiffs to file a Second Amended Complaint by September 18, 2020 at 12:00 pm. Plaintiffs voluntarily agreed to dismiss their claims under Section 12(a)(2) of the Securities Act, which the court SO ORDERED with consent of Defendants. The court ORDERED a briefing schedule as follows: Defendants shall serve their motions to dismiss on Plaintiffs by October 19, 2020. Plaintiffs shall serve their opposition by November 20, 2020. Defendants shall serve their reply by December 4, 2020. Thereafter, Defendants shall file a full and complete set of motion papers. Defendants' obligation to answer Plaintiffs' Second Amended Complaint is STAYED until fourteen days after the court decides the forthcoming motions to dismiss. (Court Reporter Michele Nardone.) (Lazarus, Benjamin) (Entered: 09/03/2020) |
| 09/18/2020 | 67 | AMENDED COMPLAINT *SECOND AMENDED CLASS ACTION COMPLAINT FOR VIOLATION OF THE FEDERAL SECURITIES LAWS* against Tian Cheng, Citigroup Global Markets Inc., Credit Suisse Securities (USA) LLC, Deutsche Bank Securities Inc., Goldman Sachs (Asia) L.L.C., Louis T. Hsieh, J.P. Morgan Securities LLC, Bin Li, Xiang Li, Zhaohui Li, Merrill Lynch, Pierce, Fenner & Smith Incorporated, Morgan Stanley & Co. LLC, NIO Inc., Lihong Qin, UBS Securities LLC, WR Securities, LLC, Padmasree Warrior, Hai Wu, Yaqin Zhang, Xiangping Zhong, filed by Eva Huang, Mark Mundy. (Rosen, Laurence) (Entered: 09/18/2020) |
| 12/04/2020 | 68 | Joint MOTION to Dismiss *The Second Amended Class Action Complaint* by Citigroup Global Markets Inc., Credit Suisse Securities (USA) LLC, Deutsche Bank Securities Inc., Goldman Sachs (Asia) L.L.C., J.P. Morgan Securities LLC, Merrill Lynch, Pierce, Fenner & Smith Incorporated, Morgan Stanley & Co. LLC, NIO Inc., UBS Securities LLC, WR Securities, LLC, Padmasree Warrior. (Fumerton, Robert) (Entered: 12/04/2020) |
| 12/04/2020 | 69 | MEMORANDUM in Support re 68 Joint MOTION to Dismiss *The Second Amended Class Action Complaint* filed by Citigroup Global Markets Inc., Credit Suisse Securities (USA) LLC, Deutsche Bank Securities Inc., Goldman Sachs (Asia) L.L.C., J.P. Morgan Securities LLC, Merrill Lynch, Pierce, Fenner & Smith Incorporated, Morgan Stanley & Co. LLC, NIO Inc., UBS Securities LLC, WR Securities, LLC, Padmasree Warrior. (Fumerton, Robert) (Entered: 12/04/2020) |
| 12/04/2020 | 70 | AFFIDAVIT/DECLARATION in Support re 68 Joint MOTION to Dismiss *The Second Amended Class Action Complaint* filed by NIO Inc., Padmasree Warrior. (Attachments: # 1 Exhibit A - NIO Prospectus filed on Form 424(b)(4), # 2 Exhibit B - Certified Translation of Shanghai Jiading Government Website Article, # 3 Exhibit C - Certified Translation of Shanghai Jiading Government Website Article, # 4 Exhibit D - Announcement re environmental impact of NIO pure electric vehicles, # 5 Exhibit E - Certified Translation of Jiading Newly Constructed Factory Project, # 6 Exhibit F - NIO Q4 and FY 2018 Financial Results filed on Form 6-K, # 7 Exhibit G - NIO Q4 2018 Earnings Call Transcript, # 8 Exhibit H - NIO's Historical Stock Price, # 9 Exhibit I - CNN Business Article, # 10 Exhibit J - South China Morning Post Article, # 11 Exhibit K - InsideEV.com Article, # 12 Exhibit L - Deutsche Bank Research Analyst Report, # 13 Exhibit M - Certified Translation of Shanghai Jiawei Automobile Parts Bidding Website, # 14 Exhibit N - Oxford English Dictionary: Construction) (Fumerton, Robert) (Entered: 12/04/2020) |

| 12/04/2020 | 71 | MEMORANDUM in Opposition re 68 Joint MOTION to Dismiss *The Second Amended Class Action Complaint* filed by NIO Inc., Padmasree Warrior. (Fumerton, Robert) (Entered: 12/04/2020) |
|---|---|---|
