**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JUAN CHEN, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>    vs.<br><br>MISSFRESH LIMITED, ZHENG XU, JUN WANG, YUAN SUN, ZHAOHUI LI, COLLEEN A. DE VRIES, HANSONG ZHU, J.P. MORGAN SECURITIES LLC, CITIGROUP GLOBAL MARKETS INC., CHINA INTERNATIONAL CAPITAL CORPORATION HONG KONG SECURITIES LIMITED, CHINA RENAISSANCE SECURITIES (HONG KONG) LIMITED, HAITONG INTERNATIONAL SECURITIES COMPANY LIMITED, CMB INTERNATIONAL CAPITAL LIMITED, AMTD GLOBAL MARKETS LIMITED, ICBC INTERNATIONAL SECURITIES LIMITED, NEEDHAM & COMPANY, LLC, CHINA MERCHANTS SECURITIES (HK) CO., LIMITED, ABCI SECURITIES COMPANY LIMITED, GF SECURITIES (HONG KONG) BROKERAGE LIMITED, FUTU INC., TIGER BROKERS (NZ) LIMITED, and COGENCY GLOBAL, INC.,<br><br>        Defendants. | Civil Action No. 1:22-cv-09836-JSR |

**NOTICE OF CO-LEAD COUNSEL'S MOTION FOR**
**AN AWARD OF ATTORNEYS' FEES AND PAYMENT OF EXPENSES**

PLEASE TAKE NOTICE that Court-appointed Co-Lead Counsel, Labaton Keller Sucharow LLP and The Rosen Law Firm, P.A., on behalf of all Plaintiffs' Counsel, will move this Court on October 10, 2024 at 4:30 p.m. EDT, in Courtroom 14B, before the Honorable Jed S. Rakoff of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse, 500 Pearl Street, New York, NY 10007, for entry of an Order, pursuant to Rules 23(h) and 54(d) of the Federal Rules of Civil Procedure: (i) awarding attorneys' fees in the amount of 25% of the Settlement Fund; (ii) paying litigation expenses in the amount of $103,236.02 incurred in prosecuting the Action; and (iii) awarding Plaintiffs collectively $17,500 for the time they dedicated to representing the Settlement Class, as authorized by the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §77z-1.

PLEASE TAKE FURTHER NOTICE that in support of this motion, Co-Lead Counsel submit and are filing herewith: (a) the Memorandum of Law in Support of Co-Lead Counsel's Motion for an Award of Attorneys' Fees and Payment of Expenses; and (b) the Joint Declaration of Alfred L. Fatale III and Phillip Kim in Support of: (i) Final Approval of Class Action Settlement and Plan of Allocation; and (ii) an Award of Attorneys' Fees and Payment of Expenses, with annexed exhibits.

A proposed Order will be submitted with Co-Lead Counsel's reply submission on or before October 3, 2024, after the deadline for objecting has passed.

DATED: September 5, 2024                    **LABATON KELLER SUCHAROW LLP**

                                            */s/ Alfred L. Fatale III*
                                            Alfred L. Fatale III
                                            David J. Schwartz
                                            Charles Wood
                                            140 Broadway
                                            New York, NY 10005

1

Telephone: (212) 907-0700
Facsimile: (212) 818-0477
afatale@labaton.com
dschwartz@labaton.com
cwood@labaton.com

**THE ROSEN LAW FIRM, P.A.**

Phillip Kim
Laurence M. Rosen
Jing Chen
275 Madison Ave., 40th Floor
New York, NY 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
philkim@rosenlegal.com
lrosen@rosenlegal.com
jchen@rosenlegal.com

*Co-Lead Counsel for Plaintiffs and the
Proposed Settlement Class*

**THE SCHALL LAW FIRM**
Brian Schall, Esq.
2049 Century Park East, Ste. 2460
Los Angeles, CA 90067
Telephone: (310) 301-3335
Fax: (877) 590-0482
Email: brian@schallfirm.com

*Additional Counsel*

2

## CERTIFICATE OF SERVICE

I hereby certify that on September 5, 2024, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all registered ECF participants.

/s/ Alfred L. Fatale III
Alfred L. Fatale III

3