# Exhibit 2

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JUAN CHEN, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>  vs.<br><br>MISSFRESH LIMITED, ZHENG XU, JUN WANG, YUAN SUN, ZHAOHUI LI, COLLEEN A. DE VRIES, HANSONG ZHU, J.P. MORGAN SECURITIES LLC, CITIGROUP GLOBAL MARKETS INC., CHINA INTERNATIONAL CAPITAL CORPORATION HONG KONG SECURITIES LIMITED, CHINA RENAISSANCE SECURITIES (HONG KONG) LIMITED, HAITONG INTERNATIONAL SECURITIES COMPANY LIMITED, CMB INTERNATIONAL CAPITAL LIMITED, AMTD GLOBAL MARKETS LIMITED, ICBC INTERNATIONAL SECURITIES LIMITED, NEEDHAM & COMPANY, LLC, CHINA MERCHANTS SECURITIES (HK) CO., LIMITED, ABCI SECURITIES COMPANY LIMITED, GF SECURITIES (HONG KONG) BROKERAGE LIMITED, FUTU INC., TIGER BROKERS (NZ) LIMITED, and COGENCY GLOBAL, INC.,<br><br>    Defendants. | Civil Action No. 1:22-cv-09836-JSR |

**DECLARATION OF LEAD PLAINTIFF CHELSEA FAN**

I, Chelsea Fan, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746:

1.      I am one of the Court-appointed Lead Plaintiffs in the above-captioned securities class action (the "Action").[1]  I respectfully submit this declaration in connection with final approval of the proposed Settlement of the Action for $4,903,900 in cash, approval of the proposed Plan of Allocation for distributing the proceeds of the Settlement, and approval of Co-Lead Counsel's request for attorneys' fees and litigation expenses.  I also respectfully submit this declaration in support of my request for an award, pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 77z-1(a)(4), in connection with the time that I dedicated to the litigation on behalf of the proposed Settlement Class.  I have personal knowledge of the statements herein and, if called as a witness, could competently testify about them.

2.      On October 3, 2022, Judge William F. Kuntz, II of the Eastern District of New York, appointed me—together with Maso Capital Investments Limited, Blackwell Partners LLC-Series A, and Star V Partners LLC—as one of the Lead Plaintiffs in this Action.

3.      Since that time, I have been in regular contact with my counsel, through various phone calls and emails.  In my capacity as Lead Plaintiff, I: gathered and reviewed my trade documentation; completed certifications and declarations in support of case filings; received and reviewed material court filings, in both draft and final form, including the Complaint, the briefing for defendants' motions to dismiss the Complaint, and our motion to certify the class; and assisted with responding to discovery requests.  I have received regular updates as to the progress of the litigation and issues of strategy.

---

[1] Unless otherwise indicated, capitalized terms have the meanings given to them in the Stipulation and Agreement of Settlement, dated June 12, 2024. *See* ECF No. 137-1.

4.      I was consulted over the course of our settlement discussions with defendants and was in communication with my counsel during the settlement mediations.  Ultimately, I gave counsel settlement authority, and approved the Settlement.  I believe the Settlement is a fair, reasonable, and adequate result for the Settlement Class, given the very significant risks and uncertainties of continued litigation and the difficulty of recovering more from defendants in the future.

5.      I also believe that Co-Lead Counsel's request, on behalf of Plaintiffs' Counsel, for an award of attorneys' fees in the amount of 25% of the Settlement Fund is fair and reasonable under the circumstances of this case.  I have evaluated Co-Lead Counsel's request based on the effort required to litigate the case to date and the risks and challenges in the litigation.  I understand that Co-Lead Counsel will also devote additional time in the future to administering the Settlement without seeking additional fees.  I also believe that the litigation expenses to be requested, which will not be greater than $200,000, are reasonable and represent the costs and expenses that were necessary for the prosecution and resolution of this case.

6.      I understand that reimbursement of a representative plaintiff's costs and expenses in connection with their representation of a class, including lost wages, is authorized under the PSLRA.  For this reason, in connection with Co-Lead Counsel's request for expenses, I am seeking reimbursement for the time I dedicated to the prosecution of the Action, which was time that I otherwise would have dedicated to investing.  In my capacity as a representative, I estimate that I spent at least 30 hours performing the tasks summarized above in order to achieve a recovery for the Settlement Class.  Given my participation in this litigation, I respectfully request reimbursement of $5,000 for these efforts.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 9/4/2024 _____.

DocuSigned by:

Chelsea Fan

E8F0FD75F17E42F...

Chelsea Fan