# Exhibit 8

*CHEN V. MISSFRESH LIMITED, ET AL.*
Civil Action No. 22-cv-09836-JSR (S.D.N.Y.)


SUMMARY OF LODESTARS AND EXPENSES


| FIRM | HOURS | LODESTAR | EXPENSES |
|---|---|---|---|
| Labaton Keller Sucharow LLP | 1,093.5 | $783,688.50 | $57,663.11 |
| The Rosen Law Firm, P.A. | 668.9 | $559,697.50 | $45,572.91 |
| **TOTALS** | **1,762.4** | **$1,343,386.00** | **$103,236.02** |