| 12/04/2020 | 72 | REPLY to Response to Motion re 68 Joint MOTION to Dismiss *The Second Amended Class Action Complaint* filed by Citigroup Global Markets Inc., Credit Suisse Securities (USA) LLC, Deutsche Bank Securities Inc., Goldman Sachs (Asia) L.L.C., J.P. Morgan Securities LLC, Morgan Stanley & Co. LLC, NIO Inc., UBS Securities LLC, WR Securities, LLC, Padmasree Warrior. (Fumerton, Robert) (Entered: 12/04/2020) |
| 12/23/2020 | 73 | NOTICE of Appearance by Richard A. Rosen on behalf of Zhaohui Li, Xiangping Zhong (aty to be noticed) (Rosen, Richard) (Entered: 12/23/2020) |
| 12/23/2020 | 74 | Joint MOTION for Joinder *(ECF Nos. 68-70, 72 - The "Motion to Dismiss")* by Tian Cheng, Bin Li, Xiang Li, Zhaohui Li, Lihong Qin, Hai Wu, Yaqin Zhang, Xiangping Zhong. (Fumerton, Robert) (Entered: 12/23/2020) |
| 12/29/2020 | 75 | RESPONSE to Motion re 74 Joint MOTION for Joinder *(ECF Nos. 68-70, 72 - The "Motion to Dismiss")* filed by Eva Huang, Mark Mundy. (Rosen, Laurence) (Entered: 12/29/2020) |
| 01/05/2021 | 76 | REPLY to Response to Motion re 74 Joint MOTION for Joinder *(ECF Nos. 68-70, 72 - The "Motion to Dismiss")* filed by Tian Cheng, Bin Li, Xiang Li, Zhaohui Li, Lihong Qin, Hai Wu, Yaqin Zhang, Xiangping Zhong. (Fumerton, Robert) (Entered: 01/05/2021) |
| 03/12/2021 | 77 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings held on 9-2-20, before Judge Garaufis. Court Reporter/Transcriber M.Nardone, Telephone number 718-613-2601. Email address: mishrpr@aol.com. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. File redaction request using event "Redaction Request - Transcript" located under "Other Filings - Other Documents". Redaction Request due 4/2/2021. Redacted Transcript Deadline set for 4/12/2021. Release of Transcript Restriction set for 6/10/2021. (Nardone, Michele) (Entered: 03/12/2021) |
| 03/31/2021 | 78 | Corporate Disclosure Statement by J.P. Morgan Securities LLC identifying Other Affiliate Vanguard Group, Inc. for J.P. Morgan Securities LLC. (Edelman, Scott) (Entered: 03/31/2021) |
| 04/15/2021 | | Case Reassigned to Magistrate Judge James R. Cho. Magistrate Judge Vera M. Scanlon no longer assigned to the case. Please download and review the Individual Practices of the assigned Judges, located on our website. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. (Mahoney, Brenna) (Entered: 04/15/2021) |
| 08/12/2021 | 79 | MEMORANDUM & ORDER, Defendants' Motion to Dismiss (Dkt. 68 ) is DENIED. So Ordered by Judge Nicholas G. Garaufis on 8/12/2021. (Lee, Tiffeny) (Entered: 08/12/2021) |
| 08/16/2021 | 80 | SCHEDULING ORDER: A Telephonic-Initial Conference will be held at **9:00 a.m.** on **August 31, 2021** before Magistrate Judge James R. Cho. Counsel for all parties must participate. Counsel for plaintiff is directed to immediately confirm this conference date and time with defendants' counsel. Counsel are directed to complete the attached Proposed Scheduling Order and electronically file same with the Court no later than **August 27, 2021.** Each party is directed to call toll free **(888) 808-6929** and use access code **1065334.** The parties are reminded that, pursuant to Local Civil Rule 1.8, they may not independently record any court proceedings. Adjournment requests will not be considered unless made in accordance with this Court's Individual Rules. Ordered by |

| | | |
|---|---|---|
| | | Magistrate Judge James R. Cho on 8/16/2021. (Attachments: # 1 Chamber's Individual Rules) Associated Cases: 1:19-cv-01424-NGG-JRC, 1:19-cv-03188-NGG-JRC, 1:19-cv-03212-NGG-JRC (Gillespie, Saudia) (Entered: 08/16/2021) |
| 08/25/2021 | 81 | NOTICE of Appearance by Scott D. Musoff on behalf of Tian Cheng, Bin Li, Xiang Li, Lihong Qin, Padmasree Warrior, Hai Wu, Yaqin Zhang (aty to be noticed) (Musoff, Scott) (Entered: 08/25/2021) |
| 08/25/2021 | 82 | NOTICE of Appearance by Michael Charles Griffin on behalf of Tian Cheng, Bin Li, Xiang Li, Lihong Qin, Padmasree Warrior, Hai Wu, Yaqin Zhang (aty to be noticed) (Griffin, Michael) (Entered: 08/25/2021) |
| 08/25/2021 | 83 | Letter MOTION for Extension of Time to File Answer re 67 Amended Complaint,, by Tian Cheng, Citigroup Global Markets Inc., Credit Suisse Securities (USA) LLC, Deutsche Bank Securities Inc., Goldman Sachs (Asia) L.L.C., J.P. Morgan Securities LLC, Bin Li, Xiang Li, Zhaohui Li, Merrill Lynch, Pierce, Fenner & Smith Incorporated, Morgan Stanley & Co. LLC, NIO Inc., Lihong Qin, UBS Securities LLC, WR Securities, LLC, Padmasree Warrior, Hai Wu, Yaqin Zhang, Xiangping Zhong. (Fumerton, Robert) (Entered: 08/25/2021) |
| 08/25/2021 | | ORDER: granting 83 Motion for Extension of Time to Answer the Second Amended Complaint. Defendants Tian Cheng; Bin Li; Xiang Li; NIO Inc.; Lihong Qin; Padmasree Warrior; Hai Wu; and Yaqin Zhang shall answer, move or otherwise respond to the Second Amended Complaint by 10/25/2021. Ordered by Magistrate Judge James R. Cho on 8/25/2021. (Gillespie, Saudia) (Entered: 08/25/2021) |
| 08/25/2021 | | SCHEDULING ORDER: The Telephonic-Initial Conference previously set for August 31, 2021 is adjourned to **November 1, 2021 at 10:30 a.m.** before Magistrate Judge James R. Cho. Counsel for all parties must participate. The time to submit the Proposed Scheduling Order is extended to November 24, 2021. Each party is directed to call toll free **(888) 808-6929** and use access code **1065334**. Adjournment requests will not be considered unless made in accordance with this Court's Individual Rules. Ordered by Magistrate Judge James R. Cho on 8/25/2021. Associated Cases: 1:19-cv-01424-NGG-JRC, 1:19-cv-03188-NGG-JRC, 1:19-cv-03212-NGG-JRC (Gillespie, Saudia) (Entered: 08/25/2021) |
| 08/26/2021 | 84 | NOTICE of Appearance by Andrew James Ehrlich on behalf of Zhaohui Li, Xiangping Zhong (aty to be noticed) (Ehrlich, Andrew) (Entered: 08/26/2021) |
| 08/31/2021 | 85 | Letter *re: Order Granting Joint Motion to Extend Time to File Answer* by Zhaohui Li, Xiangping Zhong (Ehrlich, Andrew) (Entered: 08/31/2021) |
| 09/01/2021 | | ORDER re DE 85 Letter, all defendants shall answer, move or otherwise respond to the Second Amended Complaint by 10/25/2021. Ordered by Magistrate Judge James R. Cho on 9/1/2021. (Gillespie, Saudia) (Entered: 09/01/2021) |
| 09/20/2021 | 86 | NOTICE by Zhaohui Li, Xiangping Zhong *(Notice by Richard A. Rosen re Withdrawal as Counsel of Record)* (Rosen, Richard) Modified to add motion on 9/27/2021 (Gillespie, Saudia). (Entered: 09/20/2021) |
| 09/27/2021 | | **RE-SCHEDULING ORDER:** Due to a conflict in the Court's schedule, the Telephonic-Initial Conference previously set for November 1, 2021 is adjourned to **November 4, 2021 at 10:00 a.m.** before the undersigned. The parties are directed to call toll free (888) 808-6929 and use access code 1065334. Parties to submit the Proposed Scheduling Order by November 2, 2021. Adjournment requests will not be considered unless made in accordance with this Court's Individual Rules. Associated Cases: 1:19-cv-01424-NGG-JRC, 1:19-cv-03188-NGG-JRC, 1:19-cv-03212-NGG-JRC (Gillespie, Saudia) (Entered: 09/27/2021) |

| | | |
|---|---|---|
| 09/27/2021 | | **RE-SCHEDULING ORDER:** The time of the Telephonic-Initial Conference previously scheduled for **November 4, 2021** is adjourned to **11:00 a.m.** before the undersigned. The parties are directed to call toll free (888) 808-6929 and use access code 1065334. Adjournment requests will not be considered unless made in accordance with this Court's Individual Rules. Ordered by Magistrate Judge James R. Cho on 9/27/2021. Associated Cases: 1:19-cv-01424-NGG-JRC, 1:19-cv-03188-NGG-JRC, 1:19-cv-03212-NGG-JRC (Gillespie, Saudia) (Entered: 09/27/2021) |
| 09/27/2021 | | ORDER granting 86 Motion to Withdraw as Attorney. Attorney Richard A. Rosen terminated. Ordered by Magistrate Judge James R. Cho on 9/27/2021. (Gillespie, Saudia) (Entered: 09/27/2021) |
| 10/05/2021 | 87 | NOTICE of Appearance by Jane B. O'Brien on behalf of Zhaohui Li, Xiangping Zhong (aty to be noticed) (O'Brien, Jane) (Entered: 10/05/2021) |
| 10/07/2021 | 88 | Letter *addressed to The Honorable Nicholas G. Garaufis from Robert A. Fumerton, dated October 7, 2021 re: Justice Barry Ostrager's Decision and Order granting Defendants motion to dismiss in its entirety* by Tian Cheng, Bin Li, Xiang Li, NIO Inc., Lihong Qin, Padmasree Warrior, Hai Wu, Yaqin Zhang (Fumerton, Robert) (Entered: 10/07/2021) |
| 10/08/2021 | 89 | Letter *to The Honorable Nicholas G. Garaufis in Response to Robert A. Fumerton's October 7, 2021 Letter* by Eva Huang, Mark Mundy (Rosen, Laurence) (Entered: 10/08/2021) |
| 10/25/2021 | 90 | ANSWER to 67 Amended Complaint,, by Zhaohui Li, Xiangping Zhong. (Ehrlich, Andrew) (Entered: 10/25/2021) |
| 10/25/2021 | 91 | ANSWER to 67 Amended Complaint,, by Tian Cheng, Bin Li, Xiang Li, NIO Inc., Lihong Qin, Padmasree Warrior, Hai Wu, Yaqin Zhang. (Fumerton, Robert) (Entered: 10/25/2021) |
| 10/25/2021 | 92 | ANSWER to 67 Amended Complaint,, *Answer of Underwriter Defendants to Second Amended Class Action Complaint* by Citigroup Global Markets Inc., Credit Suisse Securities (USA) LLC, Deutsche Bank Securities Inc., Goldman Sachs (Asia) L.L.C., J.P. Morgan Securities LLC, Merrill Lynch, Pierce, Fenner & Smith Incorporated, Morgan Stanley & Co. LLC, UBS Securities LLC, WR Securities, LLC. (Schwartz, Jed) (Entered: 10/25/2021) |
| 11/02/2021 | 93 | Proposed Scheduling Order by Eva Huang, Mark Mundy (Rosen, Laurence) (Entered: 11/02/2021) |
| 11/04/2021 | | Minute Entry for Initial Conference proceedings held on 11/4/2021 before Magistrate Judge James R. Cho: Telephonic initial conference held. Counsel for all parties appeared. Case discussed. The Court entered the following pretrial schedule: parties to exchange automatic disclosures by 12/1/2021; no amendment of the pleadings or joinder of additional parties permitted after 4/28/2022; and parties to complete fact discovery by 12/30/2022. The Court will enter an expert discovery schedule near the end of fact discovery. The parties should contact the assigned District Judge in connection with anticipated motions for class certification. Parties to submit a joint status report by 3/1/2022 and to indicate in the report whether they would like a referral to private or Court-annexed mediation or a settlement conference at that time. (FTR Log #AT&T Conference Bridge.) Associated Cases: 1:19-cv-01424-NGG-JRC, 1:19-cv-03188-NGG-JRC, 1:19-cv-03212-NGG-JRC (Grieff, Robin) (Entered: 11/04/2021) |
| 12/10/2021 | 94 | Joint MOTION for Protective Order *[Proposed] Confidentiality Order* by Eva Huang, Mark Mundy. (Rosen, Laurence) (Entered: 12/10/2021) |

| 12/10/2021 | 95 | STIPULATION *AND [PROPOSED] ORDER REGARDING THE PRODUCTION OF HARD-COPY DOCUMENTS AND ELECTRONICALLY STORED INFORMATION* by Eva Huang, Mark Mundy (Rosen, Laurence) (Entered: 12/10/2021) |
|---|---|---|
| 01/19/2022 | 96 | PROTECTIVE ORDER. Ordered by Magistrate Judge James R. Cho on 1/19/2022. (Gillespie-Cardo, Saudia) (Entered: 01/19/2022) |
| 01/19/2022 | 97 | ORDER approving 95 Stipulation and Proposed Order filed by Eva Huang, Mark Mundy. See attached. Ordered by Magistrate Judge James R. Cho on 1/19/2022. (Gillespie-Cardo, Saudia) (Entered: 01/19/2022) |
| 03/01/2022 | 98 | STATUS REPORT - *Joint* by Tian Cheng, Bin Li, Xiang Li, NIO Inc., Lihong Qin, Padmasree Warrior, Hai Wu, Yaqin Zhang (Fumerton, Robert) (Entered: 03/01/2022) |
| 03/08/2022 | | STATUS REPORT ORDER: Parties shall submit a status report by June 8, 2022. Ordered by Magistrate Judge James R. Cho on 3/8/2022. (Maneval, Sarah) (Entered: 03/08/2022) |
| 04/05/2022 | 99 | SUMMONS Returned Executed by Eva Huang, Mark Mundy. Louis T. Hsieh served on 1/24/2022, answer due 2/14/2022. (Rosen, Laurence) (Entered: 04/05/2022) |
| 04/28/2022 | 100 | NOTICE of Appearance by Scott D. Musoff on behalf of Louis T. Hsieh (aty to be noticed) (Musoff, Scott) (Entered: 04/28/2022) |
| 04/28/2022 | 101 | NOTICE of Appearance by Robert Alexander Fumerton on behalf of Louis T. Hsieh (aty to be noticed) (Fumerton, Robert) (Entered: 04/28/2022) |
| 04/28/2022 | 102 | NOTICE of Appearance by Michael Charles Griffin on behalf of Louis T. Hsieh (aty to be noticed) (Griffin, Michael) (Entered: 04/28/2022) |
| 04/28/2022 | 103 | STIPULATION *AND [PROPOSED] ORDER REGARDING SERVICE AND ANSWER OF DEFENDANT LOUIS HSIEH* by Louis T. Hsieh (Fumerton, Robert) Modified to add motion on 4/29/2022 (Gillespie-Cardo, Saudia). (Entered: 04/28/2022) |
| 04/29/2022 | | ORDER granting 103 STIPULATION AND [PROPOSED] ORDER REGARDING SERVICE AND ANSWER OF DEFENDANT LOUIS HSIEH. Defendant Louis Hsieh shall answer, move or otherwise respond to the second amended complaint by 5/16/2022. Ordered by Magistrate Judge James R. Cho on 4/29/2022. (Gillespie-Cardo, Saudia) (Entered: 04/29/2022) |
| 05/16/2022 | 104 | ANSWER to 67 Amended Complaint,, by Louis T. Hsieh. (Fumerton, Robert) (Entered: 05/16/2022) |
| 06/08/2022 | 105 | STATUS REPORT *(JOINT), filed* by Tian Cheng, Louis T. Hsieh, Bin Li, Xiang Li, NIO Inc., Lihong Qin, Padmasree Warrior, Hai Wu, Yaqin Zhang (Fumerton, Robert) (Entered: 06/08/2022) |
| 06/09/2022 | | STATUS REPORT ORDER: Parties to submit a joint status report letter by 9/8/2022. Ordered by Magistrate Judge James R. Cho on 6/9/2022. Associated Cases: 1:19-cv-01424-NGG-JRC, 1:19-cv-03188-NGG-JRC, 1:19-cv-03212-NGG-JRC (Gillespie-Cardo, Saudia) (Entered: 06/09/2022) |
| 06/23/2022 | 106 | Letter *to The Honorable Nicholas G. Garaufis Seeking Approval of the Parties' Proposed Briefing Schedule on Plaintiffs' Motion for Class Certification* by Eva Huang, Mark Mundy (Rosen, Laurence) (Entered: 06/23/2022) |
| 06/24/2022 | 107 | ORDER re 106 Letter Seeking Approval of the Parties' Proposed Briefing Schedule. Application granted. Motion due by 6/28/2022. Opposition due by 9/26/2022, Reply due by 11/11/2022. So Ordered by Judge Nicholas G. Garaufis on 6/24/2022. (Lee, Tiffeny) (Entered: 06/24/2022) |

| 08/08/2022 | 108 | NOTICE of Appearance by Jing Chen on behalf of Eva Huang, Mark Mundy (aty to be noticed) (Chen, Jing) (Entered: 08/08/2022) |
|---|---|---|
| 08/23/2022 | 109 | NOTICE of Appearance by Judith Flumenbaum on behalf of Tian Cheng, Louis T. Hsieh, Bin Li, Xiang Li, NIO Inc., Lihong Qin, Padmasree Warrior, Hai Wu, Yaqin Zhang (aty to be noticed) (Flumenbaum, Judith) (Entered: 08/23/2022) |
| 08/29/2022 | 110 | NOTICE of Appearance by Elvira Razzano on behalf of Citigroup Global Markets Inc., Credit Suisse Securities (USA) LLC, Deutsche Bank Securities Inc., Goldman Sachs (Asia) L.L.C., J.P. Morgan Securities LLC, Merrill Lynch, Pierce, Fenner & Smith Incorporated, Morgan Stanley & Co. LLC, UBS Securities LLC, WR Securities, LLC (aty to be noticed) (Razzano, Elvira) (Entered: 08/29/2022) |
| 08/29/2022 | 111 | MOTION to Withdraw as Attorney *as to Micaela Manley* by Citigroup Global Markets Inc., Credit Suisse Securities (USA) LLC, Deutsche Bank Securities Inc., Goldman Sachs (Asia) L.L.C., J.P. Morgan Securities LLC, Merrill Lynch, Pierce, Fenner & Smith Incorporated, Morgan Stanley & Co. LLC, UBS Securities LLC, WR Securities, LLC. (Schwartz, Jed) (Entered: 08/29/2022) |
| 08/30/2022 | | ORDER granting 111 Motion to Withdraw as Attorney. Attorney Micaela Manley terminated. Ordered by Magistrate Judge James R. Cho on 8/30/2022. (Gillespie-Cardo, Saudia) (Entered: 08/30/2022) |
| 09/08/2022 | 112 | NOTICE of Appearance by Xinshu Sui on behalf of Zhaohui Li, Xiangping Zhong (aty to be noticed) (Sui, Xinshu) (Entered: 09/08/2022) |
| 09/08/2022 | 113 | STATUS REPORT *(Joint)* by Tian Cheng, Louis T. Hsieh, Bin Li, Xiang Li, NIO Inc., Lihong Qin, Padmasree Warrior, Hai Wu, Yaqin Zhang (Fumerton, Robert) (Entered: 09/08/2022) |
| 09/12/2022 | | STATUS REPORT ORDER: Parties to submit an updated status report letter by **12/15/2022**. Ordered by Magistrate Judge James R. Cho on 9/12/2022. Associated Cases: 1:19-cv-01424-NGG-JRC, 1:19-cv-03188-NGG-JRC, 1:19-cv-03212-NGG-JRC (Gillespie-Cardo, Saudia) (Entered: 09/12/2022) |
| 09/19/2022 | 114 | Letter *to The Honorable Nicholas G. Garaufis seeking extension for the opposition and reply papers in connection with Plaintiffs' Motion for Class Certification* by Tian Cheng, Louis T. Hsieh, Bin Li, Xiang Li, NIO Inc., Lihong Qin, Padmasree Warrior, Hai Wu, Yaqin Zhang (Fumerton, Robert) Modified to add motion on 9/20/2022 (Gillespie-Cardo, Saudia). (Entered: 09/19/2022) |
| 09/20/2022 | | ORDER granting 114 Letter to The Honorable Nicholas G. Garaufis seeking extension for the opposition and reply papers in connection with Plaintiffs' Motion for Class Certification. Defendants' opposition to be served on October 17, 2022, and Plaintiffs' reply to be served on December 2, 2022. Ordered by Magistrate Judge James R. Cho on 9/20/2022. (Gillespie-Cardo, Saudia) (Entered: 09/20/2022) |
| 11/16/2022 | 115 | Letter MOTION for Extension of Time to File Response/Reply , MOTION for Leave to File Excess Pages by Eva Huang, Mark Mundy. (Rosen, Laurence) (Entered: 11/16/2022) |
| 11/16/2022 | | ORDER: Plaintiffs' 115 motions for extension of time to file a reply brief and for permission to file an oversized brief are GRANTED. Ordered by Judge Nicholas G. Garaufis on 11/16/2022. (Feder, Daniel) (Entered: 11/16/2022) |
| 11/18/2022 | 116 | NOTICE of Appearance by Chi Tsun Steve Kwok on behalf of Tian Cheng, Louis T. Hsieh, Bin Li, Xiang Li, NIO Inc., Lihong Qin, Padmasree Warrior, Hai Wu, Yaqin Zhang (aty to be noticed) (Kwok, Chi) (Entered: 11/18/2022) |

| 11/21/2022 | 117 | Letter MOTION for Extension of Time to Complete Discovery *with consent from all parties* by Eva Huang, Mark Mundy. (Rosen, Laurence) (Entered: 11/21/2022) |
|---|---|---|
| 11/22/2022 | 118 | MOTION to Appear Pro Hac Vice Filing fee $ 150, receipt number ANYEDC-16161659. by Tian Cheng, Louis T. Hsieh, Bin Li, Xiang Li, NIO Inc., Lihong Qin, Padmasree Warrior, Hai Wu, Yaqin Zhang. (Attachments: # 1 Affidavit in Support of Zhong Guan, # 2 Exhibit NY Certificate of Good Standing, # 3 Proposed Order) (Guan, Zhong) (Entered: 11/22/2022) |
| 11/22/2022 | | ORDER granting 118 Motion for Leave to Appear Pro Hac Vice. Attorney Zhong Guan shall register for ECF, registration is available online at www.pacer.gov. Once registered, the attorney shall file a notice of appearance and ensure that s/he receives electronic notification of activity in this case. Also, the attorney shall ensure the $150 admission fee be submitted to the Clerks Office via filing the event *Pro Hac Vice Filing Fee*. Ordered by Magistrate Judge James R. Cho on 11/22/2022. (SG) (Entered: 11/22/2022) |
| 11/22/2022 | | ORDER: Granting 117 Motion for Extension of Time to Complete Discovery. Parties to complete fact discovery by 6/30/2023. By 3/1/2023, parties shall file a joint status report updating the Court on the status of discovery. Associated Cases: 1:19-cv-01424-NGG-JRC, 1:19-cv-03188-NGG-JRC, 1:19-cv-03212-NGG-JRC. Ordered by Magistrate Judge James R. Cho on 11/22/2022. (JB) (Entered: 11/22/2022) |
| 12/06/2022 | 119 | Letter MOTION for Extension of Time to File Response/Reply *with consent from all parties* by Eva Huang, Mark Mundy. (Rosen, Laurence) (Entered: 12/06/2022) |
| 12/09/2022 | | ORDER: Plaintiffs' 119 Motion for Extension of Time is GRANTED. Plaintiffs' reply in further support of their motion for class certification is due December 23, 2022. Ordered by Judge Nicholas G. Garaufis on 12/9/2022. (Feder, Daniel) Modified to correct typo on 12/12/2022 (TL). (Entered: 12/09/2022) |
| 12/23/2022 | 120 | MOTION to Certify Class by Eva Huang, Mark Mundy. (Attachments: # 1 Memorandum in Support of Plaintiffs' Motion for Class Certification, # 2 Declaration of Laurence Rosen, # 3 Exhibit 1, # 4 Exhibit 2, # 5 Exhibit 3, # 6 Exhibit 4, # 7 Proposed Order Granting Motion for Class Certification) (Rosen, Laurence) (Entered: 12/23/2022) |
| 12/23/2022 | 121 | MEMORANDUM in Opposition re 120 MOTION to Certify Class filed by Eva Huang, Mark Mundy. (Attachments: # 1 Declaration of Faten Sabry, Ph.D, # 2 Declaration of Robert A. Fumerton in Support of Defendants' Joint Memorandum of Law in Opposition to Plaintiffs' Motion for Class Certification, # 3 Exhibit A, # 4 Exhibit B, # 5 Exhibit C, # 6 Exhibit D, # 7 Exhibit E, # 8 Exhibit F, # 9 Exhibit G, # 10 Exhibit H, # 11 Exhibit I, # 12 Exhibit J, # 13 Exhibit K, # 14 Exhibit L, # 15 Exhibit M, # 16 Exhibit N, # 17 Exhibit O, # 18 Exhibit P, # 19 Exhibit Q, # 20 Exhibit R, # 21 Exhibit S, # 22 Exhibit T, # 23 Exhibit U, # 24 Exhibit V, # 25 Exhibit W, # 26 Exhibit X, # 27 Exhibit Y) (Rosen, Laurence) (Entered: 12/23/2022) |
| 12/23/2022 | 122 | REPLY in Support re 120 MOTION to Certify Class filed by Eva Huang, Mark Mundy. (Attachments: # 1 Declaration of Laurence Rosen in Further Support of Plaintiffs' Motion for Class Certification, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11, # 13 Exhibit 12, # 14 Exhibit 13, # 15 Exhibit 14, # 16 Exhibit 15, # 17 Exhibit 16, # 18 Exhibit 17, # 19 Exhibit 18, # 20 Exhibit 19, # 21 Exhibit 20, # 22 Exhibit 21, # 23 Exhibit 22, # 24 Exhibit 23, # 25 Exhibit 24, # 26 Exhibit 25, # 27 Exhibit 26, # 28 Exhibit 27, # 29 Exhibit 28, # 30 Exhibit 29, # 31 Exhibit 30, # 32 Exhibit 31, # 33 Exhibit 32, # 34 Exhibit 33) (Rosen, Laurence) (Entered: 12/23/2022) |
| 12/23/2022 | 123 | Letter *Pursuant to Rule V(D) of Judge Garaufis' Individual Rules Requesting Oral Argument on Plaintiffs' Motion for Class Certification* by Eva Huang, Mark Mundy |

| | | |
|---|---|---|
| | | (Rosen, Laurence) (Entered: 12/23/2022) |
| 01/26/2023 | 124 | Letter MOTION for Leave to File Document *(A Joint Sur-Reply In Further Opposition To Plaintiffs' Motion For Class Certification), filed* by Tian Cheng, Louis T. Hsieh, Bin Li, Xiang Li, Zhaohui Li, NIO Inc., Lihong Qin, Padmasree Warrior, Hai Wu, Yaqin Zhang, Xiangping Zhong. (Attachments: # 1 [Proposed] Joint Sur-Reply) (Fumerton, Robert) (Entered: 01/26/2023) |
| 03/01/2023 | 125 | NOTICE of Change of Firm's address Once the filing has been made, you must login to www.pacer.gov and update your account. (Campisi, Jeffrey) (Entered: 03/01/2023) |
| 03/01/2023 | 126 | STATUS REPORT *(Joint)* by Tian Cheng, Louis T. Hsieh, Bin Li, Xiang Li, NIO Inc., Lihong Qin, Padmasree Warrior, Hai Wu, Yaqin Zhang (Fumerton, Robert) (Entered: 03/01/2023) |
| 03/16/2023 | | STATUS REPORT ORDER: Parties to submit an updated status report letter by 6/15/2023. Ordered by Magistrate Judge James R. Cho on 3/16/2023. (SG) (Entered: 03/16/2023) |
| 06/15/2023 | 127 | Joint MOTION for Extension of Time to Complete Discovery *and Providing Status Update (Letter)* by Eva Huang, Mark Mundy. (Rosen, Laurence) (Entered: 06/15/2023) |
| 06/16/2023 | | ORDER granting 127 Motion for Extension of Time to Complete Discovery. Parties to complete fact discovery by 12/29/2023. Parties to submit an updated status report letter by 9/18/2023. Ordered by Magistrate Judge James R. Cho on 6/16/2023. (JP) (Entered: 06/16/2023) |
| 08/08/2023 | 128 | MEMORANDUM & ORDER, Plaintiffs' (120) Motion to Certify Class is GRANTED. Defendants' motion for leave to file a sur-reply is GRANTED, and the Sur-Reply attached to that motion is deemed the Defendants' sur-reply on this Motion. The court DENIES both parties' requests for oral argument as moot. *See* Order for all further rulings. So Ordered by Judge Nicholas G. Garaufis on 8/8/2023. Associated Cases: 1:19-cv-01424-NGG-JRC, 1:19-cv-03188-NGG-JRC, 1:19-cv-03212-NGG-JRC (TLH) (Entered: 08/08/2023) |
| 08/09/2023 | 129 | Corporate Disclosure Statement by Credit Suisse Securities (USA) LLC identifying Corporate Parent Credit Suisse Group AG, Corporate Parent Credit Suisse AG, Corporate Parent Credit Suisse Holdings (USA), Inc., Corporate Parent Credit Suisse (USA), Inc., Corporate Parent UBS Group AG for Credit Suisse Securities (USA) LLC. (Schwartz, Jed) (Entered: 08/09/2023) |
| 09/18/2023 | 130 | STATUS REPORT *(Joint)* by Eva Huang, Mark Mundy (Rosen, Laurence) (Entered: 09/18/2023) |
| 10/24/2023 | 131 | MANDATE: It is hereby ORDERED that the motion for leave to file a reply is GRANTED, but the Rule 23(f) petition is DENIED because an immediate appeal is not warranted. See Sumitomo Copper Litig. v. Credit Lyonnais Rouse, Ltd., 262 F.3d 134, 13940 (2d Cir. 2001). Issued as Mandate: 10/24/2023. USCA# 23-1190. (VJ) (Entered: 10/24/2023) |
| 11/27/2023 | | STATUS REPORT ORDER: Parties to submit an updated status report letter by 12/20/2023. Ordered by Magistrate Judge James R. Cho on 11/27/2023. (TT) (Entered: 11/27/2023) |
| 12/20/2023 | 132 | Joint MOTION for Extension of Time to Complete Discovery *and Providing Status Update (Letter)* by Eva Huang, Mark Mundy. (Rosen, Laurence) (Entered: 12/20/2023) |
| 12/20/2023 | | ORDER granting 132 Motion for Extension of Time to Complete Discovery. Parties to complete fact discovery by 6/28/2024. Parties to submit an updated status report letter by |

| | | |
|---|---|---|
| | | 3/29/2024. Ordered by Magistrate Judge James R. Cho on 12/20/2023. (JDP) (Entered: 12/20/2023) |
| 03/29/2024 | 133 | STATUS REPORT *(Joint)* by Eva Huang, Mark Mundy (Rosen, Laurence) (Entered: 03/29/2024) |
| 04/03/2024 | | SCHEDULING ORDER: An in person status conference will be held on **7/9/2024** at **11:30 a.m.** in Courtroom 11D South before Magistrate Judge James R. Cho. Counsel for all parties must attend. Adjournment requests will not be considered unless made in accordance with this Court's Individual Rules. Ordered by Magistrate Judge James R. Cho on 4/3/2024. (SGC) (Entered: 04/03/2024) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 04/10/2024 08:25:02 | | | |
| **PACER Login:** | lr3505th | **Client Code:** | Missfresh |
| **Description:** | Docket Report | **Search Criteria:** | 1:19-cv-01424-NGG-JRC |
| **Billable Pages:** | 30 | **Cost:** | 3.00 |